For work assignment purposes, all employees in the above lines of progression will be rostered at one of the following locations.

**Field Services – Mechanical & Electrical**

| | | | |
|---|---|---|---|
| Bethlehem | Harrisburg | Orwigsburg | West Shore |
| Bloomsburg | Hazleton | Pocono | Wilkes-Barre |
| Buxmont | Honesdale | Scranton | |
| Carbondale | Juniata | Sinking Spring | |
| Cocalico | Lancaster | Sunbury | |
| Frackville | Lehigh | Susquehanna 230Kv Yard | |
| Hamlin | Montoursville | | |

**Field Services – Transmission & Distribution**

| | | |
|---|---|---|
| Bethlehem | Honesdale | Quarryville |
| Bloomsburg | Lancaster | Scranton |
| Buxmont | Lehigh | Sinking Spring |
| Carbondale | Lock Haven | Sunbury |
| Cocalico | Marion Heights | West Shore |
| Elizabethville | Montoursville | White Haven |
| Frackville | Newport | Wilkes-Barre |
| Hamlin | Orwigsburg | |
| Harrisburg | Panther Valley | |
| Hazleton | Pocono | |

**Resource Management – Transportation**

| | | |
|---|---|---|
| Bethlehem | Honesdale | Quarryville |
| Bloomsburg | Lancaster | Scranton |
| Brunner Island SES | Lehigh | Sunbury |
| Buxmont | Lock Haven | Susquehanna SES |
| Cocalico | Martins Creek SES | System Facilities Center |
| Elizabethville | Montour SES | West Shore |
| Frackville | Montoursville | Wilkes-Barre |
| Harrisburg | Newport | |
| Hazleton | Pocono | |

For work assignment purposes of Mechanical & Electrical and Transmission & Distribution employees, the geographic boundaries of the six (6) regions of the service territory will be used. The Susquehanna 230 Kv Switching Station will be considered in the Susquehanna Region for work rights.

Promotions and temporary assignments in the progression lines listed in Paragraph A above will be based on Job Classification Seniority.

D. Promotional Opportunities

1. Employees in the Field Services regional progression lines T&D will advance per the 2006 Summary of Agreement Attachment 8 and Letter of Understanding 10-0930, 10-0470.

2. Employees in the Field Services regional progression lines Electrical will advance per the 2006 Summary of Agreement, Attachment 7, 9 and Letter of Understanding 11-0100, 11-0090.

3. Employees in the Resource Management Transportation progression line will advance per the 1998 Summary of Agreement as amended by Memorandum of Agreement 06-0030 and Letter of Understanding 09-0030.

4. Employees in the Field Service Regional progression line Mechanical will advance per the 2006 Summary of Agreement, Attachment 10.

5. Leader Selection:
Promotions to Permanent and Temporary Leader positions in the Electrical, T&D and Mechanical progression lines will be determined by MA 09-1000 and 09-1000A.

## Section 2.  Temporary – Work Assignments

A.  Intra-Regional/Inter-Regional assignments – assigned to a location other than an individual's normal work location

Intra-Regional and Inter-Regional work assignments outside of an individual's assigned roster location will be handled in the following manner. If additional personnel are needed at a particular work location, the Company will retain the right to make the sole determination where personnel are needed, what classification of personnel are needed and what roster location or roster locations will supply the personnel.

When possible at least one (1) pay period prior to the start of the assignment, the work location supplying the individuals will conduct a canvass identifying interested volunteers.

A canvass form identifying the scope of the work, location(s), targeted start/stop dates and working hours, will be utilized to identify volunteers. The most senior volunteers will be selected.

If no volunteers are identified, the most junior employee by job classification/specialty at the roster location will be assigned.

B.  General

Work schedules for both Intra-Regional and Inter-Regional temporary work assignments will be determined by management and may be offered in either 5 (five) eight hour days/Monday through Friday or 4 (four) ten hour days/Monday through Thursday or Tuesday through Friday.

Individuals assigned to Intra-Regional and Inter-Regional temporary work assignments will have the option to exempt themselves from the overtime roster at their assigned roster location for the duration of the assignment.

For commutes 30 miles and over, the driver will be paid full commuting mileage from their residence to the work location (no 30 mile deduct). For assignments under 30 miles employees will be compensated per current contract language.

The parties agree to meet on a quarterly basis to discuss issues or concerns around temporary assignments.

C.  Normal Customer Restoration

For Intra-Regional customer restoration assistance started during non-scheduled working hours, crews may be dispatched intact if it is deemed expedient. When no on duty resources are available and additional resources are needed, the appropriate work location roster will be utilized. The Overtime Opportunities Agreement shall apply.

D.  Emergency and Foreign Utility Assignments

When it is necessary to dispatch Local 1600 personnel on emergency inter-regional assistance and foreign utility assistance during scheduled or non-scheduled working hours, or intra-regional assistance during non-scheduled working hours, the Company will retain the right to make the sole determination where personnel are needed, and what classifications of personnel are needed and what roster location or roster locations will supply the personnel. Employees will then be selected by job classification/specialty in conjunction with their position on the overtime roster at the time they are to be dispatched.  However, for intra-regional and inter-regional emergency assistance

crews may be dispatched intact if it is deemed expedient by management. Foreign Utility roster use reference Overtime Opportunities Agreement.

## E. Specialties

The recognized specialty of Network will be considered for sending a senior person out or allowing a junior person to remain at their regular work location. If an employee has this specialty, it will be indicated on the work location roster. (Reference 2006 Summary of Agreement). The former Telecommunications specialty designation will be per the 2002 Summary of Agreement.

## F. Overtime Procedures

MA 13-0520 (Overtime Opportunities Agreement) will remain in effect for all job classifications covered by that agreement.

Transportation will continue to follow MA 12-0220.

## Section 3.  Staffing

## A. Temporary Furlough

In the event the workload declines to a level where there is a need to reduce the workforce, management will identify the excess employees by job classification and roster location. The necessary reductions will be made in the following manner:

1. Voluntary Furloughs: Employees at the identified roster location may volunteer for temporary furlough and they will be released on the basis of their job classification seniority, with senior employee given first choice. Second preference to volunteer will be given to employees in the same progression line at other roster locations and they will be released on the basis of their job classification seniority, with senior employee given first choice. Such temporary furloughs will be for specific time durations and volunteers will return no later than the specified ending date. There is no limit on voluntary furloughs.

2. Rollbacks: If there are not enough volunteers, employees hired after May 18, 1998, may either bump the most junior employee hired after May 18, 1998, in their job classification and progression line or rollback to lower positions within their progression line based on their Local 1600 Seniority. If they do not bump another employee, they will be assigned to an available Utility Worker position closest to their home based on Local 1600 Seniority. In all cases, the employee will assume the rate of pay for the classification selected. Such employees will be subject to furlough or temporary assignments to other classifications for up to twelve (12) pay periods per rolling year until they attain fifteen (15) years of Local 1600 Seniority.

3. Employees on furlough will continue to accrue Company Service, Local 1600 Seniority, and receive full benefits, excluding coverage for any injury while working for another employer.

4. If employees are on furlough or rolled-back in this process, contractors cannot be utilized in such employees' region or roster location to perform unscheduled, critical work the Company employees would have normally performed for more than five (5) days during any furlough period. If contractors are used and employees are not offered the opportunity to return, such employees will be paid at the rate of pay for their regular classification for all days that contractors work in their region or roster location.

## Section 4. General

## A. Travel Time

Travel time both ways between work headquarters and the job will be considered time worked.

## B. Short Shifting

Employees who have their work schedule changed, per the Labor Agreement, will have at least eight (8) hours of rest at home. They will be released from their regular assignment at the time they are notified. Employees who have their work location changed will have at least eight (8) hours of rest at home before reporting to the new location.

## C. Safety

The parties agree all employees need to be committed to maintain an accident-free environment. No employee will be expected to perform work assignments for which they have not been trained or have an equivalent level of practical experience.

When PPL employees perform work for others, they will follow PPL Safety Rules. In these situations, PPL Energy Control Process procedures will be followed as closely as possible.

When a lineman is working in the danger zone, a second lineman will be at that location.

## D. Training - Transportation

Formal training will be provided to employees at each level of the progression line. Employees will begin training on the appropriate modules when they promote/select the new position. Employees must pass associated module testing in their current position prior to being considered for future promotions. Failure of training modules is not cause for an employee to be removed from their current position and employees who fail may re-test. Training will be completed within four (4) years of the date of promotion/selection. If a vacancy occurs before the employee completes all the modules, he will not be denied the promotion.

## E. Modified Duty

Employees who are released for limited duty by a physician or medical specialist following a period of illness or injury will be considered for available work under the following conditions.

1. Modified duty resulting from an occupational disease or injury will be provided if the employee is able to perform satisfactorily.

2. Modified duty resulting from a non-occupational disease or injury may at the Company's discretion be provided if the employee is able to perform satisfactorily.

Employees who are on modified duty as the result of an occupational disease or injury will have preference for any available work and for assignments closer to their permanent residence.

The rate of pay for employees on modified duty will be determined in accordance with Article VIII, Section 11C. Work assignment and training school expense provisions of this Agreement will apply when an employee is on modified duty. The assignment of overtime will be at the discretion of the Company. This provision for modified duty will not apply when the sickness or injury is the result of willful intention to injure ones self (or some other person), by commission of any crime, or as a consequence of working for an employer other than the Company or working for remuneration through self-employment.

## F. Rescheduling Vacation Day Associated with Rest Period

When an employee works on non-scheduled hours and meets the requirements of Exhibit B prior to a scheduled vacation day, the employee will be entitled to take appropriate rest and reschedule their vacation.

## G. Extended Daylight Coverage

Reference 2006 Summary of Agreement, Attachment 6.

**ARTICLE XIII**
**EASTERN FOSSIL & HYDRO ORGANIZATION**

**Section 1. General**

This Article applies only to those employees in the Eastern Fossil and Hydro organization.

A. Training Program

This Training and Development Program will enable the majority of trainees in the Instrument and Plant Operation Progression Lines to advance to the skilled level over a five-year period. A training period of five years is appropriate for most individuals who possess the aptitude, background and preference for Instrument Man or Plant Equipment Operator type of work.

A periodic review between the parties of the PEOT and I&C apprenticeship training programs will be conducted as needed to ensure proper content for/implementation of the training programs.

B. Testing

The tests for the EF&H Operator and Instrument Man progression lines will be the appropriate Edison Electric Institute (EEI) Aptitude tests as validated by EEI, currently the MASS/POSS.

C. Short Shifting

Employees who have their work schedule changed, per the Labor Agreement, will have at least eight (8) hours of rest at home. They will be released from their regular assignment at the time they are notified. Employees who have their work location changed will have at least eight (8) hours of rest at home before reporting to the new location.

D. Safety

The parties agree all employees need to be committed to maintain an accident-free environment. No employee will be expected to perform work assignments for which they have not been trained or have an equivalent level of practical experience.

When PPL employees perform work for others, they will follow PPL Safety Rules. In these situations, PPL Energy Control Process procedures will be followed as closely as possible.

The President of Local 1600 shall select the bargaining unit members of joint Safety and Health Committees.

E. Modified Duty

Employees who are released for limited duty by a physician or medical specialist following a period of illness or injury will be considered for available work under the following conditions:

1. Modified duty resulting from an occupational disease or injury will be provided if the employee is able to perform satisfactorily.

2. Modified duty resulting from a non-occupational disease or injury may be provided if the employee is able to perform satisfactorily.

Employees who are on modified duty as the result of an occupational disease or injury will have preference for any available work and for assignments closer to their permanent residence.

The rate of pay for employees on modified duty will be determined in accordance with Article VIII, Section 11C. Work assignment and training school expense provisions of this Agreement will apply when an employee is on modified duty. The assignment of overtime will be at the discretion of the Company. This provision for modified duty will not apply when the sickness or injury is the result of willful intention to injure ones self (or some other person), by commission of any crime, or as a

59

consequence of working for an employer other than the Company or working for remuneration through self-employment.

F. Temporary Furlough

In the event the workload declines to a level where there is a need to reduce the workforce, management will identify the excess employees by job classification and work location. A temporary furlough is defined as unpaid time off, on a temporary basis, for a projected period of time, for a minimum of thirty (30) calendar days, but not to exceed one hundred twenty (120) calendar days. The company will give employees a ten (10) calendar day notice of temporary furlough status. The company agrees that it will not contract out work at the specific work location, unless:

- It is work not normally done by the temporarily furloughed bargaining unit employees;
- It is associated with major plant modifications or major projects; or
- There is unscheduled, critical work not lasting more than ten (10) calendar days. If contractors are utilized and exceed ten (10) calendar days, and affected employees are not offered the opportunity to return, such employees will be paid at the rate of pay for their regular classification for all days in excess of the ten (10) days that the contractors work at their specific work location. This payment will be made in the first pay period upon return to work.

1. The process for employee selection for temporary furlough status will be as follows:

a. The company will inform Local 1600 of the number of employees by job classification within their respective progression lines to be temporarily furloughed and the qualifications within the classifications that must be retained. This notification will be completed at least five (5) calendar days prior to the notification to the affected employee(s).

b. The company will ask for volunteers in those classifications identified. The company reserves the right to reasonably deny volunteer requests based on qualifications needed to complete remaining work. Whenever qualifications are equal, Local 1600 seniority will be utilized.

c. If the company cannot meet the requirements of the needed reductions with volunteers, then the employee with the lowest Local 1600 seniority in the identified classifications will be temporarily furloughed.

d. Employees identified for temporary furlough will be allowed to "bump" into lower classifications within their progression line and work location, provided they have the qualifications based on training requirements to perform the work. Employees who bump down in classification will retain their current rate of pay. Step increases will not be deferred. During a temporary furlough status, apprenticeship and/or training programs may be suspended.

e. For those employees identified for temporary furlough, either volunteers or non-volunteers, they will continue to receive full time benefit plans contained in Exhibit N, excluding coverage for any injury while working for another employer. The company will pay the employee contribution for medical, dental, vision, life and AD&D while on unpaid temporary furlough status, based on employee elections at the time of temporary furlough. These employees will also continue to earn company seniority, Local 1600 seniority and job classification seniority on a continuous basis throughout the period of temporary furlough.

f. Employees may elect to use vacation while on temporary furlough, sell it back, reschedule during the current calendar year or carry vacation over to the following year. Employees will continue to accrue vacation while on temporary furlough.

g. Employees may elect to use mini vacation while on temporary furlough. In the event the temporary furlough extends into the new calendar year, employees will be paid for mini vacation in excess of the maximum allowable carryover upon return to work. Employees will continue to accrue mini vacation while on temporary furlough.

60

2. Recall from temporary furlough status

    a. Employees will be recalled from temporary furlough status based on the following:

        i. The company will inform Local 1600 of the classification(s) and qualifications needed for its operations.

        ii. Then, the recalls will be based on Local 1600 seniority, recalling the most senior qualified employee first. The company will provide ten (10) calendar days' notice for an employee recall. However, if the Company recalls employees due to unscheduled, critical work, only five (5) days' notice will be provided. In this situation, if employees do not return to work on the specified date, the "rate of pay" penalty will not apply to the respective employee. Employees will be notified by their current phone number on record, and a certified letter will be sent to employees. (It is the employee's responsibility to ensure that the company has accurate contact information).

        If an employee is recalled from temporary furlough status in accordance with the original projection, and the employee does not return to work on the specified date of recall, the company will consider the employee to have voluntarily terminated employment, absent a valid illness, accident or emergency.

        When an employee is recalled back to work prior to the end of the projected temporary furlough period, the employee must make every reasonable attempt to meet this return date. However, if an employee cannot meet this return date, the parties agree to meet and discuss on a case-by-case basis.

Section 2. Field Services Generation

This section applies only to those employees in Field Services Generation holding the job titles listed below.

The following progression lines will be systemwide for promotions, demotions, or transfers with roster location assignments for work rights and shipping purposes.

A. Progression Lines

    The progression lines are: Field Services Generation-Electrical, Field Services Generation-Mechanical, Field Services Generation-Electrical-Shift and Field Services Generation-Mechanical-Shift.

B. Job Descriptions

    The following job classifications exist in the above progression lines. All future hires, promotions, demotions, or transfers will involve these job classifications.

    Electrician Leader-FS Generation
    Electrician Leader-FS Generation-Shift
    Electrician-FS Generation
    Electrician-FS Generation-Shift
    Generation Planner-FS Generation-Electrical
    Generation Planner-FS Generation-Electrical-Shift
    Generation Planner-FS Generation-Mechanical
    Generation Planner-FS Generation-Mechanical-Shift
    Helper-FS Generation-Electrical
    Helper-FS Generation-Electrical-Shift
    Helper-FS Generation-Mechanical
    Helper-FS Generation-Mechanical-Shift
    Journeyman Electrician-FS Generation
    Journeyman Electrician-FS Generation-Shift
    Journeyman Mechanic-FS Generation

Journeyman Mechanic-FS Generation-Shift
Mechanic-FS Generation
Mechanic-FS Generation-Shift
Mechanic Leader-FS Generation
Mechanic Leader-FS Generation-Shift
Utility Worker-FS (Not attached to a progression line)

C.  Roster Locations

For work assignment purposes, all employees in the above lines of progression will be rostered at one of the following locations. Management will determine appropriate staffing levels at each roster location.

Brunner Island        Unattached
Montour

Unattached Roster

The Unattached Roster will not be attached to any specific plant roster location. Employees assigned to the Unattached Roster will not have work rights to any roster and they will not have work rights before contractors are used at any location, except as set forth in Article II, Section 5, Paragraph D. Their assigned work location may be changed at any time.

1.  Employees on the Unattached Roster will not be paid commuting mileage if they live within 30 miles of their assigned work location based on the most direct route. For commutes over 30 miles, the driver will be paid full commuting mileage from their residence to the work location (no 30 mile deduct). Car pool rules will apply. If the work assignment is 70 or more one-way miles from the employee's residence, the employee will be eligible for the per diem in accordance with Exhibit E of the Labor Agreement.

2.  a.  Employees on the Unattached Roster prior to 8/16/12 will be part of the FS Gen systemwide Mechanical/Electrical 9-year incumbent progression line.

    Employees entering the Unattached Roster 8/16/12 and after with commitment letters to the FS Gen Shift progression line will be part of the FS Gen 9-year incumbent progression line until they are assigned to their respective commitment location on the Shift progression line.

    b.  Unattached Roster employees going to the FS Gen Shift progression line will start their new progression line date when they enter the line.

    c.  Employees on the Unattached Roster will not be required to meet residency requirements.

3.  All employees on the Unattached Roster must be able to obtain and retain site access to the SSES plant and agree to work at SSES as assigned. Loss of clearance will be handled on a case by case basis between the parties.

4.  Staffing – New Helpers will be hired into the Unattached Roster into the FS Generation Electrical/Mechanical or Electrical/Mechanical-Shift progression lines. The first and second Helper vacancies shall be filled by a newly hired employee. The third vacancy shall be posted systemwide for all employees. If no one successfully bids the third vacancy, a new employee will be hired (Article V, Section 2, Paragraph M (3)).

5.  Hiring Unattached for Future Roster/Shift Positions – All newly hired Unattached Roster personnel will be designated for future roster/shift positions on one of the Shift progression lines at Brunner Island or Montour. During the hiring process for the Unattached Roster personnel, each individual will be designated for a specific plant roster/shift position, based on their home residence in proximity to a specific plant location.

a. This designation will be reviewed with the employee during the hiring process and documented on a Roster/Progression Line assignment form. The employee's signature will indicate concurrence.

b. As openings occur on plant rosters, personnel from the Unattached Roster will be offered the positions based on progression line seniority. If transfer requests are on file, the positions will be filled in accordance with Article V, Section 2, Paragraph D. If the positions are not filled through this process, the junior pre-designated Unattached Roster personnel will be placed in the positions. (After being placed in the new roster/shift position, the employee retains the right to request a transfer per Article V, Section 2, Paragraph D). Vacancies not filled by this process will be filled in accordance with Article V, Section 2, Paragraph M (3) of the Labor Agreement.

c. The signed forms and a database will be maintained for pre-designating newly hired Unattached Roster personnel to a plant roster/shift position. Copies of the signed forms will be sent to IBEW Local 1600.

Article X will apply to employees assigned to the Unattached Roster. For the purposes of Article X, for displaced Unattached Roster employees, the "same work location" refers to the Unattached Roster, the "next closest work location" refers to the work location closest to the employee's residence where the job exists and their Local 1600 seniority allows them to bump. The Unattached Roster can be designated as a "preferred" location for displaced employees.

**D. Promotions and temporary assignments in the progression lines listed in Paragraph A above will be based on Job Classification Seniority.**

**E. Work Assignments**

   **1. Temporary Assignments**

Field Services Generation employees will have work rights on their plant rosters according to job classification seniority. Shipment of employees outside of their plant roster will be according to job classification seniority. One plant roster can be both a sender and receiver of employees of like rates/skills. However, for assignment in or out of Susquehanna SES, management will select employees based on NRC requirements, such as, security clearance, radiation exposure, literacy requirements. The parties recognize the special requirements needed to work at Susquehanna SES; therefore, due to an inability to gain access to SSES, it may be necessary to send employees to an alternate roster. Contractors may be assigned to a roster to perform unscheduled, critical work for no more than seven (7) calendar days while employees assigned to those rosters are shipped out with no penalty. If contractors remain on site past the seven (7) calendar days but not to exceed fourteen (14) calendar days, the employee that is shipped out of their roster will receive an additional $100 per day penalty for the days in excess of seven (7) calendar days. If the contractor remains on site past fourteen (14) calendar days the individual that is shipped out of their roster will receive the $100 per day penalty for the entire time the contractor is on site, starting from day one. Payments to individuals will be based on the same number of employees as there are contractors on site by Local 1600 seniority.

The parties recognize that situations may occur where it is necessary to take immediate action to restore or maintain operating capacity of a generating station. In these situations, employees may be required to remain at a work assignment outside their roster while other employees are brought in with like skills. Under these circumstances, the employees will remain outside their roster for a period normally not to exceed seven (7) days and shall not exceed fourteen (14) calendar days. Those employees who remain outside their roster during this period will be eligible for travel time and reasonable out-of-pocket expenses including mileage, meals, and lodging where applicable for any days of the assignment in excess of seven calendar days.

General

Employees will be temporarily assigned to other work locations in PPL's service territory as necessary. For non-service territory work, the Company will provide the Union with timely

notification of the work location and entire scope of the work.  For this work, the Company will maintain volunteer lists of employees and will conduct another canvas for volunteers for each job. For voluntary assignments outside the service territory, the senior-most qualified volunteer will be sent first. If sufficient volunteers are not secured, the junior people by job classification systemwide will be assigned to the job.  Employees assigned to this work will have the option to return home on a biweekly basis paid for by the Company. The parties also agreed to meet to discuss enhancements to encourage people to volunteer.

## 2. Specialties

The recognized specialties that will be considered for sending a senior person out or allowing a junior person to remain at their regular work location are welding, machining, electronics and equipment operation. If an employee has one or more of these specialties, it will be indicated on the work location roster.

The number of specialties will be designated for each region. Employees can apply for these specialties and selections will be based on seniority and demonstrated ability. Employees desiring to obtain a specialty will be given the opportunity based on the need within a classification. Employees will communicate their interest in a specialty by letter to management with a copy to the Local Union stating their classification and the specialty desired. Upon an anticipated need for the specialty within a classification, management will train the employee based on seniority in the classification of those who have submitted a request.

Employees who desire to discontinue their specialty status will submit a letter to management with a copy to the Local Union stating their intent to discontinue the specialty and reasons for the request. Requests for certified medical reasons will be granted. Other requests to discontinue a specialty will be granted based on securing a trained replacement.

## 3. Overtime Procedures for Field Services Generation

With respect to overtime opportunities, the parties will continue to abide by Arbitrator Skonier's Award in Case No. 14 300 01900 10 CNN (G10-GO-14, MA 06-1360), and the guidelines and process for establishing and modifying such guidelines that has been followed since that award was issued.

## 4. Call-out Response

Employees who exhibit a poor call-out response shall be subject to Article VI, Section 5, Paragraph J, and Article VIII, Section 2, Paragraph F, of the Labor Agreement.

# F. Staffing

## 1. Utility Worker Pool

The parties agree to establish a pool of temporary employees, Utility Worker, to replace contractors performing Building Custodian, Handyman-Power Production and laborer-type work. This pool will also provide opportunities for employees covered under Article XIII when their workload declines and it is necessary to temporarily reduce the work force.  This provision will replace the use of Specific Temporaries in Article XIII.

New employees will be hired to work as Utility Workers.  Their Local 1600 Seniority will be the date of hire regardless of the number of layoffs and such employees are eligible to bid on posted jobs while actively employed. In the event a period of layoff exceeds thirteen (13) pay periods a new Local 1600 Seniority date will be established.  They are not eligible for benefits and travel expenses nor guaranteed forty (40) hours per week.   Utility Workers will receive the same employee benefits and entitlements as defined in Article V, Section 4, Paragraph A as Specific Temporary employees.  If an employee is bumped by an Article XIII employee, they can bump other Utility Workers with less Local 1600 Seniority.

The intent of this concept is to replace the contractors doing this work with Local 1600 employees.

When regular Article XIII employees are assigned to this pool, they will be given the Utility Worker position closest to their home by Local 1600 Seniority and will continue to receive benefits and travel expenses in accordance with the Labor Agreement.

Utility Workers on layoff will have reemployment opportunities before a new employee is hired into the Utility Worker Pool.

2. Temporary Promotions

Employees will be temporarily promoted to meet Field Services Generation welding needs.

3. Temporary Promotion to Supervisor

Non-supervisory employees may be temporarily promoted to supervisory positions in accordance with Article V, Section 2, Paragraph C(1) a, b.

G. General

1. Jobs Postponed or Canceled

Whenever crews report for regular work and the job is canceled or postponed, they will be given First Aid, Safety, or other instructions or other work, and will be allowed, provided they accept miscellaneous assignments, a minimum pay for that day equal to the pay for eight (8) hours at straight time rates.

Whenever crews report for prearranged overtime work and the job is canceled or postponed they will be given First Aid, Safety, or other instructions or other work, and will be allowed, provided they accept miscellaneous assignments, a minimum pay for that day equal to the pay for four (4) hours at straight time rates. If the employee accepts the cancellation of prearranged overtime and elects not to report to work, the minimum compensation shall not apply. Employees who report for work and are not offered any other assignments will be eligible for the minimum compensation.

2. Travel Time

Travel time both ways between work headquarters and the job will be considered time worked.

3. Training

The parties agree to establish joint management/bargaining unit teams to assess training courses and develop new mechanical and electrical progression line training curriculums commensurate with the FS-Generation job descriptions. The teams will recommend those core training courses where successful course completion is a pre-requisite for promotion to the next step in the progression line. The union and company will agree on the number of team members.

As the employee completes various training modules associated with the respective levels in the progression line, the job duties will be based on the training given and the satisfactory completion of the training modules.

An employee who cannot successfully complete the training required for promotion to the next step will be held in the current step. Within a period of 6 months, this person will be allowed to retake the tests necessary for promotion. If unsuccessful on a second attempt to pass these tests, specifics of the case will be reviewed by the parties.

65

## ARTICLE XIV
## CUSTOMER CARE CENTER

**Section 1. General**

**A**. The parties recognize that transition to a non-regulated energy market will require the Company to develop new facilities, work groups, job descriptions, rates of pay, benefits and appropriate work practices.

**B**. Currently, the Company is contracting out (outsourcing) the telemarketing functions while they explore and analyze the possibility to internally develop an infrastructure to support these functions.

**C**. Experience with this effort will be evaluated through July 1999. If it is determined that such work will continue to be required, steps will be taken to transition the work back to Local 1600, commencing no later than July 31, 1999. When this occurs, the new telemarketing job description, rate of pay, benefits, and other work practices will become effective.

**Section 2. Operating Rules and Understandings**

**A**. Overtime will be paid for time worked over eight (8) hours per W-day (Monday through Saturday) and hours worked on ST-days.

**B**. Call-out and prearranged rosters will be established by Local 1600 and the Company. In the event agreement is not reached, Exhibit H will be utilized.

**C**. The ratio of Customer Agents to Lead Customer Agents will be normally ten (10) and up to fifteen (15) to one (1). If beyond fifteen (15), another Lead will be established.

**D**. Customer Care Center jobs will be considered bumpable level jobs per the Labor Agreement. Any employee who bumps into the Customer Care Center must be qualified and have successfully passed the appropriate job qualification test. Pay tapering will apply to employees electing these jobs.

**E**. Customer Care Center employees having four (4) years of uninterrupted Local 1600 service within the Care Center progression line will be able to utilize the placement process per Article X. Time spent out of the line for the following reasons will not be considered a break in service, but will not be credited to the four (4) year period:

    (1) Bidding on posted positions and returning within six (6) month probationary period
    (2) Military leave of absence
    (3) Personal leave of absence
    (4) Child care leave of absence
    (5) Medical leave of absence
    (6) Union leave of absence

This language will not restrict the employees' option to bump within the Care Center before meeting the four (4) year eligibility requirement.  Any employee entering the Care Center with Article X rights will retain those rights.

**F**. If reductions occur within the Customer Care Center, employees will have the option to bump within the Customer Care Center by Local 1600 Seniority. The most junior bumped employee will be laid off unless there are contractors working whose work they can perform or they can bump a junior part-time employee working in the Customer Care Center. If the person affected was hired prior to May 18, 1998, they can exercise their displacement rights in accordance with Article X.

**G**. All Customer Agents, Lead Customer Agents and Call Center Representatives will be subject to silent call monitoring, remote call monitoring and side by side call monitoring in accordance with the law.

**H**. In the event the senior Customer Agent is assigned to substitute for a Lead Customer Agent for any reason, the substitute will be paid the appropriate CC-03 rate of pay if the substitution extends beyond one (1) day within the work week.

**I**. While it is not the intent to fully staff the Customer Care Center with part-time employees, part-time employees will be utilized to efficiently address the work load and Company recruiting needs. Part-time

66

employees will not be scheduled to work less than two (2) hours a day or more than twenty (20) hours a week. In the case of job sharing, part-time workers will not exceed 25% of the total full-time staffing level by job classification.

J. Employees will be offered the opportunity to bid and test for the positions of Customer Agent-Billing and Customer Agent-Calls semi-annually (every 6 months) in June and December. When a position vacancy occurs (determined by the approval date of the personnel requisition), it will first be offered to employees who have submitted a request for a lateral transfer. If no candidates accept or exist, the position will then be offered to the bidders who have successfully passed all of the required tests, and the Call Center Representatives, according to IBEW Local 1600 seniority. Employees who have submitted their bids but have not completed all of the required tests will have to wait until the next available vacancy after all of the required tests are completed.

K. The parties agree to jointly develop all appropriate job qualification tests.

L. All provisions of the Labor Agreement will apply unless modified by the above rules.

**ARTICLE XV**
**TERM OF AGREEMENT**

## Section 1. Governmental Agencies

A. If any part of this Agreement requires submission to and/or the approval of any governmental agency, the Company and the Union agree to cooperate in complying with the requirements of any such governmental agencies. It is understood and agreed that all such benefits, or portions thereof, as are required to be submitted to a governmental agency, for approval or rejection or modification, shall be contingent upon and subject to, the action of such governmental agency. If such governmental agency should grant only a portion of such benefits or should deny to the Company the right to grant any portion of such benefits, this Agreement shall nevertheless remain in effect as so modified for the full term hereof.

## Section 2. Term of Agreement

A. This Agreement shall become effective **May 12, 2014**. It shall remain in full force and effect up to and including **May 21, 2017**, except to the extent provided in Paragraph B below, and shall continue in full force and effect from year to year thereafter, unless at least sixty (60) days prior to any expiration date either party notifies the other, in writing, of its desire to amend or to terminate the Agreement.

B. Should the parties fail to reach an agreement by **May 21, 2017**, the expiration date of this Agreement notwithstanding anything to the contrary in this Agreement, the Company shall not be obliged to make premium payments under the various benefit plans on behalf of employees who are on strike for the duration of the strike.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be subscribed this **14th** day of **May, 2014.**

PPL Corporation

**(Stephen R. Russo)**
**Senior Vice President-HR&S and Chief Human Resources Officer**
PPL Services Corporation,
Acting as Agent for PPL Corporation

LOCAL UNION 1600 OF
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS

**Michael W. Wert**
**President-Financial Secretary**

67

**Exhibit A**
**Job Titles, Job Codes & Salary Grades**

\* Incumbent only

| Job Title | Job Code | Salary Grade |
|---|---|---|
| Abstract & Survey Assistant | 8901 | B15 |
| Administrative Support Clerk | 3262 | CC2 |
| AMR System Operator | 4100 | B09 |
| Apprentice Operator Cash Receipts | 3121 | KE1 |
| Assembler | 5735 | B04 |
| Bookkeeper | 4605 | B11 |
| Bookkeeper Senior | 4708 | B12 |
| Call Center Representative | 3260 | CC1 |
| Cash Receipts Leader | 3123 | B09 |
| Chemistry Technician Helper Susquehanna | 8735 | B08 |
| Chemistry Technician Level I Susquehanna | 8732 | B15 |
| Chemistry Technician Level II Susquehanna | 8733 | B77 |
| Clerk Cash Receipts | 2813 | B01 |
| Coal Equip. Operator I | 6405 | B05 |
| Coal Equip. Operator II | 6408 | B08 |
| Coal Equip. Operator III | 6409 | B09 |
| Coal Equip. Operator IV | 6411 | B11 |
| Combined Cycle Technician | 3871 | B16 |
| Communications Maintenance Technician | 8930 | B14 |
| Communications Maintenance Tech. Assistant | 4930 | B11 |
| Crane Operator | 6437 | B08 |
| Customer Agent – Billing | 3263 | CC2 |
| Customer Agent – Calls | 3261 | CC2 |
| Customer Contact Center-Training Asst. (Temporary Position Only) | 3450 | CS5 |

69

| | | |
|---|---|---|
| Customer Contact Representative | 4511 | B10 |
| Customer Representative A | 4211 | CS3 |
| Customer Representative B | 3911 | CS2 |
| **Customer Service Assistant I** | **5267** | **CC2** |
| **Customer Service Assistant II** | **5268** | **B01** |
| **Customer Service Assistant III** | **5269** | **B03** |
| Customer Service Clerk* | 3606 | CS1 |
| Customer Service Representative | 4200 | CS3 |
| Customer Service Representative Shift | 4201 | CS4 |
| Data Acquisition & Translation Operator | 3579 | B09 |
| Designer Drafting | 9010 | B16 |
| Development Assistant-Training Center | 4330 | B08 |
| Distribution Service Representative | 4450 | B09 |
| Distribution Technician | 2787 | A10 |
| Distribution Technician Trainee | 2777 | A10 |
| Drafter Level I | 4110 | J01 |
| Drafter Level II | 4610 | J02 |
| Effluents Technician I | 2843 | B08 |
| Effluents Technician II | 2842 | B11 |
| Electric Equip. Repairman 1st Class | 8442 | B13 |
| Electric Equip. Repairman 2nd Class | 8443 | B09 |
| Electric Equip. Repairman 3rd Class | 8444 | B06 |
| Electric Equip. Repairman Leader | 8543 | B15 |
| Electrical Test Technician | 2796 | A12 |
| Electrical Test Technician-EF&H | 5166 | B16 |
| Electrical Test Technician –Trainee | 2766 | A12 |
| Electrical Test Technician-Trainee-EF&H | 5167 | A12 |
| Electrician - FS Generation | 3286 | F04, F05 or F06 |

| | | |
|---|---|---|
| Electrician – FS Generation-Shift | 4820 | F04, F05 or F06 |
| **Electrician-Nuclear** | **6013** | **F05, F06, or F07** |
| Electrician Leader - FS Generation | 3282 | F13 |
| Electrician Leader - FS Generation-Shift | 4821 | F13 |
| Electrician Leader – FS – Network | 4317 | F12 |
| Electrician Leader – FS – Subs | 4338 | F12 |
| Electrician Leader – FS – UG | 4313 | F12 |
| **Electrician Leader-Nuclear** | **6017** | **F14** |
| Engineering Design Technician | 2781 | A10 |
| Engineering Design Technician Trainee | 2771 | A10 |
| Enrollment/Billing Clerk | 3590 | KE1 |
| Equipment Operator – FS | 3243 | F07 |
| Expenditure Requisition Clerk | 4513 | B09 |
| Facilities Management Worker | 4597 | F01 |
| Facilities Management Worker-Part time | 4598 | F01 |
| Facilities Worker-Peaking Power | 5183 | F01 |
| Facilities Technician I | 4599 | B58 |
| Facilities Technician II | 4600 | B10 |
| Facilities Technician III | 4601 | B12 |
| Facility Records Specialist | 3861 | B08 |
| **Field Meter Technician** | **5307** | **B15** |
| Fire Protection Specialist | 8713 | B12 |
| Fossil Fuels Clerk | 4340 | B08 |
| General Utility Man | 3080 | B15 |
| General Utility Man Specialist Martins Creek | 5123 | F12 |
| Generation Planner-Electrical-FS Generation | 4577 | F11 |
| Generation Planner-Electrical-FS Generation-Shift | 4822 | F11 |
| Generation Planner-Mechanical-FS Generation | 4578 | F11 |

| | | |
|---|---|---|
| Generation Planner-Mechanical-FS Generation-Shift | 4823 | F11 |
| Groundhand – FS | 4321 | F21 |
| Handyman Brunner Island/Montour | 4612 | B03 |
| Handyman Effluents | 2847 | B04 |
| Handyman Power Production | 5862 | B03 |
| Handyman System Shops | 4001 | B03 |
| Helper Effluents | 2846 | B06 |
| **Helper-Electrical-Nuclear** | **6011** | **F03** |
| Helper - FS Generation – Electrical | 3290 | F03 |
| Helper - FS Generation – Electrical-Shift | 4824 | F03 |
| Helper - FS Generation – Mechanical | 3289 | F03 |
| Helper - FS Generation – Mechanical-Shift | 4825 | F03 |
| Helper - RM – Material | 3293 | F03 |
| Helper - FS - Regional – Electrical – Subs | 4323 | A07 (Step 1 only) |
| Helper - FS - Regional – Electrical – UG | 4324 | A07 (Step 1 only) |
| Helper - FS - Regional – Electrical – UG – Network | 4325 | A07 (Step 1 only) |
| Helper - FS - Regional – Mechanical | 3291 | A07 (Step 1 only) |
| Helper - FS - Regional T&D | 3288 | A08 (Step 1 only) |
| **Helper-Mechanical-Nuclear** | **6010** | **F03** |
| **Holtwood Specialist – Electrical** | **5393** | **F10** |
| **Holtwood Specialist – Electrical-Trainee** | **5394** | **A13** |
| **Holtwood Specialist Lead Operator** | **5392** | **F11** |
| **Holtwood Specialist – Mechanical** | **5395** | **F10** |
| **Holtwood Specialist – Mechanical-Trainee** | **5396** | **A13** |
| **Holtwood Specialist – Operations** | **5397** | **F10** |
| **Holtwood Specialist – Operations-Trainee** | **5398** | **A13** |
| Instrument & Control Technician Helper Susq. | 8770 | B08 |
| Instrument & Control Technician Level I Susq. | 8766 | B14 |

| | | |
|---|---|---|
| Instrument & Control Technician Level II Susq. | 8767 | B16 |
| Instrument Man | 8660 | A05 |
| Instrument Man Trainee | 8661 | A05 |
| Insulation Technician | 2786 | A12 |
| Insulation Technician Trainee | 2776 | A12 |
| Insulation Test Assistant | 3797 | B35 |
| Journeyman Electrician - FS Generation | 3284 | F07, F08 or F10 |
| Journeyman Electrician - FS Generation-Shift | 4826 | F07, F08 or F10 |
| Journeyman Electrician – Network | 4332 | A07 (Step 7 only) |
| **Journeyman Electrician-Nuclear** | **6015** | **F08, F09, or F11** |
| Journeyman Electrician – Substation | 4326 | A07 (Step 7 only) |
| Journeyman Electrician – Trainee - Subs | 4328 | A07 (Steps 2-6 only) |
| Journeyman Electrician – Trainee – N | 4333 | A07 (Steps 2-6 only) |
| Journeyman Electrician – Trainee – UG | 4331 | A07 (Steps 2-6 only) |
| Journeyman Electrician – UG | 4329 | A07 (Step 7 only) |
| Journeyman Lineman - FS | 3246 | A08 (Step 7 only) |
| Journeyman Lineman Trainee – FS | 4339 | A08 (Steps 2-6 only) |
| Journeyman Mechanic - FS Generation | 3278 | F07, F08 or F10 |
| Journeyman Mechanic - FS Generation-Shift | 4827 | F07, F08 or F10 |
| Journeyman Mechanic - FS – Regional | 3279 | A07 (Step 7 only) |
| **Journeyman Mechanic-Nuclear** | **6014** | **F08, F09, or F11** |
| Journeyman Mechanic Trainee - FS – Regional | 4341 | A07 (Steps 2-6 only) |
| **Junior Radiation Protection Technician** | **6019** | **B13** |
| **Junior Radiation Protection Technician – Instruments** | **6021** | **B14** |
| Lab Worker-Metering Support | 4120 | B07 |
| Laboratory Svcs. Assistant | 5145 | B06 |
| Laboratory Technician I | 5151 | B08 |
| Laboratory Technician II | 5152 | B09 |

| | | |
|---|---|---|
| Laboratory Technician III | 5153 | B11 |
| Laboratory Technician IV | 5154 | B15 |
| Laborer-Mechanical | 4337 | F21 |
| Laborer-Network | 4335 | F21 |
| Laborer-Substation | 4334 | F21 |
| Laborer-Underground | 4336 | F21 |
| Lead Customer Agent – Billing | 3265 | CC3 |
| Lead Customer Agent – Calls | 3264 | CC3 |
| Licensed Operator Candidate | 8979 | B15 |
| Line Clearance Inspector | 2985 | B12 |
| Line Maintenance Inspector | 2995 | B10 |
| Lineman Leader – FS | 3249 | F12 |
| Logistics Worker | 4134 | B03 |
| Logistics Worker – GO* | 4176 | B03 |
| Maintenance Clerk Generation | 4316 | B06 |
| Maintenance Technical Clerk | 4314 | B08 |
| Martins Creek Mechanic * | 4602 | F06 |
| Martins Creek Specialist | 4664 | F10 |
| Material Clerk – Generation | 4318 | B09 |
| Material Clerk – Generation-Shift | 4871 | B09 |
| Material Clerk – Metering Support | 4119 | B09 |
| Material Clerk Specialist | 3460 | B12 |
| Material Handler - RM | 3250 | F07 |
| Mechanic - FS Generation | 3280 | F04, F05 or F06 |
| Mechanic - FS Generation-Shift | 4828 | F04, F05 or F06 |
| **Mechanic – Nuclear** | **6012** | **F05, F06, or F07** |
| Mechanic Leader- FS Generation | 3276 | F13 |
| Mechanic Leader- FS Generation-Shift | 4819 | F13 |
| Mechanic Leader- FS - Regional | 3277 | F12 |

74

| **Mechanic Leader-Nuclear** | **6016** | **F14** |
|---|---|---|
| Mechanic/Welder Building Department | 6538 | B09 |
| Messenger | 6040 | B05 |
| Meter Installer 1st Class | 8336 | B12 |
| Meter Technician | 2782 | A12 |
| Meter Technician Trainee | 2772 | A12 |
| Nuclear Fuel Cycle Clerk | 4614 | B10 |
| Nuclear Information Services Technician | 3794 | B11 |
| Nuclear Plant Operator Susquehanna | 8790 | **B20** |
| **Nuclear Plant Operator in Training (NPOIT)** | **8794** | **B19** |
| Nuclear Systems Clerk | 4621 | B10 |
| Operating Experience Coordinator | 4117 | B13 |
| Operations Assistant-Level II | 4398 | B08 |
| Operations Support Clerk | 3750 | B08 |
| Operations Support Specialist | 3765 | B10 |
| Operator Cash Receipts | 3122 | KG2 |
| Operator Cash Receipts/Incumbent | 3814 | C04 |
| Operator Helper Susquehanna | 8793 | B08 |
| Operator Office Svcs./Incumbent* | 3816 | C04 |
| Operator-Output Center/Records Center | 4730 | B06 |
| Operator-Output Center/Records Center-Incumbent * | 4731 | B08 |
| Peaking Power Specialist | 3584 | F09 |
| Performance Technical Clerk | 4310 | B08 |
| Planning Technician | 2780 | A10 |
| Planning Technician Trainee | 2770 | A10 |
| Plant Chemical Technician | 3893 | B13 |
| Plant Control Operator | 8970 | B14 |
| Plant Control Operator Brunner Island | 8972 | B14 |

| | | |
|---|---|---|
| Plant Control Operator Hydro | 8971 | B14 |
| Plant Control Operator Martins Creek | 8973 | B14 |
| Plant Control Operator Susquehanna | 8974 | B24 |
| **Plant Control Operator in Training (PCOIT)** | **8976** | **B21** |
| Plant Control Specialist Martins Creek | 5121 | F11 |
| Plant Equip. Operator | 8787 | B13 |
| Plant Equip. Operator Trainee | 8788 | A06 |
| Power Production Trainer (Temporary Position Only) | 9001 | BT1 |
| Predictive Specialist-Electrical-FS Generation | 4579 | F11 |
| Predictive Specialist-Mechanical-FS Generation | 4580 | F11 |
| Print Technician-Printing Services * | 2837 | B08 |
| Property Maintenance Repairer | 5510 | B08 |
| Protection & Control Technician* | 2795 | A10 |
| Protective Equip. Tester | 3054 | B06 |
| Purchasing Clerk | 4518 | B08 |
| Quality Assurance Clerk | 4530 | B08 |
| **Radiation Protection Technician Helper** | **6018** | **B07** |
| Relay & Protection Technician | 2783 | A10 |
| Relay & Protection Technician Trainee | 2773 | A10 |
| Repairer Recording Demand Equip. & Instruments | 8236 | B11 |
| Results Analyst | 8170 | B11 |
| Senior Clerk | 4623 | B10 |
| **Senior Customer Service Representative** | **5270** | **CR1** |
| Senior Drafter | 8910 | B14 |
| Senior Effluents Technician | 4212 | B73 |
| Senior Fossil Fuels Clerk | 4350 | B09 |
| Senior Lab Worker – Metering Support | 4118 | B09 |
| Senior Laboratory Svcs. Assistant | 5150 | B07 |

| | | |
|---|---|---|
| Senior Logistics Worker – GO* | 4175 | B04 |
| Senior Prot. Equip. Tester | 3055 | B08 |
| **Senior Radiation Protection Technician** | **6020** | **B18** |
| **Senior Radiation Protection Technician – Instruments** | **6022** | **B76** |
| Senior Technical Assistant Susquehanna | 7961 | B10 |
| Senior Technical Assistant-Radiologic. & Environ. Svcs. | 7956 | B12 |
| Senior Technical Clerk | 4426 | B09 |
| Senior Tool Repairer | 3790 | B10 |
| Senior Tractor Trailer Operator | 8045 | B09 |
| Service Tech | 6241 | B08 |
| Service Tech-Entry | 4866 | B05 |
| Serviceman (1520)* | 7010 | B08 |
| Specific Temporary - Clerk/Steno | 3305 | KE1 (Step 1 only) |
| Specific Temporary – FS | 4311 | F00 |
| **Specific Temporary Junior Radiation Protection Technician** | **6023** | **B22** |
| Specific Temporary – Logistics Worker | 4135 | B03 (Step 1 only) |
| Specific Temporary - Operating I | 5505 | B02 (Step 1 only) |
| Specific Temporary - Operating II | 5805 | B03 (Step 1 only) |
| **Specific Temporary Senior Radiation Protection Technician** | **6024** | **B23** |
| Steno/Clerk Entry | 3221 | KE1 |
| Steno/Clerk General-C | 3819 | C03 |
| Steno/Clerk General-KG | 3222 | KG2 |
| Steno/Clerk General-SG | 4975 | SG2 |
| Stockman – Generation | 6045 | B07 |
| Stockman – Generation-Shift | 4872 | B07 |
| Student Technician | 2719 | A99 |
| Surveyor Level I | 2851 | B06 |
| Surveyor Level II | 2852 | B10 |

| | | |
|---|---|---|
| System Leader | 3619 | B15 |
| System Planning Clerk | 4440 | B08 |
| System Trainer | 3646 | B12 |
| Technical Assistant Susquehanna | 7960 | B08 |
| Technical Asst. Radiolog. & Environ. Svcs. | 7955 | B11 |
| Technical Clerk – Chemical Laboratory | 4005 | B09 |
| Technical Clerk Specialist | 3865 | B10 |
| Technical Helper – Radiolog. & Environ. Svcs. | 3530 | B07 |
| Technical Records Analyzer & Coder | 4570 | B11 |
| Technical Records Input Operator* | 4370 | B08 |
| Technical Support Specialist | 3760 | B10 |
| Technical Technician Training Assistant | 3636 | BT1 |
| Telecommunications Technician | 2789 | A10 |
| Telecommunications Technician Trainee | 2779 | A10 |
| **Temporary Customer Agent** | **4869** | **CC2** |
| Temporary Maintenance Coordinator | 3629 | F12 |
| Tool & Material Clerk | 3745 | B07 |
| **Tool & Material Clerk – Logistics** | **4585** | **B07** |
| Tool & Material Svcs. Leader | 3770 | B13 |
| Tool & Material Svcs. Leader – EF&H | 3942 | B13 |
| Tool & Material Svcs. Leader-EF&H-Shift | 4870 | B13 |
| Tool & Material Support Clerk | 3755 | B09 |
| Tool Repairer-1st Class | 3791 | B09 |
| Tool Repairer-2nd Class | 3792 | B08 |
| Tractor Trailer Operator | 8042 | B08 |
| Transportation Handyman – RM | 3253 | F02 |
| Transportation Journeyman Mechanic - RM | 3254 | F08 |
| Transportation Material Handler – RM | 3255 | F05 |

| | | |
|---|---|---|
| Transportation Mechanic – RM | 3256 | F04 |
| Transportation Mechanic Leader – RM | 3257 | F10 |
| Troubleman – FS | 3258 | F11 |
| Universal Services Representative | 4727 | CS3 |
| Utility Man Martins Creek | 3071 | B43 |
| Utility Man Shift | 3073 | B43 |
| Utility Man Yard - BRU/MON | 3589 | B14 |
| Utility Man Yard - MC | 3588 | B13 |
| Utility Worker  A – FS | 3259 | F01 |
| Utility Worker B – FS | 3364 | F01 |
| Utility Worker C – FS | 3365 | F01 |
| Utility Worker – FS (Non-Drivers) | 3429 | F01 |

# Exhibit A - 2014

Effective 5-12-14      **"A" SALARY TABLE**      IBEW Local 1600

**For Jobs as Defined in Apprentice Training Programs**
**Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| A05 | 957.60 | 1131.72 | 1305.80 | 1479.92 | 1654.04 | 1741.08 |
| | 23.940 | 28.293 | 32.645 | 36.998 | 41.351 | 43.527 |
| | 55.00% | 65.00% | 75.00% | 85.00% | 95.00% | 100.00% |
| A06 | 1044.48 | 1157.00 | 1269.48 | 1381.96 | 1494.44 | 1606.92 |
| | 26.112 | 28.925 | 31.737 | 34.549 | 37.361 | 40.173 |
| | 65.00% | 72.00% | 79.00% | 86.00% | 93.00% | 100.00% |
| A07 | 1031.32 | 1130.48 | 1243.04 | 1355.52 | 1467.96 | 1580.44 |
| | 25.783 | 28.262 | 31.076 | 33.888 | 36.699 | 39.511 |

**7TH STEP**

1643.52
41.088

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| A08 | 1031.32 | 1130.48 | 1243.04 | 1355.52 | 1467.96 | 1580.44 |
| | 25.783 | 28.262 | 31.076 | 33.888 | 36.699 | 39.511 |

**7TH STEP**
1666.32
41.658

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | |
|---|---|---|---|---|---|---|
| A10 | 1218.76 | 1349.32 | 1479.92 | 1610.48 | 1741.08 | |
| | 30.469 | 33.733 | 36.998 | 40.262 | 43.527 | |
| | 70.00% | 77.50% | 85.00% | 92.50% | 100.00% | |
| A12 | 1265.80 | 1401.40 | 1537.04 | 1672.64 | 1808.28 | |
| | 31.645 | 35.035 | 38.426 | 41.816 | 45.207 | |
| | 70.00% | 77.50% | 85.00% | 92.50% | 100.00% | |
| A13 | 1088.08 | 1255.48 | 1422.88 | 1548.40 | 1673.96 | |
| | 27.202 | 31.387 | 35.572 | 38.710 | 41.849 | |
| | 65.00% | 75.00% | 85.00% | 92.50% | 100.00% | |
| A99 | 560.00 | | | | | |
| | 14.000 | | | | | |

 

**\* Time intervals between steps are defined in Apprentice Programs.**

**Normally a year between steps.**

Effective 5-12-14          **"B" SALARY TABLE**          IBEW Local 1600

### Time and Merit Progression Schedule* of Weekly and Hourly Rates

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| B01 | 669.64 | 703.20 | 736.64 | 770.24 | 803.52 |
|  | 16.741 | 17.580 | 18.416 | 19.256 | 20.088 |
| B02 | 736.64 | 770.24 | 803.52 | 837.40 | 870.40 |
|  | 18.416 | 19.256 | 20.088 | 20.935 | 21.760 |
| B03 | 803.52 | 837.40 | 870.40 | 903.88 | 937.96 |
|  | 20.088 | 20.935 | 21.760 | 22.597 | 23.449 |
| B04 | 870.40 | 903.88 | 937.96 | 971.20 | 1004.32 |
|  | 21.760 | 22.597 | 23.449 | 24.280 | 25.108 |
| B05 | 937.96 | 971.20 | 1004.32 | 1037.80 | 1071.08 |
|  | 23.449 | 24.280 | 25.108 | 25.945 | 26.777 |
| B06 | 1004.32 | 1037.80 | 1071.08 | 1104.44 | 1138.28 |
|  | 25.108 | 25.945 | 26.777 | 27.611 | 28.457 |
| B07 | 1071.08 | 1104.44 | 1138.28 | 1171.84 | 1205.40 |
|  | 26.777 | 27.611 | 28.457 | 29.296 | 30.135 |
| B08 | 1138.28 | 1171.84 | 1205.40 | 1238.92 | 1272.36 |
|  | 28.457 | 29.296 | 30.135 | 30.973 | 31.809 |
| B09 | 1205.40 | 1238.92 | 1272.36 | 1305.56 | 1339.20 |
|  | 30.135 | 30.973 | 31.809 | 32.639 | 33.480 |
| B10 | 1272.36 | 1305.56 | 1339.20 | 1372.92 | 1406.40 |
|  | 31.809 | 32.639 | 33.480 | 34.323 | 35.160 |
| B11 | 1339.20 | 1372.92 | 1406.40 | 1439.88 | 1473.04 |
|  | 33.480 | 34.323 | 35.160 | 35.997 | 36.826 |
| B12 | 1406.40 | 1439.88 | 1473.04 | 1506.84 | 1540.28 |
|  | 35.160 | 35.997 | 36.826 | 37.671 | 38.507 |
| B13 | 1473.04 | 1506.84 | 1540.28 | 1573.40 | 1606.92 |
|  | 36.826 | 37.671 | 38.507 | 39.335 | 40.173 |
| B14 | 1540.28 | 1573.40 | 1606.92 | 1640.24 | 1673.96 |
|  | 38.507 | 39.335 | 40.173 | 41.006 | 41.849 |
| B15 | 1606.92 | 1640.24 | 1673.96 | 1707.08 | 1741.08 |
|  | 40.173 | 41.006 | 41.849 | 42.677 | 43.527 |
| B16 | 1673.96 | 1707.08 | 1741.08 | 1774.60 | 1808.28 |
|  | 41.849 | 42.677 | 43.527 | 44.365 | 45.207 |
| B17 | 1741.08 | 1774.60 | 1808.28 | 1841.52 | 1874.92 |
|  | 43.527 | 44.365 | 45.207 | 46.038 | 46.873 |
| B18 | 1606.92 | 1640.24 | 1673.96 | 1707.08 | 1915.20 |
|  | 40.173 | 41.006 | 41.849 | 42.677 | 47.880 |
| B19 | 1741.08 | 1774.60 | 1808.28 | 1841.52 | |
|  | 43.527 | 44.365 | 45.207 | 46.038 | |
| B20 | 1885.20 | | | | |
|  | 47.130 | | | | |
| B21 | 2073.68 | | | | |
|  | 51.842 | | | | |
| B22 | 1406.40 | | | | |
|  | 35.160 | | | | |
| B23 | 1540.28 | | | | |
|  | 38.507 | | | | |

| | | | | |
|---|---|---|---|---|
| B24 | 2208.16 | 2241.48 | 2274.76 | 2308.08 | 2341.52 |
| | 55.204 | 56.037 | 56.869 | 57.702 | 58.538 |
| B35 | 1506.36 | 1540.88 | 1575.32 | 1608.84 | 1643.52 |
| | 37.659 | 38.522 | 39.383 | 40.221 | 41.088 |
| B58 | 937.96 | 971.20 | 1004.32 | 1037.80 | 1071.08 |
| | 23.449 | 24.280 | 25.108 | 25.945 | 26.777 |

| | 6TH STEP | 7TH STEP | 8TH STEP | 9TH STEP | 10TH STEP |
|---|---|---|---|---|---|
| | 1104.44 | 1138.28 | 1171.84 | 1238.92 | 1272.36 |
| | 27.611 | 28.457 | 29.296 | 30.973 | 31.809 |
| B73 | 1620.36 | | | | |
| | 40.509 | | | | |
| B76 | 1841.36 | | | | |
| | 46.034 | | | | |
| B77 | 1915.20 | | | | |
| | 47.88 | | | | |
| B78 | 1988.96 | | | | |
| | 49.724 | | | | |
| BT1 | 1848.08 | | | | |
| | 46.202 | | | | |

**\*Time Intervals between steps - 13 pay periods**

Effective 5-12-14      **"CC" SALARY TABLE**      IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP |
|-------|----------|----------|
| CC1   | 540.52   | 573.08   |
|       | 13.513   | 14.327   |
| CC2   | 589.52   | 638.64   |
|       | 14.738   | 15.966   |
| CC3   | 736.96   | 835.08   |
|       | 18.424   | 20.877   |
| CR1   | 1383.64  |          |
|       | 34.591   |          |

**\*Time intervals between steps - 13 pay periods**

## "CS" SALARY TABLE

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|-------|----------|----------|----------|----------|----------|
| CS1   | 669.68   | 737.00   | 803.68   | 870.68   | 937.96   |
|       | 16.742   | 18.425   | 20.092   | 21.767   | 23.449   |
| CS2   | 933.68   | 970.12   | 1017.32  | 1071.08  | 1111.20  |
|       | 23.342   | 24.253   | 25.433   | 26.777   | 27.780   |
| CS3   | 1037.80  | 1084.64  | 1133.28  | 1184.20  | 1238.92  |
|       | 25.945   | 27.116   | 28.332   | 29.605   | 30.973   |
| CS4   | 1171.84  | 1205.40  | 1238.92  | 1272.36  | 1305.56  |
|       | 29.296   | 30.135   | 30.973   | 31.809   | 32.639   |
| CS5   | 1424.80  |          |          |          |          |
|       | 35.620   |          |          |          |          |

**\*Time intervals between steps - 13 pay periods**

83

Effective 5-12-14      **"F" SALARY TABLE**      IBEW Local 1600

**Weekly and Hourly Rates**

| GROUP | RATE | GROUP | RATE |
|-------|------|-------|------|
| F00 | 493.60<br>12.340 | F08 | 1540.28<br>38.507 |
| F01 | 710.24<br>17.756 | F09 | 1643.52<br>41.088 |
| F02 | 937.96<br>23.449 | F10 | 1673.96<br>41.849 |
| F03 | 1031.32<br>25.783 | F11 | 1690.84<br>42.271 |
| F04 | 1271.44<br>31.786 | F12 | 1778.76<br>44.469 |
| F05 | 1339.16<br>33.479 | F13 | 1841.36<br>46.034 |
| F06 | 1420.20<br>35.505 | F14 | 1857.72<br>46.443 |
| F07 | 1473.04<br>36.826 | F21 | 777.52<br>19.438 |

## "J" SALARY TABLE

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|-------|----------|----------|----------|----------|----------|
| J01 | 1004.32<br>25.108 | 1037.80<br>25.945 | 1071.08<br>26.777 | 1104.44<br>27.611 | 1138.28<br>28.457 |
|  | **6TH STEP** | **7TH STEP** |  |  |  |
|  | 1171.84<br>29.296 | 1205.40<br>30.135 |  |  |  |

| GROUP | **1ST STEP** | **2ND STEP** | **3RD STEP** | **4TH STEP** | **5TH STEP** |
|-------|----------|----------|----------|----------|----------|
| J02 | 1272.36<br>31.809 | 1305.56<br>32.639 | 1339.20<br>33.480 | 1372.92<br>34.323 | 1406.40<br>35.160 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** |  |
|  | 1439.88<br>35.997 | 1473.04<br>36.826 | 1506.84<br>37.671 | 1540.28<br>38.507 |  |

**\*Time intervals between steps - 13 pay periods**

84

Effective 5-12-14                    **"K" SALARY TABLE**                    IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| KE1 | 672.80 | 704.28 | 735.56 | 766.84 | 798.28 |
|  | 16.820 | 17.607 | 18.389 | 19.171 | 19.957 |
| KG2 | 715.20 | 744.56 | 773.60 | 805.16 | 837.16 |
|  | 17.880 | 18.614 | 19.340 | 20.129 | 20.929 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 870.84 | 904.84 | 948.88 | 992.52 | 1036.40 |
|  | 21.771 | 22.621 | 23.722 | 24.813 | 25.910 |
| KG4 | 766.84 | 798.28 | 829.44 | 863.20 | 897.64 |
|  | 19.171 | 19.957 | 20.736 | 21.580 | 22.441 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 933.68 | 970.12 | 1017.32 | 1064.16 | 1111.20 |
|  | 23.342 | 24.253 | 25.433 | 26.604 | 27.780 |

**\*Time intervals between steps - 13 pay periods**

Effective 5-12-14                    **"SG" SALARY TABLE**                    IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| SG2 | 721.56 | 732.40 | 743.36 | 754.52 | 765.84 |
|  | 18.039 | 18.310 | 18.584 | 18.863 | 19.146 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 777.32 | 788.96 | 800.80 | 812.84 | 825.00 |
|  | 19.433 | 19.724 | 20.020 | 20.321 | 20.625 |

## "AVERAGE" SALARY TABLE

**Represents the Mean of the Two Salary Table Groups Shown**
**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| B43 | 1506.68 | 1540.12 | 1573.60 | 1606.84 | 1640.44 |
| (Formerly B14/13) | 37.667 | 38.503 | 39.340 | 40.171 | 41.011 |

**\*Time intervals between steps - 13 pay periods.**

Effective 5-12-14

# MISCELLANEOUS SALARY TABLES
# FOR INCUMBENTS ONLY

IBEW Local 1600

### WEEKLY/HOURLY RATES

| SALARY TABLE & GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| CO1 | 0.00 | 0.00 | 0.00 | 0.00 | 937.96 | |
| | 0 | 0 | 0 | 0 | 23.449 | |
| CO3 (1) | 936.76 | 998.96 | 1030.08 | 1092.96 | 1155.56 | |
| | 23.419 | 24.974 | 25.752 | 27.324 | 28.889 | |
| C04 | 1004.32 | 1071.08 | 1104.44 | 1171.84 | 1238.92 | |
| | 25.108 | 26.777 | 27.611 | 29.296 | 30.973 | |

**(1) Time intervals between steps - 13 pay periods
Promotion from C01 to C03 is to the first step of C03**

# Exhibit A - 2015

Effective 5-11-15          **"A" SALARY TABLE**          IBEW Local 1600

**For Jobs as Defined in Apprentice Training Programs**
**Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|-------|----------|----------|----------|----------|----------|----------|
| A05 | 981.52 | 1160.00 | 1338.44 | 1516.92 | 1695.36 | 1784.60 |
|     | 24.538 | 29.000 | 33.461 | 37.923 | 42.384 | 44.615 |
|     | 55.00% | 65.00% | 75.00% | 85.00% | 95.00% | 100.00% |
| A06 | 1070.60 | 1185.88 | 1301.20 | 1416.48 | 1531.80 | 1647.08 |
|     | 26.765 | 29.647 | 32.530 | 35.412 | 38.295 | 41.177 |
|     | 65.00% | 72.00% | 79.00% | 86.00% | 93.00% | 100.00% |
| A07 | 1057.12 | 1158.76 | 1274.12 | 1389.40 | 1504.64 | 1619.96 |
|     | 26.428 | 28.969 | 31.853 | 34.735 | 37.616 | 40.499 |

**7th STEP**
1684.60
42.115

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|-------|----------|----------|----------|----------|----------|----------|
| A08 | 1057.12 | 1158.76 | 1274.12 | 1389.40 | 1504.64 | 1619.96 |
|     | 26.428 | 28.969 | 31.853 | 34.735 | 37.616 | 40.499 |

**7th STEP**
1707.96
42.699

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|-------|----------|----------|----------|----------|----------|----------|
| A10 | 1249.24 | 1383.08 | 1516.92 | 1650.76 | 1784.60 | |
|     | 31.231 | 34.577 | 37.923 | 41.269 | 44.615 | |
|     | 70.00% | 77.50% | 85.00% | 92.50% | 100.00% | |
| A12 | 1297.44 | 1436.44 | 1575.44 | 1714.48 | 1853.48 | |
|     | 32.436 | 35.911 | 39.386 | 42.862 | 46.337 | |
|     | 70.00% | 77.50% | 85.00% | 92.50% | 100.00% | |
| A13 | 1115.28 | 1286.84 | 1458.44 | 1587.12 | 1715.80 | |
|     | 27.882 | 32.171 | 36.461 | 39.678 | 42.895 | |
|     | 65.00% | 75.00% | 85.00% | 92.50% | 100.00% | |
| A99 | 560.00 | | | | | |
|     | 14.000 | | | | | |

**\*Time intervals between steps are defined in Apprentice Programs.**

**Normally a year between steps.**

87

Effective 5-11-15      **"B" SALARY TABLE**      IBEW Local 1600

### Time and Merit Progression Schedule* of Weekly and Hourly Rates

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| B01 | 686.40 | 720.80 | 755.04 | 789.48 | 823.60 |
|  | 17.160 | 18.020 | 18.876 | 19.737 | 20.590 |
| B02 | 755.04 | 789.48 | 823.60 | 858.32 | 892.16 |
|  | 18.876 | 19.737 | 20.590 | 21.458 | 22.304 |
| B03 | 823.60 | 858.32 | 892.16 | 926.48 | 961.40 |
|  | 20.590 | 21.458 | 22.304 | 23.162 | 24.035 |
| B04 | 892.16 | 926.48 | 961.40 | 995.48 | 1029.44 |
|  | 22.304 | 23.162 | 24.035 | 24.887 | 25.736 |
| B05 | 961.40 | 995.48 | 1029.44 | 1063.76 | 1097.84 |
|  | 24.035 | 24.887 | 25.736 | 26.594 | 27.446 |
| B06 | 1029.44 | 1063.76 | 1097.84 | 1132.04 | 1166.72 |
|  | 25.736 | 26.594 | 27.446 | 28.301 | 29.168 |
| B07 | 1097.84 | 1132.04 | 1166.72 | 1201.12 | 1235.52 |
|  | 27.446 | 28.301 | 29.168 | 30.028 | 30.888 |
| B08 | 1166.72 | 1201.12 | 1235.52 | 1269.88 | 1304.16 |
|  | 29.168 | 30.028 | 30.888 | 31.747 | 32.604 |
| B09 | 1235.52 | 1269.88 | 1304.16 | 1338.20 | 1372.68 |
|  | 30.888 | 31.747 | 32.604 | 33.455 | 34.317 |
| B10 | 1304.16 | 1338.20 | 1372.68 | 1407.24 | 1441.56 |
|  | 32.604 | 33.455 | 34.317 | 35.181 | 36.039 |
| B11 | 1372.68 | 1407.24 | 1441.56 | 1475.88 | 1509.88 |
|  | 34.317 | 35.181 | 36.039 | 36.897 | 37.747 |
| B12 | 1441.56 | 1475.88 | 1509.88 | 1544.52 | 1578.80 |
|  | 36.039 | 36.897 | 37.747 | 38.613 | 39.470 |
| B13 | 1509.88 | 1544.52 | 1578.80 | 1612.72 | 1647.08 |
|  | 37.747 | 38.613 | 39.470 | 40.318 | 41.177 |
| B14 | 1578.80 | 1612.72 | 1647.08 | 1681.24 | 1715.80 |
|  | 39.470 | 40.318 | 41.177 | 42.031 | 42.895 |
| B15 | 1647.08 | 1681.24 | 1715.80 | 1749.76 | 1784.60 |
|  | 41.177 | 42.031 | 42.895 | 43.744 | 44.615 |
| B16 | 1715.80 | 1749.76 | 1784.60 | 1818.96 | 1853.48 |
|  | 42.895 | 43.744 | 44.615 | 45.474 | 46.337 |
| B17 | 1784.60 | 1818.96 | 1853.48 | 1887.56 | 1921.80 |
|  | 44.615 | 45.474 | 46.337 | 47.189 | 48.045 |
| B18 | 1647.08 | 1681.24 | 1715.8 | 1749.76 | 1963.08 |
|  | 41.177 | 42.031 | 42.895 | 43.744 | 49.077 |
| B19 | 1784.60 | 1818.96 | 1853.48 | 1887.56 |  |
|  | 44.615 | 45.474 | 46.337 | 47.189 |  |
| B20 | 1932.32 |  |  |  |  |
|  | 48.308 |  |  |  |  |
| B21 | 2125.52 |  |  |  |  |
|  | 53.138 |  |  |  |  |
| B22 | 1441.56 |  |  |  |  |
|  | 36.039 |  |  |  |  |
| B23 | 1578.80 |  |  |  |  |
|  | 39.470 |  |  |  |  |

88

| | | | | |
|---|---|---|---|---|
| B24 | 2263.36 | 2297.52 | 2331.64 | 2365.80 | 2400.04 |
| | 56.584 | 57.438 | 58.291 | 59.145 | 60.001 |
| B35 | 1544.00 | 1579.40 | 1614.72 | 1649.08 | 1684.60 |
| | 38.600 | 39.485 | 40.368 | 41.227 | 42.115 |
| B58 | 961.40 | 995.48 | 1029.44 | 1063.76 | 1097.84 |
| | 24.035 | 24.887 | 25.736 | 26.594 | 27.446 |

| 6TH STEP | 7TH STEP | 8TH STEP | 9TH STEP | 10TH STEP |
|---|---|---|---|---|
| 1132.04 | 1166.72 | 1201.12 | 1269.88 | 1304.16 |
| 28.301 | 29.168 | 30.028 | 31.747 | 32.604 |

| | |
|---|---|
| B73 | 1660.88 |
| | 41.522 |
| B76 | 1887.40 |
| | 47.185 |
| B77 | 1963.08 |
| | 49.077 |
| B78 | 2038.68 |
| | 50.967 |
| BT1 | 1894.28 |
| | 47.357 |

**\*Time intervals between steps - 13 pay periods**

89

Effective 5-11-15            **"CC" SALARY TABLE**            IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP |
|-------|----------|----------|
| CC1 | 554.04 | 587.40 |
|     | 13.851 | 14.685 |
| CC2 | 604.24 | 654.60 |
|     | 15.106 | 16.365 |
| CC3 | 755.40 | 855.96 |
|     | 18.885 | 21.399 |
| CR1 | 1418.24 | |
|     | 35.456 | |

**\*Time intervals between steps - 13 pay periods**

**"CS" SALARY TABLE**

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|-------|----------|----------|----------|----------|----------|
| CS1 | 686.44 | 755.44 | 823.76 | 892.44 | 961.40 |
|     | 17.161 | 18.886 | 20.594 | 22.311 | 24.035 |
| CS2 | 957.04 | 994.36 | 1042.76 | 1097.84 | 1139.00 |
|     | 23.926 | 24.859 | 26.069 | 27.446 | 28.475 |
| CS3 | 1063.76 | 1111.76 | 1161.60 | 1213.80 | 1269.88 |
|     | 26.594 | 27.794 | 29.040 | 30.345 | 31.747 |
| CS4 | 1201.12 | 1235.52 | 1269.88 | 1304.16 | 1338.20 |
|     | 30.028 | 30.888 | 31.747 | 32.604 | 33.455 |
| CS5 | 1460.44 | | | | |
|     | 36.511 | | | | |

**\*Time intervals between steps - 13 pay periods**

Effective 5-11-15

# "F" SALARY TABLE

IBEW Local 1600

**Weekly and Hourly Rates**

| GROUP | RATE | GROUP | RATE |
|---|---|---|---|
| F00 | 505.96<br>12.649 | F08 | 1578.80<br>39.47 |
| F01 | 728.00<br>18.200 | F09 | 1684.60<br>42.115 |
| F02 | 961.40<br>24.035 | F10 | 1715.80<br>42.895 |
| F03 | 1057.12<br>26.428 | F11 | 1733.12<br>43.328 |
| F04 | 1303.24<br>32.581 | F12 | 1823.24<br>45.581 |
| F05 | 1372.64<br>34.316 | F13 | 1887.40<br>47.185 |
| F06 | 1455.72<br>36.393 | F14 | 1904.16<br>47.604 |
| F07 | 1509.88<br>37.747 | F21 | 796.96<br>19.924 |

# "J" SALARY TABLE

**Time and Merit Progression Schedule* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| J01 | 1029.44<br>25.736 | 1063.76<br>26.594 | 1097.84<br>27.446 | 1132.04<br>28.301 | 1166.72<br>29.168 |

| 6TH STEP | 7TH STEP |
|---|---|
| 1201.12<br>30.028 | 1235.52<br>30.888 |

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| J02 | 1304.16<br>32.604 | 1338.20<br>33.455 | 1372.68<br>34.317 | 1407.24<br>35.181 | 1441.56<br>36.039 |

| 6TH STEP | 7TH STEP | 8TH STEP | 9TH STEP |
|---|---|---|---|
| 1475.88<br>36.897 | 1509.88<br>37.747 | 1544.52<br>38.613 | 1578.80<br>39.470 |

**\*Time intervals between steps - 13 pay periods**

91

Effective 5-11-15     **"K" SALARY TABLE**     IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| KE1 | 689.64 | 721.88 | 753.96 | 786.00 | 818.24 |
|  | 17.241 | 18.047 | 18.849 | 19.650 | 20.456 |
| KG2 | 733.08 | 763.16 | 792.96 | 825.28 | 858.08 |
|  | 18.327 | 19.079 | 19.824 | 20.632 | 21.452 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 892.60 | 927.48 | 972.60 | 1017.32 | 1062.32 |
|  | 22.315 | 23.187 | 24.315 | 25.433 | 26.558 |
| KG4 | 786.00 | 818.24 | 850.16 | 884.80 | 920.08 |
|  | 19.650 | 20.456 | 21.254 | 22.120 | 23.002 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 957.04 | 994.36 | 1042.76 | 1090.76 | 1139.00 |
|  | 23.926 | 24.859 | 26.069 | 27.269 | 28.475 |

**\*Time intervals between steps - 13 pay periods**

Effective 5-11-15     **"SG" SALARY TABLE**     IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| SG2 | 739.60 | 750.72 | 761.96 | 773.40 | 785.00 |
|  | 18.490 | 18.768 | 19.049 | 19.335 | 19.625 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 796.76 | 808.68 | 820.84 | 833.16 | 845.64 |
|  | 19.919 | 20.217 | 20.521 | 20.829 | 21.141 |

## "AVERAGE" SALARY TABLE

**Represents the Mean of the Two Salary Table Groups Shown**
**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| B43 | 1544.36 | 1578.64 | 1612.96 | 1647.00 | 1681.44 |
| (Formerly B14/13) | 38.609 | 39.466 | 40.324 | 41.175 | 42.036 |

**\*Time intervals between steps - 13 pay periods.**

Effective 5-11-15

# MISCELLANEOUS SALARY TABLES
# FOR INCUMBENTS ONLY

IBEW Local 1600

### WEEKLY/HOURLY RATES

| SALARY TABLE & GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| CO1 | 0.00 | 0.00 | 0.00 | 0.00 | 961.40 | |
| | 0 | 0 | 0 | 0 | 24.035 | |
| CO3 (1) | 960.16 | 1023.92 | 1055.84 | 1120.28 | 1184.44 | |
| | 24.004 | 25.598 | 26.396 | 28.007 | 29.611 | |
| CO4 | 1029.44 | 1097.84 | 1132.04 | 1201.12 | 1269.88 | |
| | 25.736 | 27.446 | 28.301 | 30.028 | 31.747 | |

**(1) Time intervals between steps - 13 pay periods**
**Promotion from C01 to C03 is to the first step of C03**

93

# Exhibit A - 2016

Effective 5-09-16      **"A" SALARY TABLE**      IBEW Local 1600

**For Jobs as Defined in Apprentice Training Programs**
**Progression Schedule* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| A05 | 1008.52 | 1191.88 | 1375.28 | 1558.64 | 1742.00 | 1833.68 |
|  | 25.213 | 29.797 | 34.382 | 38.966 | 43.550 | 45.842 |
|  | 55.00% | 65.00% | 75.00% | 85.00% | 95.00% | 100.00% |
| A06 | 1100.04 | 1218.48 | 1336.96 | 1455.44 | 1573.88 | 1692.36 |
|  | 27.501 | 30.462 | 33.424 | 36.386 | 39.347 | 42.309 |
|  | 65.00% | 72.00% | 79.00% | 86.00% | 93.00% | 100.00% |
| A07 | 1086.20 | 1190.64 | 1309.16 | 1427.60 | 1546.00 | 1664.52 |
|  | 27.155 | 29.766 | 32.729 | 35.690 | 38.650 | 41.613 |

**7th STEP**
1730.92
43.273

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| A08 | 1086.20 | 1190.64 | 1309.16 | 1427.60 | 1546.00 | 1664.52 |
|  | 27.155 | 29.766 | 32.729 | 35.690 | 38.650 | 41.613 |

**7th STEP**
1754.92
43.873

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| A10 | 1283.56 | 1421.12 | 1558.64 | 1696.16 | 1833.68 |  |
|  | 32.089 | 35.528 | 38.966 | 42.404 | 45.842 |  |
|  | 70.00% | 77.50% | 85.00% | 92.50% | 100.00% |  |
| A12 | 1333.12 | 1475.96 | 1618.76 | 1761.60 | 1904.44 |  |
|  | 33.328 | 36.899 | 40.469 | 44.040 | 47.611 |  |
|  | 70.00% | 77.50% | 85.00% | 92.50% | 100.00% |  |
| A13 | 1145.96 | 1322.24 | 1498.56 | 1630.76 | 1763.00 |  |
|  | 28.649 | 33.056 | 37.464 | 40.769 | 44.075 |  |
|  | 65.00% | 75.00% | 85.00% | 92.50% | 100.00% |  |
| A99 | 560.00 |  |  |  |  |  |
|  | 14.000 |  |  |  |  |  |

**\*Time intervals between steps are defined in Apprentice Programs.**

**Normally a year between steps.**

## "B" SALARY TABLE

Effective 5-09-16                                      IBEW Local 1600

**Time and Merit Progression Schedule* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|-------|----------|----------|----------|----------|----------|
| B01 | 705.28 | 740.64 | 775.80 | 811.20 | 846.24 |
|     | 17.632 | 18.516 | 19.395 | 20.280 | 21.156 |
| B02 | 775.80 | 811.20 | 846.24 | 881.92 | 916.68 |
|     | 19.395 | 20.280 | 21.156 | 22.048 | 22.917 |
| B03 | 846.24 | 881.92 | 916.68 | 951.96 | 987.84 |
|     | 21.156 | 22.048 | 22.917 | 23.799 | 24.696 |
| B04 | 916.68 | 951.96 | 987.84 | 1022.84 | 1057.76 |
|     | 22.917 | 23.799 | 24.696 | 25.571 | 26.444 |
| B05 | 987.84 | 1022.84 | 1057.76 | 1093.00 | 1128.04 |
|     | 24.696 | 25.571 | 26.444 | 27.325 | 28.201 |
| B06 | 1057.76 | 1093.00 | 1128.04 | 1163.16 | 1198.80 |
|     | 26.444 | 27.325 | 28.201 | 29.079 | 29.970 |
| B07 | 1128.04 | 1163.16 | 1198.80 | 1234.16 | 1269.48 |
|     | 28.201 | 29.079 | 29.970 | 30.854 | 31.737 |
| B08 | 1198.80 | 1234.16 | 1269.48 | 1304.80 | 1340.04 |
|     | 29.970 | 30.854 | 31.737 | 32.620 | 33.501 |
| B09 | 1269.48 | 1304.80 | 1340.04 | 1375.00 | 1410.44 |
|     | 31.737 | 32.620 | 33.501 | 34.375 | 35.261 |
| B10 | 1340.04 | 1375.00 | 1410.44 | 1445.92 | 1481.20 |
|     | 33.501 | 34.375 | 35.261 | 36.148 | 37.030 |
| B11 | 1410.44 | 1445.92 | 1481.20 | 1516.48 | 1551.40 |
|     | 35.261 | 36.148 | 37.030 | 37.912 | 38.785 |
| B12 | 1481.20 | 1516.48 | 1551.40 | 1587.00 | 1622.20 |
|     | 37.030 | 37.912 | 38.785 | 39.675 | 40.555 |
| B13 | 1551.40 | 1587.00 | 1622.20 | 1657.08 | 1692.36 |
|     | 38.785 | 39.675 | 40.555 | 41.427 | 42.309 |
| B14 | 1622.20 | 1657.08 | 1692.36 | 1727.48 | 1763.00 |
|     | 40.555 | 41.427 | 42.309 | 43.187 | 44.075 |
| B15 | 1692.36 | 1727.48 | 1763.00 | 1797.88 | 1833.68 |
|     | 42.309 | 43.187 | 44.075 | 44.947 | 45.842 |
| B16 | 1763.00 | 1797.88 | 1833.68 | 1869.00 | 1904.44 |
|     | 44.075 | 44.947 | 45.842 | 46.725 | 47.611 |
| B17 | 1833.68 | 1869.00 | 1904.44 | 1939.48 | 1974.64 |
|     | 45.842 | 46.725 | 47.611 | 48.487 | 49.366 |
| B18 | 1692.36 | 1727.48 | 1763.00 | 1797.88 | 2017.08 |
|     | 42.309 | 43.187 | 44.075 | 44.947 | 50.427 |
| B19 | 1833.68 | 1869.00 | 1904.44 | 1939.48 |  |
|     | 45.842 | 46.725 | 47.611 | 48.487 |  |
| B20 | 1985.44 |  |  |  |  |
|     | 49.636 |  |  |  |  |
| B21 | 2183.96 |  |  |  |  |
|     | 54.599 |  |  |  |  |
| B22 | 1481.20 |  |  |  |  |
|     | 37.030 |  |  |  |  |
| B23 | 1622.20 |  |  |  |  |
|     | 40.555 |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| B24 | 2325.60 | 2360.72 | 2395.76 | 2430.84 | 2466.04 |
| | 58.14 | 59.018 | 59.894 | 60.771 | 61.651 |
| B35 | 1586.48 | 1622.84 | 1659.12 | 1694.44 | 1730.92 |
| | 39.662 | 40.571 | 41.478 | 42.361 | 43.273 |
| B58 | 987.84 | 1022.84 | 1057.76 | 1093.00 | 1128.04 |
| | 24.696 | 25.571 | 26.444 | 27.325 | 28.201 |

| | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|---|---|---|---|---|---|
| | 1163.16 | 1198.80 | 1234.16 | 1304.80 | 1340.04 |
| | 29.079 | 29.970 | 30.854 | 32.620 | 33.501 |
| B73 | 1706.56 | | | | |
| | 42.664 | | | | |
| B76 | 1939.32 | | | | |
| | 48.483 | | | | |
| B77 | 2017.08 | | | | |
| | 50.427 | | | | |
| B78 | 2094.76 | | | | |
| | 52.369 | | | | |
| BT1 | 1946.36 | | | | |
| | 48.659 | | | | |

**\*Time intervals between steps - 13 pay periods**

96

Effective 5-09-16      **"CC" SALARY TABLE**      IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP |
|-------|----------|----------|
| CC1 | 569.28 | 603.56 |
|     | 14.232 | 15.089 |
| CC2 | 620.84 | 672.60 |
|     | 15.521 | 16.815 |
| CC3 | 776.16 | 879.48 |
|     | 19.404 | 21.987 |
| CR1 | 1457.24 | |
|     | 36.431 | |

**\*Time intervals between steps - 13 pay periods**

## "CS" SALARY TABLE

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|-------|----------|----------|----------|----------|----------|
| CS1 | 705.32 | 776.20 | 846.40 | 917.00 | 987.84 |
|     | 17.633 | 19.405 | 21.160 | 22.925 | 24.696 |
| CS2 | 983.36 | 1021.72 | 1071.44 | 1128.04 | 1170.32 |
|     | 24.584 | 25.543 | 26.786 | 28.201 | 29.258 |
| CS3 | 1093.00 | 1142.32 | 1193.56 | 1247.16 | 1304.80 |
|     | 27.325 | 28.558 | 29.839 | 31.179 | 32.620 |
| CS4 | 1234.16 | 1269.48 | 1304.80 | 1340.04 | 1375.00 |
|     | 30.854 | 31.737 | 32.620 | 33.501 | 34.375 |
| CS5 | 1500.60 | | | | |
|     | 37.515 | | | | |

**\*Time intervals between steps - 13 pay periods**

97

Effective 5-09-16          **"F" SALARY TABLE**          IBEW Local 1600

**Weekly and Hourly Rates**

| GROUP | RATE | GROUP | RATE |
|-------|------|-------|------|
| F00 | 519.88<br>12.997 | F08 | 1622.20<br>40.555 |
| F01 | 748.04<br>18.701 | F09 | 1730.92<br>43.273 |
| F02 | 987.84<br>24.696 | F10 | 1763.00<br>44.075 |
| F03 | 1086.20<br>27.155 | F11 | 1780.80<br>44.520 |
| F04 | 1339.08<br>33.477 | F12 | 1873.36<br>46.834 |
| F05 | 1410.40<br>35.260 | F13 | 1939.32<br>48.483 |
| F06 | 1495.76<br>37.394 | F14 | 1956.52<br>48.913 |
| F07 | 1551.40<br>38.785 | F21 | 818.88<br>20.472 |

## "J" SALARY TABLE

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|-------|----------|----------|----------|----------|----------|
| J01 | 1057.76<br>26.444 | 1093.00<br>27.325 | 1128.04<br>28.201 | 1163.16<br>29.079 | 1198.80<br>29.970 |
|  | **6TH STEP** | **7TH STEP** |  |  |  |
|  | 1234.16<br>30.854 | 1269.48<br>31.737 |  |  |  |
|  | **1ST STEP** | **2ND STEP** | **3RD STEP** | **4TH STEP** | **5TH STEP** |
| J02 | 1340.04<br>33.501 | 1375.00<br>34.375 | 1410.44<br>35.261 | 1445.92<br>36.148 | 1481.20<br>37.030 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** |  |
|  | 1516.48<br>37.912 | 1551.40<br>38.785 | 1587.00<br>39.675 | 1622.20<br>40.555 |  |

**\*Time intervals between steps - 13 pay periods**

98

Effective 5-09-16   **"K" SALARY TABLE**   IBEW Local 1600

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| KE1 | 708.60 | 741.72 | 774.68 | 807.60 | 840.76 |
|  | 17.715 | 18.543 | 19.367 | 20.190 | 21.019 |
| KG2 | 753.24 | 784.16 | 814.76 | 847.96 | 881.68 |
|  | 18.831 | 19.604 | 20.369 | 21.199 | 22.042 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 917.16 | 953.00 | 999.36 | 1045.28 | 1091.52 |
|  | 22.929 | 23.825 | 24.984 | 26.132 | 27.288 |
|  | **1ST STEP** | **2ND STEP** | **3RD STEP** | **4TH STEP** | **5TH STEP** |
| KG4 | 807.60 | 840.76 | 873.52 | 909.12 | 945.40 |
|  | 20.190 | 21.019 | 21.838 | 22.728 | 23.635 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 983.36 | 1021.72 | 1071.44 | 1120.76 | 1170.32 |
|  | 24.584 | 25.543 | 26.786 | 28.019 | 29.258 |

**"SG" SALARY TABLE**

**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| SG2 | 759.92 | 771.36 | 782.92 | 794.68 | 806.60 |
|  | 18.998 | 19.284 | 19.573 | 19.867 | 20.165 |
|  | **6TH STEP** | **7TH STEP** | **8TH STEP** | **9TH STEP** | **10TH STEP** |
|  | 818.68 | 830.92 | 843.40 | 856.08 | 868.88 |
|  | 20.467 | 20.773 | 21.085 | 21.402 | 21.722 |

**"AVERAGE" SALARY TABLE**

**Represents the Mean of the Two Salary Table Groups Shown**
**Time and Merit Progression Schedule\* of Weekly and Hourly Rates**

| GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP |
|---|---|---|---|---|---|
| B43 | 1586.80 | 1622.04 | 1657.28 | 1692.28 | 1727.68 |
| (Formerly B14/13) | 39.670 | 40.551 | 41.432 | 42.307 | 43.192 |

**\*Time intervals between steps - 13 pay periods.**

99

Effective 5-09-16

# MISCELLANEOUS SALARY TABLES
# FOR INCUMBENTS ONLY

IBEW Local 1600

### WEEKLY/HOURLY RATES

| SALARY TABLE & GROUP | 1ST STEP | 2ND STEP | 3RD STEP | 4TH STEP | 5TH STEP | 6TH STEP |
|---|---|---|---|---|---|---|
| CO1 | 0.00 | 0.00 | 0.00 | 0.00 | 987.84 | |
| | 0 | 0 | 0 | 0 | 24.696 | |
| CO3 (1) | 986.56 | 1052.08 | 1084.88 | 1151.08 | 1217.00 | |
| | 24.664 | 26.302 | 27.122 | 28.777 | 30.425 | |
| CO4 | 1057.76 | 1128.04 | 1163.16 | 1234.16 | 1304.80 | |
| | 26.444 | 28.201 | 29.079 | 30.854 | 32.620 | |

**(1) Time intervals between steps - 13 pay periods**
**Promotion from C01 to C03 is to the first step of C03**

**EXHIBIT B**
**REST PERIOD RULES & TABLE**

In accordance with Article IV, Section 5 of the Labor Agreement, the following rules shall be applicable for determining "qualifications of eligibility" and "length of rest period".

**RULES:**

1. Employees must actually work a minimum of three (3) non-scheduled overtime hours.

2. When the number of non-scheduled hours worked and the time of the overtime completion are represented on the rest period table, mathematical "rounding off" principles are applicable.

3. All overtime hours worked during the twelve (12)-hour period prior to starting time is accumulative for purposes of determining total non-scheduled hours worked provided the sum of the non-scheduled hours worked equals or exceeds the three (3)-hour requirement as defined in Rule #1.

4. For purposes of determining the time of the overtime completion:

   a. Starting time of the scheduled work hours is always utilized if the work is not completed and/or the employee cannot be released at starting time.
   b. If more than one work period is involved, utilize the hour that the last work period ended.
   c. Travel time is not utilized in determining the time of overtime completion.

5. The rest period table is not applied to vacation days, holidays, paid personal time off and ST-days (also see Article XII, Section 4, Paragraph **F**).

EXHIBIT B
REST PERIOD TABLE
ALL SCHEDULES



All overtime hours worked during the 12-hour period prior to starting time may be accumulated.

**EXHIBIT C**
**TWO MEN ON A CALL-OUT**

In an effort to insure proper understanding as to the number of employees to be called out, the following guidelines are set forth and are established on a sunset to sunrise basis.

**A.** CALL-OUTS WHERE TWO EMPLOYEES WILL BE DISPATCHED FOR DISTRIBUTION LINE TROUBLE (Second man will be called from the applicable roster.)

1. Fires of major proportions or where information indicated it is probable that a second man is needed to assist.
2. Reports of broken poles pertaining to auto accidents, etc.
3. Reports of wires down; reports of wires burning or sparking.
4. Severe driving conditions due to ice, snow or fog.
5. When work to be done involves working directly on energized primary circuits.
6. Primary line work that will have to be done in darkness (including patrolling). (See exceptions below.)
7. "UD" distribution trouble.

**B. CALL-OUTS WHERE ONE EMPLOYEE WILL BE DISPATCHED FOR DISTRIBUTION LINE TROUBLE**

1. No-light involving one customer or restricted block of customers. (Normally performed by tap or transformer fuse replacements or closing of OCR.)
2. Customer service complaint, such as flickering lights, voltage or partial service.
3. Re-connects.
4. Street light bulb replacement.
5. Substation check. (Visual inspection, including load and voltage check.)
6. Load or voltage check on lines.
7. Switching.

It is obvious that no set of rules can be written to cover all situations that may occur. The above rules are set forth as a guideline only. It will be the responsibility of the employee receiving the call-out to conscientiously assess the situation at hand and determine if an additional employee is required.

Good judgment must also be used in responding to emergency situations which may require that the first man available proceed promptly while the second man, if required, will follow in a second vehicle.

This item is concerned with call-outs only and should in no way restrict or change the present practices involving the work of employees in the Troubleman-FS or any other classifications.

102

**EXHIBIT D**
**NON-SUPERVISORY MOVING PLAN**

**STATEMENT OF POLICY**

It is the intent of the Company's Non-Supervisory Moving Expense Policy to minimize the inconvenience and financial hardship for those employees who qualify under the provision of the Plan. To accomplish this, the Company will as specifically noted below (1) pay reasonable living or commuting expenses for a period of up to 90 calendar days, during which arrangements can be completed by the employee to obtain new living quarters and accomplish the necessary disposition of the former living quarters; (2) pay the cost of moving the household effects when this is performed by professional movers; and (3) pay real estate commission fees for selling a presently owned residence when employees move at the request of the Company.

**ELIGIBILITY**

A.   Employees must have a minimum of two (2) years' Company service unless they are being promoted in a progression line to a job with residence requirements in which case there is no minimum.

**LIVING, COMMUTING AND MOVING EXPENSES**

A.   The following examples are situations where expenses will be paid in the manner so described:
   1.   Promotions in a progression line to a different work location.
        a. Job has residence requirement, or
        b. Job has no residence requirement and it is mutually agreed that it is in the best interest of both the employee and the Company to have the employee live in the general area of his Job Headquarters. Company's decision will be made by the Labor Relations Department to get uniformity.
        Living, commuting and moving expenses will be paid.
   2.   Filling a "posted" job at a different work location. New job may be more, same or less pay.
        a. Job has residence requirement, or
        b. Job has no residence requirement and it is mutually agreed that it is in the best interest of both the employee and the Company to have the employee live in the general area of his Job Headquarters. Company's decision will be made by the Labor Relations Department to get uniformity.
        Living, commuting and moving expenses will be paid.
   3.   Promoting in a progression line or filling a posted job at the same work location.
        a. Job has residence requirement, or
        b. Job has no residence requirement and it is mutually agreed that it is in the best interest of both the employee and the Company to have the employee live in the general area of his Job Headquarters. Company's decision will be made by the Labor Relations Department to get uniformity.
        Only moving expenses will be paid.
   4.   Job change due to:
        a. Displacement
        b. Disability
        c. Work relocation
        d. Management decision to return employee to former job during a probationary period of a new job
        Living, commuting and moving expenses will be paid.

In all of the above, it must be in the best interest of the employee and the Company to have the employee live in the general area of his new Job Headquarters.

B.   The following examples are situations where expenses will not be paid:
   1.   Move is occasioned solely by the employee's desire or convenience such as a home in a different section of the same locality.
   2.   When an employee asks for a change in work location, other than a posted job, and takes a demotion or lateral transfer in his own progression line.
   3.   Where an employee is taking a posted job and he has been reimbursed for moving expenses in the last two (2) years.

103

4.  Employee's job and work location is moved from one (1) location to another location in the same general community.
5.  Moves of employees from one (1) Job Headquarters to another unless requested by the Company on a long-term basis.

## REAL ESTATE EXPENSES

For all except A-2 and A-3 above, if the employee owns and resides in a home that must be sold to make a move to a new work location, the Company will pay the appropriate real estate commission fee if a realtor was utilized in selling the home. All other costs are the responsibility of the employee.

## DEFINITION OF A MOVING PERIOD

Employees may elect to meet the residence requirement any time during the probationary period but no later than 90 calendar days after completing their probationary period unless an extension is granted. The 90 calendar day period for receiving living or commuting expenses will commence at the option of the employee but no later than the completion of the probationary period. During this 90 calendar day period, employees have a daily choice of either "staying over" or "commuting."

## CESSATION OF LIVING/COMMUTING EXPENSES

If employees are in the process of collecting living/commuting expenses and during this period elect not to relocate to take the position, expenses shall terminate immediately.

If employees, in the process of collecting living/commuting expenses, are declared unacceptable to meet the requirements of the job, they will continue to receive expenses until they can be returned. However, expenses shall not exceed the prescribed time as allowed in the Moving Expense Plan.

## EXTENSION OF MOVING PERIOD

This Plan allows as much as a 90 calendar day extension beyond the original normal 90 calendar day period in cases where the employee is (1) experiencing difficulty in disposing of an existing residence, (2) obtaining quarters at the new location or (3) is obligated to delay his move because of family circumstances.

Where an employee is being held up on his move because of not being able to sell his home, the extension will only be granted if he can prove his "asking price" has been realistic. If the employee requests, the Company will have independent local appraisals made at its expense.

If an employee has not moved his personal possessions within the moving period for which he is allowed living expenses, he will have his mover's bills paid at such time when he actually moves, provided the move is made within one (1) year from the date he reports to his new job.

Likewise, if he has not sold his home during the period for which he is allowed living expenses, and subsequently sells his home within a year from the date he reports to his new job, the real estate commission fee, if applicable, will be paid by the Company.

In considering if an extension is warranted, it must be ascertained to the satisfaction of the employee's supervisor that real efforts are being made to effect the move and that there is a consequent real need for the extension. The principle of extension is never to grant more days than needed. There may be several extensions, but the total of such extension is not to exceed 90 calendar days, which, with the original 90 calendar day period, would result in a final limit of 180 calendar days.

## BASIS FOR HANDLING MOVING EXPENSES

The following "ground rules" will be applied:

1.  Staying Over - Motel expenses and meals will be paid on a reasonable out-of-pocket basis. Weekly Round-Trip Home - Mileage allowance covering one (1) round-trip per week at the rate specified in the Labor Agreement.
2.  Commuting Daily - Mileage allowance as specified in the Labor Agreement.
3.  Familiarization Allowance - If an employee elects not to move and decides to commute on a continuing basis, his transportation will be paid for a period of two (2) weeks to enable him to familiarize himself with his new work location.
4.  Selection of Mover - The employee must contact the Traffic Section of the Procurement Department, Allentown, to arrange for a reputable freight carrier to transport the personal household items of the

employee and his/her family. The bill should be made out to PPL and it will be paid directly to the mover.

5.  Realtor Fee - Since the realtor fee is payable at the time of settlement, the employee may elect to pay this fee at this time and be reimbursed for these expenses, or may request that a check from the Company be prepared, payable to the realtor, for the appropriate fee.

6.  Appraisals - To assure that the employee is getting the true value for his home, and at the same time assuring that the employee's asking price is realistic, a competent and impartial appraisal should be obtained no later than two (2) weeks after the effective date the employee reports to his new work location. If the employee is agreeable, the Company will have independent appraisals made at its expense.

7.  Tax Rulings - Under present law, regulations and interpretations, the Company is required to withhold Federal and State Income Taxes from certain items reimbursed under this policy. These items are subject to withholding at the time of payment and must be reported as part of the total wages shown on the annual W-2 form furnished to the employee. To help offset the additional Social Security Tax, Federal and State Income Taxes as a result of relocation, the Company will provide tax offset provisions (gross-up) for taxable items covered under this exhibit.

8.  Employee's Responsibility - The employee who is eligible for reimbursement for expenses under this policy should carry out his plans and arrangements to move in a manner which will keep his related expenses to a reasonable minimum and at the same level as if he were incurring all such expenses for his own personal account.

9.  **Employees may opt out of this Exhibit D and select the PPL General Procedure 504-Relocation Expenses for Employees to include the Relocation Expenses for Homeowners (Homesale Assistance) dated July 1, 2012, and Relocation Expenses for Renters dated March 18, 2012.**

# EXHIBIT E
## TEMPORARY WORK ASSIGNMENTS AND TRAINING ASSIGNMENTS WITHIN THE SERVICE TERRITORY

| LENGTH OF ASSIGNMENT | ONE DAY | | MORE THAN ONE DAY | |
|---|---|---|---|---|
| One-way Miles From Home To Assignment | Less than 70 miles | 70 miles or more | Less than 70 miles | 70 miles or more |
| Commute | IRS mileage rate (5) excluding miles of normal commute (max. of 30 miles each way) (1) (4) (6) | IRS mileage rate (5) excluding miles of normal commute (max. of 30 miles each way) Time for 1 round trip. (1) (4) (6) | IRS mileage rate (5) excluding miles of normal commute (maximum of 30 miles each way) (1) (4) (6) | |
| Stay | — | — | — | Per Diem **Work Assignment** (2) — Per Diem **Training Assignment** (1) (2) (3) (6) |

(1) All compensable mileage measured from employee's home to the temporary work headquarters or training location minus the distance from his home to his regular work location (maximum of 30 miles each way).

(2) For work **and training** assignments, per diem allowance for each work day of the assignment. For allowance amounts refer to Article VIII, Section 6 (B).

(3) **For training assignments only, one round trip per week, time and mileage, excluding miles of normal commute (maximum of 30 miles each way). Mileage expense is not applicable to passengers or if Company offers transportation.**

(4) Mileage expense is not applicable to passengers or if Company offers transportation. Those employees car pooling will receive mileage expense from their home to a reasonable meeting point (excluding miles of normal commute - max. of 30 miles each way). In no case will the reimbursement to the car poolers exceed the reimbursement had they driven the entire distance to the temporary assignment or training location.

(5) Refer to Article VIII, Section 6 (F).

(6) Employees who are being reimbursed for mileage or driving a Company vehicle on Company business will also be reimbursed, with receipts, for actual tolls and parking.

106

EXHIBIT F
## TEMPORARY CHANGE IN WORKING HOURS-SUBSTITUTION

To understand this provision, each situation must be addressed individually. This Exhibit separates Substitution from Temporary Change in Schedule.

## 1. SUBSTITUTION FOR EMPLOYEE WHO IS OFF DUTY

    a.  When notification of a schedule change occurs after the beginning of the work week in which the substitution is to occur, only the working hours of the substituting employee will be changed, not the ST-days.

    b.  When notification of a schedule change occurs before the beginning of the work week in which the substitution is to occur, or the substitution continues beyond the end of a work week, the work schedule of the substituting employee will become that of the relieved employee.

In 1(a) in accordance with Article IV, Section 4, Paragraph A (2), since the notification of the substitution occurred after the start of the work week in which the substitution is to occur, the substituting employee would receive 1½X for the first change of working hours on the first W-day and the employee's ST-days for that week would not be changed.

In 1(b) since notification of the substitution occurred before the start of the work week in which the substitution is to occur, the substituting employee would assume the schedule of the relieved employee.

Therefore, in 1(b) if the employee is notified before quitting time of his last W-day of the preceding work week, premium pay for the change is not applicable. However, if he is notified after quitting time of his last W-day of the preceding week but before the start of the work week, premium pay for the first change is applicable and he would assume the shift of the relieved employee.

When this occurs, (both 1(a) and 1(b)) - since it becomes in fact a substitution, the employee is relieved of his original shift assignment, therefore, meal allowances or rest periods which could be associated with the employee's original shift are not applicable. For substitution purposes, the meal allowance is applicable when:

    1.  An employee is called out for substitution purposes on his ST-day or

    2.  An employee is called out to substitute for split shift operation in which case the employee would retain the responsibility for his originally scheduled shift.

Utility classifications and operators or employees on extra duty assignments were specifically established to provide substitution for time off requests such as vacation, sickness and personal time off. Since these requests can be for less than a full week's duration, it is possible for a utility employee to provide substitution for more than one employee in any one work week. In order to provide this multiple substitution, it is not practical to assign the utility employee the ST-days of one of the employees for whom the substitution is being provided. In such cases the ST-days are assigned as necessary to allow the maximum substitution. In many instances, due to time off requests, these employees' schedules cannot be determined until the week preceding the work week and, therefore, schedules are posted forty-eight (48) hours prior to the work week in accordance with Article IV, Section 3D. Subsequent changes for substitution after the forty-eight (48)-hour notice are governed by 1(a) on page 1 of this Exhibit.

It must be remembered that substitution may have to occur with a minimum of notification, however, this in practically all cases is beyond the control of the Company.

## 2. TEMPORARY CHANGE OF SCHEDULE

Temporary change of schedules (Article IV, Section 3, Paragraphs A (2) and (3)) occur as a result of the necessity to complete work on equipment that must be taken out of service and the work must be done outside normal working hours. This could include scheduled overhaul of equipment or unforeseen breakdown of equipment. In addition, in accordance with Paragraph (3) it may occur as a result of scheduling an employee to attend Company training schools or programs.

Excluding Paragraph (3), when this occurs, only the working hours of the employee's W-days will be changed, not the ST-days. An exception here is equipment outages that have a direct effect on the operating capacity of power generating stations as specified in the Labor Agreement where employee's ST-days may be changed.

Article IV, Section 4, Paragraph (3) provides pay at 1½X for the first eight (8), ten (10), or twelve (12) hours of a regularly scheduled shift while working on a temporarily changed schedule. Should this occur on the employee's ST-day, since the employee is already receiving premium pay, he would not be entitled to premium pay on the first W-day. In addition, if an employee has already been credited for a normal work shift for the day (i.e., worked or rest period) and is informed and incurs the initial change of shift as supplemental overtime on the same day, since he is already receiving premium overtime pay it would not in effect carry over to the next W-day. If the employee has already supplied one meal for the day in question, the Company will assume the additional meal entitlements. If the employee has not supplied a meal, he is responsible for the first meal as spelled out in Article VIII, Section 5, Paragraph A. In any case, if eligible, the employee is entitled to shift differential for the change of shift and work rules applying to shift workers become applicable.

107

On prearranged equipment outages and attendance at schools or training programs, since schedules are known in advance, the employee is usually notified well in advance of the change. On prearranged equipment outages, regardless of length of notification, the employee receives premium pay for the first eight (8), ten (10), or twelve (12) hours of a regularly scheduled shift change and is relieved of all responsibilities of his originally scheduled shift. In the case of attendance at schools or training programs, if the employee is notified forty-eight (48) hours before the beginning of the work week, overtime for a temporary change in work schedule will not apply. However, if notified less than forty-eight (48) hours before the beginning of the work week, the overtime will apply.

Unscheduled equipment outages or breakdowns are unpredictable and advance notification many times is impossible. In any event, once the employee is notified that his normal shift is changed, he is relieved of all responsibilities for his original shift. Premium pay will apply to the first eight (8), ten (10), or twelve (12) hours of a regularly scheduled shift change and allowances such as meal allowances and rest period for his original shift are not applicable.

**EXHIBIT G**
**CHILD CARE AND MEDICAL LEAVE**
**OF ABSENCE**

## A. CHILD CARE AND MEDICAL LEAVE

1. All employees who have worked twelve (12) months and at least 1,250 hours in the previous twelve (12)-month period will be eligible for an unpaid child care and/or medical leave of absence as stated in the Family Medical Leave Act:
   a. If employees are married to each other and request a child care leave, each employee will be entitled to Company subsidized health care coverage not to exceed twelve (12) weeks.
   b. The twelve (12) week entitlement of Company-paid health care coverage is renewed at the end of each pay period year and is not cumulative nor does any unused portion get carried over from year to year.

2. Rights Upon Reinstatement-Child Care
   a. Employees who are granted a child care leave of absence up to twenty-six (26) weeks, upon return to the Company will be reinstated to the same job, work location and rate of pay that they held prior to the child care leave of absence.
   b. Employees who are granted a child care leave of absence from twenty-six (26) weeks to fifty-two (52) weeks, upon return to the Company, will be reinstated to a job at their former work location when an opening is available. If no opening is available at that work location, the employee will be considered for the first available job opening. Upon reinstatement, the employee will receive the rate of pay applicable to that job. However, the employee will have a commitment to the first job vacancy in the employee's former job classification at his/her work location. Employees will lose this commitment if they voluntarily change jobs before the commitment is fulfilled. Employees who refuse a vacancy offered by the Company at the termination of the child care leave of absence will be considered to have resigned.
   c. Female employees, who are on extended illness due to pregnancy and childbirth and decide to return to work immediately upon certification by their doctor that they are no longer disabled, will be entitled to reinstatement in accordance with the policy on extended illness due to maternity. Their vacation, wage increases and other benefits will be handled under the existing policies. Female employees who are granted a child care leave are required to submit to their supervisor a certification from their doctor at the end of their disability.

## B. CONDITIONS APPLICABLE TO CHILD CARE AND MEDICAL LEAVE OF ABSENCE

1. While on leave of absence employees cannot work for another employer or become self-employed without the approval of the Company. Employees who work for another employer or become self-employed without Company approval will be considered to have resigned.
2. It will be the employee's responsibility to contact the offices of Local Union 1600, IBEW, regarding payment of Union dues during their leave of absence.
3. Job seniority will not accrue during the period of the leave of absence except for any time period that employees may be eligible for sick pay; and upon return to the Company, the employee's job seniority will be adjusted to reflect the amount of time the employee was on the leave of absence.
4. Employees on leave of absence will not be considered for promotional opportunities and are not eligible to bid on any vacancies that occur during the leave of absence.
5. Benefits, Vacations, Wage Increases
   a. Benefits - (Life Insurance, Health Benefits, Dental and Long Term Disability) Coverage in the amount the employees had at the time of the leave may be retained by the employees paying the Company's full composite cost for the duration of the leave.
   b. Retirement - Employees on leave of absence will have their participation in the PPL Retirement Plan/PPL Savings Plan suspended until their return to active employment. Upon return, the employee will have the opportunity to make payments equal to the full costs including interest in order to make themselves whole for the duration of the leave of absence. Employees who do not return to the Company will participate in the usual vesting provisions available under the credited service requirements of the Plan.
   c. Vacation - Prior to a child care or medical leave of absence in excess of 12 weeks, an employee must utilize all except five (5) days of remaining vacation entitlement, either as time off or payment for remaining entitlement.

109

Upon return to work, vacation entitlement will be prorated on the basis of actual time worked by the employee in the previous year and the year he/she returns and added to any allowance the employee elected to retain when commencing the leave of absence. These allowances may be scheduled two (2) pay periods after reinstatement. Proration is not applicable to any time period that employees are eligible for sick pay and will only be applied for leaves in excess of two (2) weeks.

Example 1: An employee whose normal vacation entitlement is fifteen (15) days takes a child care leave commencing September 1, 1991 retaining three (3) days of vacation. The leave terminates March 1, 1992. When the employee returned he/she will have worked 8/12 of 1991 and will work 10/12 of 1992. Therefore, in 1992 the employee would receive 8/12 of his/her vacation entitlement or ten (10) working days (rounded to the closest whole day) plus the three (3) retained vacation days. These vacation days may be scheduled after April 1, 1992. In 1993, the employee would receive 10/12 of his/her vacation entitlement which is thirteen (13) days.

Example 2: An employee whose total vacation entitlement is 96 hours is granted a paternal intermittent child care leave without pay encompassing twelve (12) full weeks (3 months) in 1994. When determining the succeeding year's vacation allowance, the employee would receive 9/12 of the 96 hours vacation entitlement totaling 72 hours of available 1995 vacation time.

d.  Mini-Vacation - Employees will not be required to utilize mini-vacation prior to leave of absence. Upon their return, employees will be eligible to use any mini-vacation that was not utilized prior to going on leave of absence, and will be eligible for any additional mini-vacation in accordance with Article VIII, Section 2, Paragraph B.

e.  Wage Increases
    (1)  Step increases for employees who return to work will be postponed for a corresponding period of time in accordance with Article VI, Section 5, Paragraph I of the Labor Agreement.
    (2)  General wage increases for employees will be deferred until the employee returns to work. Employees who are reinstated to a lower position than that which they held prior to leaving will receive the general wage increase applicable to that job.

f.  Employees will be eligible for leave in the case of a serious health condition for themselves or to care for a spouse, child, parent or a domestic partner (Affidavit of Domestic Partnership required – see 2006 Summary of Agreement) with a serious health condition. Parent-in-law is not included.

g.  If employees are married to each other and request a leave to care for a spouse, child, or parent(s) with a serious health condition, each employee's leave can not exceed twelve (12) weeks. Providing care for a parent-in-law is not applicable.
    Example: Employee A takes a six (6) week leave to care for his ill mother.  Employee B has twelve (12) weeks leave available to care for her ill mother or father, and Employee A has six (6) weeks remaining to care for his ill mother or father.

h.  Upon reinstatement from a medical leave employees will return to the same job, work location and rate of pay they held prior to the medical leave of absence.

### EXHIBIT H
### CUMULATIVE OVERTIME PROCEDURES

1. Whenever necessary, the Company will maintain rosters of certain employees likely to be called and will select from these rosters such employees as are needed on a cumulative overtime basis by job classification.
2. Overtime will be assigned with an attempt to equalize the opportunity for overtime by job classification at a work location.
3. Separate rosters will be maintained for call-out and prearranged overtime. Equalization of overtime for call-out and prearranged work will be separate.
4. In areas of the Company where calls involving overtime are not the responsibility of the Customer Service Representative Shift, the appropriate supervisor initiating the calls shall be responsible for administering the provisions of this Exhibit.
5. Total call-out overtime hours contiguous to an employee's regular shift (before or after) which exceed two (2) hours will be charged to the cumulative overtime call-out roster. The supervisor will inform the Customer Service Representative Shift as soon as possible after the overtime work is completed so the cumulative call-out roster can be adjusted accordingly.
6. Employees will be charged for time worked or time offered. Time offered includes situations such as, employee is not available for work; there is no answer; telephone line is busy; employee isn't home; employee reports sick after having worked his regular shift. In these cases, time offered will be chargeable for any call-outs up to the employee's normal starting time the next day.
7. The amount of time charged to a person is determined by the number of hours worked by the employee who responds to the call or works the prearranged job.
8. For vacation and sickness purposes, it will be the employee's responsibility to inform the supervisor and the party responsible for initiating the call (in most cases the Customer Service Representative Shift) when the employee should be taken off and put back on the roster. If the employee fails to do so, he will be considered as available for overtime work and charged accordingly. In cases where an employee is unavailable to notify the Customer Service Representative Shift (i.e. hospitalized, etc.), the supervisor will inform the Customer Service Representative Shift of the employee's unavailability on behalf of the employee and will so inform the employee. However, when the employee is again available, it will be the employee's responsibility to initiate the appropriate notification.
9. Employees entering a progression line or promoting into a higher classification will be assigned the amount of overtime equal to the average overtime of the employees in that classification.
10. Normally, the person called/assigned first is the person with the least amount of overtime, providing continuity of work is not adversely impacted by a work unit change, or unless the skills necessary are not available; or in cases of extreme emergency. In these situations, it is necessary to inform the bypassed employee of such action giving reasons for the bypass. Bypassed employees and employees who are inadvertently missed will have the opportunity to equalize the overtime by remaining low person on the cumulative overtime list. While the Company cannot assure complete equalization of overtime, periodic review between the appropriate Steward and the responsible supervisor should provide assurance that the effort is being made to the extent possible.
11. The call-out roster will be updated on a daily basis and the prearranged roster will be updated per prearranged job. The Customer Service Representative Shift will provide current reports to the field locations.
12. It is understood by the parties that the clerical responsibilities for the call-out roster maintenance will have no effect on the Customer Service Representative Shift's rate of pay.

**EXHIBIT I**
**JOB CHANGE REQUESTS FOR ENTRY LEVEL**
**OFFICE JOBS CONCEPT POSITIONS**

In accordance with Article V, Section 2, Paragraph M(2) of the Labor Agreement, the jobs of Steno/Clerk-Entry, **Clerk-Cash Receipts, Administrative Support Clerk, Call Center Representative,** Enrollment Billing Clerk, **Logistics Worker, and Customer Service Assistant I** will be filled by newly hired employees. However, employees may request a job change to one of these positions. If such requests are submitted prior to the vacancy, employees shall be considered on the following basis before hiring from the street, provided they meet the minimum entry requirements for the position.

1. Requests from employees in the same progression line in the same division* if qualified and performing satisfactorily in existing position.
2. Requests from employees in other OJC progression lines in the same division* if qualified and performing satisfactorily in existing position.
3. Requests from employees in OJC progression lines from other divisions* if qualified and performing satisfactorily in existing position.
4. Requests from employees in progression lines outside the OJC in the same division* if qualified (for every third vacancy only provided none of the above requests are on record).
5. Requests from employees in progression lines outside the OJC outside the division* if qualified (for every third vacancy only) provided there are no requests on record as cited in (1), (2) and (3) above.

NOTE: Requests to demote to the entry level job within the same progression line will be considered along with transfer requests in accordance with Article V, Section 2, Paragraph K (5). Examples of the aforementioned process are described in the Office Jobs Concept Administrative Procedures dated June 25, 1985.

*The designation of divisions also includes power plants and General Office.

112

EXHIBIT J
RESIDENCE REQUIREMENTS

As an electric utility providing an essential service to a public which is rapidly becoming even more dependent upon our service, we recognize our responsibility to provide such service with the highest possible degree of continuity.

Although much can be and has been done to meet this responsibility by the installation of modern facilities, in the final analysis it can only be fully accomplished by having sufficient numbers of key personnel available to report for duty rapidly when emergency conditions arise.

## STATEMENT OF POLICY

All jobs designated in Article IV, Section 7 of the Labor Agreement have residence requirements and as such will be governed by the following statements:

1.  The residence requirement in accordance with Article IV, Section 7, Paragraphs A and B stipulates employees must live within thirty (30) miles' driving distance between home and their Job Headquarters. Distance is defined as the mileage driven on the most commonly used roads.
2.  All new employees and all employees in jobs that are not designated as having a residence requirement, who wish to be considered for jobs which are designated as having residence requirement, must agree to move to a location within the prescribed requirements to the Job Headquarters or forfeit the right to be considered.
3.  Employees who are incumbents in a line of progression and are assigned to a Job Headquarters as of the date of this Agreement and whose jobs will now have a residence requirement will not be asked to move to retain their present job and will be considered for any future promotions in that line of progression at that particular Job Headquarters. However, should these employees desire to be considered for promotions or transfers in other lines of progression or other work locations within their present line of progression, they will then be expected to meet the residence requirement of that job. For example, a Journeyman Lineman is assigned to a Job Headquarters "A" and his home is beyond the prescribed travel limitations. He need not move to retain his present job and he will be considered for any future promotion at Job Headquarters "A". However, should a promotion become available to him at any other work location, he must then agree to meet the residence requirements of that job.

    In addition to the above, if employees decide to relocate their residence while in their incumbent position, they will be required to comply with the residence requirement. Incumbent employees with residency waivers will continue under those waivers.
4.  Any employee who has agreed to move as a condition for placement in a job who subsequently refuses to honor his commitment shall be demoted or transferred to a job not having a residence requirement.
5.  Employees who are handled under the placement process will not be required to move to accept a job with residence requirements. However, such employees will be subject to the uniform residence requirement outlined above if they subsequently bid into jobs shown as having such a requirement.
6.  In addition, if the Company establishes a new Job Headquarters either through consolidation of facilities or by building new headquarters, employees whose jobs have residence requirements will not be subject to the new requirements as long as they continue to work at the new headquarters.
7.  It will be the joint responsibility of the employee and his supervisor to see that the provisions of the uniform residence requirements are maintained. However, disputes regarding the interpretation of the residence requirement will be resolved by the Local Chief Steward and the supervisor involved.
8.  It will not be mandatory that employees be required to move during the probationary period of their new job. They will, however, be required to conform to the provision of this policy within 90 days after the probationary period ends, unless an extension is granted by mutual agreement due to extenuating circumstances.
9.  The Non-Supervisory Moving Plan (Exhibit D) will apply.

**EXHIBIT K**
**LONG TERM DISABILITY**
**CONDITIONS OF RETURN**

I.      The following guidelines are applicable to employees on Long Term Disability. **In the event of an off-the-job injury, all return to work from LTD regardless of the duration of the disability, will be treated under Paragraph D (3) below.**

    A.   When it is necessary to fill vacancies created by employees who become eligible for LTD benefits, they shall be filled on a permanent rather than a temporary basis.

    B.   All requests to return to the work force from an LTD status, or subsequent to the cessation of the benefit, shall be predicated upon medical and/or psychological certification authorizing the employee's return to work.

    C.   If an employee is unable to return to their regular job from LTD, they shall be handled by the Disability Committee in accordance with Article VIII of the Labor Agreement.

    D.   Following are the conditions of return applicable to the designated leave periods:

        1.   Employees either notifying the Company or returning to the Company within six (6) months from the effective date of their LTD status shall return to their former job classification and former work location, provided they are capable of satisfactorily performing the duties of the job. They shall receive job seniority and Company service credit for the duration of their LTD absence. If a vacancy is not available when they are certified to return, they shall bump the junior employee in their former job classification at their former work location, provided the job classification vacancy created by the employee who left on LTD status was filled. In cases where the job classification vacancy is not filled and the employee returns from the LTD status, placement will be handled per paragraph H of this Exhibit **K**.

        2.   Employees either notifying the Company or returning to the Company after six (6) months, but less that two (2) years from the effective date of their LTD status shall return to their former job classification and former work location provided they are capable of performing the duties of the job and such a vacancy exists. When they return to their former job classification at their former work location, their job seniority date will be adjusted for the period of their absence. However, Company service shall be credited for the duration of the leave. If a job vacancy in their former job classification at their former work location is not available, employees shall be returned to an available job vacancy within the scope of their experience and skills with a commitment to their former job classification and work location. They shall receive the rate of pay commensurate with paragraph H of this Exhibit **K**. If they are returned to a job in another progression line, their commitment shall be eliminated if they subsequently change jobs voluntarily; promote within the new progression line; or do not take the first opportunity to exercise their commitment.

        3.   Employees requesting to return to the work force after cessation of their LTD payments and two (2) or more years from the effective date of their LTD status shall be placed in an entry level job vacancy, when available, in line with their experience and skills with no commitments. They shall receive the rate of pay commensurate with the job to which they are returned. A new job seniority date shall be established; however, Company service shall be credited for the duration of the leave.

    E.   Employees who have not returned to the work force within a two (2)-year period from the effective date of their LTD status and who do not qualify for continued benefits under the LTD Plan shall be notified by the Company when their LTD benefit ceases, with a reminder that failure to request a return to work within ninety (90) days from notification of benefit cessation shall result in termination of their employment.

    F.   In all cases of return to the work force as cited above, vacation shall be prorated as follows:

        1.   Vacation - calendar year basis. Example - Employee is absent on LTD from October 10, 1991 to March 14, 1992. In accordance with Article VII, Section 3, Paragraph **J** of the Labor Agreement, vacation for 1992 will be prorated based on time worked in 1991, and employee will be paid off prior to leaving on LTD. Therefore, employee is not eligible for further vacation entitlement for 1992. In 1993, the employee will receive ten-twelfths' (10/12) vacation entitlement based on total time worked in 1992.

    G.   When employees return to their former job classification and former work location, step increases and apprenticeship program anniversary dates for returns in D-1 and D-2 above shall be resumed in accordance with the schedule in effect at the time the employees left on LTD.

    H.   The Joint Disability Committee will have the option to temporarily place a permanent, partially disabled employee returning from Long Term Disability into an existing 40-hour, 52-week Utility Worker position. If this option is selected, the Committee will attempt to find a suitable Utility Worker position at the same or closest location.

    An employee returning from Long Term Disability without restrictions will be given the option of being placed in an existing 40-hour, 52-week Utility Worker position until a permanent placement becomes available in accordance with Exhibit **K**. If this option is selected the Company will attempt to find a suitable Utility Worker position at the same or closest location.

Employees returning to work from Long Term Disability to an assigned job that has a lower rate of pay than their former job classification shall not receive a rate of pay less than the following percent of their regular rate of pay in their former job classification.

Less than 20 Years –  75%
20 or more Years –   100%

Employees have the responsibility to notify the Company of their desire to return to work as soon as possible. If the Company disagrees with the medical opinion to return the employee to work and requires an Independent Medical Examination (IME) or Independent Psychological Examination (IPE), the Company will have three weeks from the date the Company receives the appropriate medical information from the employee's treating health care professional(s) to schedule and conduct its examination.  The Company will be given another two weeks to receive and review the results of the IME/IPE.  In addition, the Company will be provided an additional two weeks to test the employee (if necessary) and provide a suitable job placement for return to work.  If the results of the Company's examination are the same as the employee's health care provider(s), wages of the eventual job placement will begin no later than seven weeks after the Company's receipt of the employee's medical information.  After the employee returns to work, the Company will reimburse the employee for time and mileage associated with testing for job placement.  The Company will have met its seven week job placement commitment if the employee declines a suitable Utility Worker position.  However, the employee will continue to be considered for other suitable positions under Exhibit **K**.

EXHIBIT L
SCRANTON OPERATING AREA

In accordance with the I.B.E.W. merger of former Local 1520 into Local 1600 during the term of this Agreement the following provisions are only applicable to the incumbent employees in the Scranton Operating Area as of August 22, 1994. Except to the extent cited below, all other provisions of the Local 1600 Agreement will apply to Scranton Operating Area employees as well.

I.  **Sick Leave Plan** - Regular employees who were in the Company's employ prior to August 20, 1979. will be granted wage allowances during periods when absent from work and unable to work due to illness or injury, excluding illnesses and injuries as a consequence of working for an employer other than the Company or working for remuneration through self-employment, under the following qualifications and conditions and in accordance with the schedule given below.
   **A. QUALIFICATIONS:**
   1. Must be a regular employee (not part-time or temporary).
   2. Must have completed a minimum of six months' continuous service.
   3. After accumulating five days' sick leave in a year without a physician's statement certifying as to the nature of his or her illness or injury, an employee may be required by the Company to provide such certification for subsequent absences in that year.
   4. No sick leave will be allowed for illness caused by willful intention to injure oneself (or some other person), by commission of any crime, or as a consequence of working for an employer other than the Company or working for remuneration through self-employment.
   5. Must adopt such remedial measures as may be commensurate with his or her disability, and permit such examinations and inquiries by the Company's medical representative as, in its judgment, may be necessary to ascertain employee's condition and the suitability of the remedial measures taken, and the Company may decline payment under this Plan on the basis of the Company's medical representatives' findings and recommendations.
   6. Must have reported the cause of his or her absence in accordance with Article VIII, Section 2 of this Labor Agreement.
   7. All cases of illness or injury must be bona fide. Unjust claims for sick leave allowance shall subject offending employee to disciplinary action.

   **B. SCHEDULE OF WAGE OR SALARY ALLOWANCE:**
   1. In the event any regular employee is absent from work because of illness or injury, then beginning with the first scheduled working day, the employee will be paid at the usual pay periods at regular straight time rate of pay for all regularly scheduled working hours as determined by his normal schedule, up to a maximum of forty (40) hours per week, on the following basis except as provided in Paragraph 5 below:

   |  | FULL TIME - followed by - HALF TIME | | | |
   |---|---|---|---|---|
   | YEARS OF SERVICE | Monthly Basis | Hourly Basis | Monthly Basis | Hourly Basis |
   | 25 yrs.–and over | 6 months | 1,020 hours | 6 months | 1,020 hours |

   2. If such employee is absent from work more than once during any calendar year, the wage allowance for sick leave will be granted as often as or as long as is permitted within the schedule shown above until the full provisions have been entirely used.
   3. There shall be no change in the wage rate for any employee on sick leave. Any change in wage rate shall take place only after he has returned to work.
   4. Any disability that extends from one calendar year into the succeeding calendar year or beyond an employee's anniversary date in any calendar year shall not entitle an employee to additional wage allowance for sick leave until he has returned to work and has met the requirements of Paragraph (1) above.
   5. In the event a regular employee is absent from work by reason of occupational disease or injury, the Company will pay the employee his regular straight time pay until such time that a medical doctor (or doctors) as selected in accordance with Article VIII, Section 9 certifies that the employee is physically capable of returning to work in any job classification, or placed in a different job classification under the terms of Article VIII, Section 10 of this Agreement. If such employee is entitled to Workers' Compensation and/or Social Security, the Company will pay to the employee such an amount as will, when combined with the Workers' Compensation and/or Social Security payments equal his regular straight time pay. To be eligible for such payments, employees absent from work due to occupational injury must properly notify the Company of an accident before the end of the W-day during which it occurs, or at the beginning of the next W-day if the injury

116

occurs during non-scheduled hours in the absence of a supervisor. Occupational disease must be reported as soon as possible but no later than forty-eight (48) hours after the onset of the disease to be eligible for the payments as herein provided in this Paragraph 5. If, however, the Workers' Compensation and/or Social Security payments are greater than the employee's regular straight time pay, then in that case the Company will make no payment to the employee. While absent from work under this provision, employees will continue to accrue Company service but shall not accrue allowances for vacation or mini-vacation.

The time during any calendar year during which an employee receives payment because of occupational disease or injury shall not be deducted from the wage or salary allowance time to which an employee is entitled in such calendar year as shown in the above schedule.

6. Where the employee has more than one rate per hour, sick leave shall be figured on the rate that was used the largest percentage of the time during previous six (6) months.

7. Sick leave credit is not cumulative from one calendar year to another.

8. In the case of an employee with a medically declared terminal illness, the half-time wage allowance for sick leave as set forth in the above schedule will be extended for an additional period of twenty-four (24) months.

9. Employees with more than one (1) year of Company Service who have had no time off with or without pay under the Payroll Codes in this Paragraph, for twenty-six (26) consecutive pay periods measured from the last point where SICKS (Sick At Half-Time Rate), SICK (Sickness), INJOF (Injury Off Duty), INJON (Injury On Duty), BABY (Sickness-Maternity), NPERM (No Pay-Off No Permission), NINJF (No Pay Sickness/Injury Off Duty) and NINJN (No Pay, Injury On Duty), BABYR (Sickness - Maternity Reduced Pay) have been charged, will be granted one (1) additional day off with pay. However, where charges to INJON are less than eight (8) hours, the measuring period is not interrupted. This additional day off is considered vacation entitlement subject to all provisions of Article VII.

II. **Vacations** - In application and administration of Article VII of this Labor Agreement, the following two items in those provisions are modified only to the extent described below:

A. Vacation may be split into periods of not less than four (4) scheduled hours.

B. An employee with eight or more years of service may elect not to take all his vacation allowance in a calendar year and carry over the unused portion to a succeeding year. Such carryover may only be taken in units of eight (8) hours and must be utilized within the first three (3) months of the succeeding calendar year.

III. **Leave of Absence** - The Leave of Absence policies as specified in Exhibit G of this Labor Agreement will be applicable to all employees regardless of any prior Union affiliation except that incumbent Scranton Operating Area employees as of August 22, 1994, returning to their former job classification will retain their original job classification seniority date without any adjustment.

IV. **Progression Line (Promotions/Demotions/Transfers)** - In accordance with Article V, Section 2, Paragraph A, of the Labor Agreement, for purposes of seniority when considering employees for promotion, demotion and transfer, the Scranton Operating Area progression lines will be continued for all incumbent employees in the Scranton Operating Area as of August 22, 1994, except all former Scranton Operating Area employees that were included as part of the creation of the Mobile Work Force.

In accordance with Article V, Section 2, Paragraph B, of this Labor Agreement, prior to advertising any Northeast Division vacancy through a job posting in the Northeast Division Progression Line, employees who have a transfer request on file prior to the vacancy will receive consideration. For seniority purposes, Local 1600 service as defined in the August 22, 1994, Summary of Agreement will be utilized.

V. **Personal Time Off (Mini-Vacation)** - In application and administration of Article VIII, Section 2, Paragraph B, of this Labor Agreement, the Personal Time Off provision has been modified only to the extent that wherever one hour increments are referenced, time off for incumbent Scranton Operating employees as of August 22, 1994, may be taken in increments of one-half hour with the approval of supervision.

VI. **Displaced Incumbent Employees** - When incumbent Scranton Operating Area employees as of August 22, 1994, are declared displaced by the Company, they will be handled under the process described in the August 22, 1994, Summary of Agreement between IBEW Local 1600 and PPL. All former Scranton Operating Area employees covered under Article XIX will be given the option to be placed under Boxes 1, 2, 4, or 8 of the new Placement Process (Article X).

EXHIBIT M
JOB EVALUATION PROCESS

This Exhibit embodies the understanding of the parties relative to the evaluation process for Bargaining Unit job descriptions. This process will determine salary grades for newly created or revised job descriptions that are submitted to the Job Evaluation Committee with a request for evaluation.

**Job Evaluation Committee**

The Job Evaluation Committee consists of six primary members, three members appointed by IBEW Local 1600 President-Financial Secretary and three members appointed by the **HR, Labor & Employment VP**. The committee will have a pool of a minimum of six (6) secondary members who are appointed as identified above for substitution purposes. If a primary member is unable to attend a committee meeting, it is their responsibility to secure substitutes. A minimum of four committee members (two bargaining unit and two management) must be present to determine a final evaluation of a job description. All members, including secondary members, of the Job Evaluation Committee must complete team building training.

**Job Evaluation Process**

A request to evaluate a newly created job description is initiated by department management. Following submission of a REQUEST FOR JOB EVALUATION/REEVALUATION FORM, Labor Relations will assist the department in uniformly formatting a JOB DESCRIPTION PART I FORM. The Company will review the new job description with Local 1600 prior to forwarding it to the Job Evaluation Committee.

Upon receipt of a request for evaluation, the Job Evaluation Committee will select individuals with knowledge of the job being evaluated for interviews. The committee will compile all information received and evaluate the position. Decisions of the committee will be made by consensus. (If the team cannot reach agreement on the appropriate level for a particular factor, the team has the flexibility to assign a value between two levels to gain consensus). The JOB DESCRIPTION PART II FORM will become part of the job description after it is completed by the Job Evaluation Committee. Their determination of the proper rate of pay will be furnished to Labor Relations and Local 1600. This determination shall not be subject to Article III of the Labor Agreement.

A request to reevaluate an existing job description may be initiated by an incumbent employee or appropriate supervisor completing a REQUEST FOR JOB EVALUATION/REEVALUATION FORM. Information provided must indicate significant changes to the job description that warrant a reevaluation. If departmental management does not approve the request, Bargaining Unit employees may appeal the decision to the office of Local 1600. If the request is approved by department management, the revised job description will be forwarded to Labor Relations for uniform formatting and discussion with Local 1600. The decision to forward a revised job description to the Job Evaluation Committee shall be jointly made by Labor Relations and Local 1600. Disagreements regarding whether to submit a reevaluated existing job description to the Job Evaluation Committee shall be resolved through the grievance procedure.

Upon receipt of a request for reevaluation, the Job Evaluation Committee will select a representative number of incumbents and supervisors, including the initiator, to complete an evaluation questionnaire. The committee will also select individuals for interviews with knowledge of the job being evaluated. The committee will compile all information received from the questionnaire and interviewees and evaluate the position. Decisions of the committee will be made by consensus. (If the team cannot reach agreement on the appropriate level for a particular factor, the team has the flexibility to assign a value between two levels to gain consensus). The JOB DESCRIPTION PART II FORM will become part of the job description after it is completed by the Job Evaluation Committee. Their determination of the proper rate of pay will be furnished to Labor Relations and Local 1600. This determination shall not be subject to Article III of the Labor Agreement.

**Miscellaneous**

The filling of newly created positions and the pay treatment of employees who fill them will be in accordance with the Labor Agreement.

Pay treatment for all incumbent employees in an existing job that is reevaluated to a higher salary table by the Job Evaluation Committee will be to the salary step on the new table which corresponds to the step attained on the lower table. Their next step date will remain the same. Such increases will be effective at the beginning of the first pay period following the receipt of the request to reevaluate the existing job description by Labor Relations and Local 1600. In the event an existing job is reevaluated to a lower salary table by the committee, the pay of incumbent employees shall be red-tagged effective at the beginning of the first pay period following the Job Evaluation Committee's determination.

**EXHIBIT N**
**EMPLOYEE BENEFIT PLANS**

It is agreed the method of providing all benefits, unless expressly stated, shall be determined by the Company, including selection of insurers, administrators, and record keepers as well as determination of the methods of plan funding.

## I.   Retirement Plan

The Retirement Plan **as amended on May 12, 2014 and as outlined in the July 2014 "Summary Plan Description" booklet** shall be continued during the term of this Agreement **for employees hired before July 1, 2014**.

## II.   Employee Savings Plan

The **current PPL** Employee Savings Plan **Summary Plan Description** currently in effect shall be continued during the term of this Agreement **for full time employees hired before July 1, 2014 and all part-time employees. Full time employees hired on or after July 1, 2014 are not eligible.**

A.  The Company matching contribution to the Employee Savings Plan will be 100% up to the first 3% of an employee's before tax contribution on a before-tax, after-tax, or Roth 401(k) basis.

B.  Eligible employees will be automatically enrolled in the Employee Savings Plan 90 days from their date of hire at a rate of 3%, unless they otherwise opt out of participation.

C.  **The employee contribution through automatic payroll deductions remains as follows:**

- From 2% to 50% of their pay (in whole percentages) on a before-tax, after-tax, or Roth 401(k) basis
- The sum of before-tax, after-tax, and Roth 401(k) contributions may not exceed 50% of their base pay for the pay period.

## III.   Retirement Savings Plan
**Full time employees hired on or after July 1, 2014 will be participants in the Retirement Savings Plan as of the first day of the month following the date of hire.**

A.  **Company shall provide to all eligible active employees a 3% fixed contribution on employee base earnings each pay period.**

B.  **Eligible employees may elect to contribute 2-50% of their base earnings. The Company will match 75% on up to the first 6% of employee contributions.**
   1.    **Employee contributions may be either on a before-tax and/or Roth 401(k) (after-tax) basis.**

## IV.   Group Life Insurance

The Group Life insurance Plan and the Supplemental Insurance Plan as described in the **current** "Summary Plan Description" booklet shall be continued during the term of this Agreement **for active employees**.

A.  The Company provides two **basic life insurance** coverage options:
   1.    Two (2) times annual wages; or
   2.    $50,000

B.  Employees **may** purchase **Supplemental** life insurance **in the amount of 1-3 times annual base wages for Supplemental life insurance** in excess of two (2) times annual wages.
   **Combined maximum life insurance (Basic and Supplemental) cannot exceed $600,000.**

119

V.   **Accidental Death or Dismemberment Insurance**

The company will provide, at no cost to the employee, accidental death or dismemberment insurance as described in the "Summary Plan Description" booklet. The full amount of the Accidental Death or Dismemberment benefit is three times base annual salary up to a maximum of $500,000.

VI.  **Survivor Income Protection**

**For employees hired before July 1, 2014, the Survivor Income Protection (SIP) Plan as described in the Life Insurance Summary Plan Description will be amended to reflect a one-time lump sum payment to a surviving spouse of a deceased PPL employee equal to three times base monthly earnings effective July 1, 2014. Surviving spouses already receiving a benefit will continue under the plan until benefits end per the "Summary Plan Description".**

**Employees hired on or after July 1, 2014 will not be eligible for Survivor Income Protection (SIP) Plan coverage.**

VII. **Long Term Disability Insurance**

A. The Long Term Disability Insurance Plan as described in the "Summary Plan Description" booklet will remain in effect for the term of this Agreement.  The guaranteed benefit is 60 percent of the employee's base monthly earnings at the time disability occurs.  The maximum monthly benefit is $5,000.

B. **Beginning July 1, 2014, benefit continuation in PPL-sponsored Medical, Dental, Vision, Basic Life, Supplemental Life, Spouse Life, Child Life and pension accrual will continue for a maximum length of time based on years of service.**

| | |
|---|---|
| 0-15 years of service | 2 years maximum; not to exceed time approved for LTD |
| 15-30 years of service | 5 years maximum; not to exceed time approved for LTD |
| 30+ years of service | 7 years maximum; not to exceed time approved for LTD |
| • Service on first day of continuous disability commencement (whether sick, STD, or no pay) | |
| • Service used to count years of service is years eligible for benefits at PPL | |

C. Mental or nervous disabilities must be certified by a psychiatrist or a psychologist (masters level or above) licensed to practice independently as a behavioral health professional.

D. The conditions for employees returning from Long Term Disability are described in Exhibit **K** of this Agreement.

VIII. **Health Plan for Active Employees**

**The Company agrees to provide Health and Welfare benefits to all current eligible bargaining unit employees during the term of this agreement.**

**Employees hired before January 1, 2015 are eligible for three Health Plans:**

- **PPO90**
- **Your Choice High**
- **Your Choice Low**

**Employees hired on or after January 1, 2015 are eligible for two Health Plans:**

- **Your Choice High**
- **Your Choice Low**

Each **plan** will have its own deductibles, co-payments and co-insurance amounts **as outlined in the 2014 Summary of Agreement**.   An employee may select any one of the plan options when they are hired or during the annual benefit enrollment period.  **For employees hired before January 1, 2015,** if the employee fails to enroll in a medical option, they will automatically be enrolled in the PPO 90 Option. **For employees**

hired on or after January 1, 2015, if the employee fails to enroll in a medical option, they will automatically be enrolled in the Your Choice High option.

The Company shall administer the PPL sponsored options (medical and drug) and select all administrators, carriers and providers of medical coverage.  The method of providing the benefits under these plans shall be determined by the Company.

**Employees will have three coverage options tiers:**

- **Employee Only**
- **Employee plus 1**
- **Employee plus 2 or more**

### Employee Health Plan Contributions

Active full-time employees will pay for the health plan in terms of a percentage of cost of the plan, with caps.

| 2015 Bi-weekly employee contribution | PPO90 | Your Choice - High | Your Choice - Low |
|---|---|---|---|
| Employee only | 15% (cap $42) | 0% | 0% |
| Employee plus 1 | 15% (cap $84) | 0% | 0% |
| Employee plus 2 or more | 15% (cap $126) | 0% | 0% |

| 2016 Bi-weekly employee contribution | PPO90 | Your Choice - High | Your Choice - Low |
|---|---|---|---|
| Employee only | 16% (cap $45) | 7% (cap $20) | 0% |
| Employee plus 1 | 16% (cap $89) | 7% (cap $35) | 0% |
| Employee plus 2 or more | 16% (cap $135) | 7% (cap $45) | 0% |

| 2017 Bi-weekly employee contribution | PPO90 | Your Choice - High | Your Choice - Low |
|---|---|---|---|
| Employee only | 17% (cap $48) | 10% (cap $25) | 0% |
| Employee plus 1 | 17% (cap $96) | 10% (cap $45) | 0% |
| Employee plus 2 or more | 17% (cap $144) | 10% (cap $60) | 0% |

Employee contributions toward the cost of coverage will be on a before-tax basis through payroll deduction to the extent permitted by law or regulation.

### Prescription Drug Benefits

Co-payments for prescription drug benefits for the PPO90 plan are as follows:

| 2015 | Generic | Preferred Brand | Non-Preferred Brand |
|---|---|---|---|
| Retail  (up to 31-day supply) | $10.00 | $28.00 | $48.00 |
| Mail Order (90-day maximum supply | $20.00 | $56.00 | $96.00 |

| 2016 | Generic | Preferred Brand | Non-Preferred Brand |
|---|---|---|---|
| Retail  (up to 31-day supply) | $10.00 | $28.00 | $48.00 |
| Mail Order (90-day maximum supply | $20.00 | $56.00 | $96.00 |

| 2017 | Generic | Preferred Brand | Non-Preferred Brand |
|---|---|---|---|
| Retail  (up to 31-day supply) | $10.00 | $30.00 | $50.00 |
| Mail Order (90-day maximum supply | $20.00 | $60.00 | $100.00 |

**Coverage for contraceptives and diabetic pump supplies continues.**

### Spousal Surcharge

Employees who wish to elect primary coverage for their spouse under any Medical Plan option offered by the Company will be required to make a monthly contribution through payroll deduction if such spouse is a full-time employee of another employer that provides access to medical benefits. So long as the arrangement is permitted under the Internal Revenue Code, these payroll deductions will be on a pre-tax basis. These payments will be in addition to any other payments required for coverage under any Medical Plan option. The **spousal** surcharge will be adjusted to **$100 per pay period** on January 1, **2015; $105 per pay period on January 1, 2016; and $110 per pay period on January 1, 2017.**

## IX. Wellness Initiative

**Current employees will have the opportunity to take a Health Risk Assessment with Capital Blue Cross. Full-time employees completing the assessment by December 1, 2014 will be eligible for a one-time $50 contribution to either an HSA or Health Care FSA for the 2015 plan year. 2015 full-time new hires will be eligible if they take the health risk assessment within 3 months from their date of hire.**

## X. Vision Care Program

The Vision Care Program Plan **in effect today as** described in the "Summary Plan Description" booklet will remain in effect for the term of this Agreement. **Employees will pay the actual cost of the plan through bi-weekly pre-tax deduction.**

**Employees will have three coverage options tiers:**

- **Employee Only**
- **Employee plus 1**
- **Employee plus 2 or more**

## XI. Dental Plan

The Dental Care Plan as described in the "Summary Plan Description" booklet will remain in effect for the term of this Agreement.

**The Company shall provide Dental Assistance to full-time employees at no cost.**

**Employees electing Dental Plus will pay the difference between the cost of Dental Plus and Dental Assistance for their coverage tier through bi-weekly pre-tax deduction.**

**Employees will have three coverage options tiers:**

- **Employee Only**
- **Employee plus 1**
- **Employee plus 2 or more**

## XII. Flexible Spending Accounts

Flexible Spending Accounts will be available to employees to make voluntary payroll deduction on a before-tax basis for dependent care and/or eligible health care costs as outlined in the "Summary Plan Description" booklet.

## XIII. Domestic Partners

Benefits will be available to same-sex domestic partners of active, unmarried PPL bargaining unit employees as follows:

- Medical
- Dental
- Vision

122

- Spouse life insurance
- Child life insurance

Children of same-sex domestic partners may also be eligible (must live in the same household as the employee). Affidavit of same-sex domestic partnership for employee benefits is required.

## XIV.  Post-Retirement Health Care Coverage

**Employees hired on or after July 1, 2014 are not eligible for pre-65 or post-65 retiree health benefits or Company-paid retiree life insurance.**

**For anyone hired prior to July 1, 2014,** the term "retiree" hereinafter applies to active employees who retire during the term of this collective bargaining agreement **and commence monthly pension payments**.

For all active employees who retire **during the term of this agreement:**

**A.**  Retirees Under Age 65

Retirees will have the same medical coverage plan options available to active bargaining unit employees. Retirees are not eligible for Company contributions to Health Savings Accounts.

The Company will provide retirees with $7,200 per individual ($14,400 per couple or family).

The retirees' annual contribution will be determined on a calendar year basis and will be effective on each January 1 during the term of the agreement. The Company shall determine the rates for each PPL-sponsored option (medical and drug) based on the most recent three (3) years of claim experience projected to the next calendar year using expected medical trend. Employee contributions will be set as rates less the above-mentioned cap. The cost of providing medical coverage for Bargaining Unit retirees will continue to be determined separately from the cost of providing medical coverage to management retirees. The contributions will continue to be payable on a monthly basis.

Retirees have the option to opt in/opt out of the PPL sponsored options (medical and drug) at the time of the annual enrollment or as a result of family status change.

**B.**  Retirees Eligible for Medicare (Age 65 and older)

Medicare will pay primary for both medical expenses and prescription drugs, and retirees must enroll in Medicare Part B and Part D.

PPL will provide retirees **hired prior to July 1, 2014** with a **Health** Reimbursement Account (**HRA**). The Company's annual contribution to the **HRA** for retirees and their spouses will continue to be $1,950 per individual ($3,900 per couple or family) for the term of this agreement.

The Company will provide "Medicare Coordinator" support service offering individual post-65 plans with enrollment support.

- Participants will elect individual insurance plans, **including Part D prescription drug plans**.

**C.  Retiree Life Insurance**

**The Company will provide employees hired prior to July 1, 2014 life insurance in the amount of two times their annual base salary at the time of retirement. Beginning at age 65, this insurance will reduce incrementally until age 70 where it will remain at $15,000.**

## XV.    Education Assistance Program

The Education Assistance Program currently in effect as outlined in the "Summary Plan Description" booklet shall be continued during the term or this Agreement.

123

**XVI.   Employee Counseling Service**

The Employee Counseling Service, also known as the Employee Assistance Program (EAP), **will be provided to all employees** during the term of this Agreement.

**XVII.   Voluntary Benefit Plan Options**

Employees will be able to access other insurance programs through payroll deductions. These programs offer employee savings through group discounts.  It is agreed that the method of providing these programs shall be determined by the Company.

124

EXHIBIT O
FLAME RESISTANT (FR) CLOTHING

This Exhibit embodies the understanding between the parties concerning the implementation of a Flame Resistant (FR) clothing program for employees in PPL Electric Utilities.

Bargaining Unit job classifications that are required to wear FR clothing will be divided into two categories of use based on the frequency to exposure of arc flash hazards.  These categories will be Primary and Secondary users.

<u>Primary Users</u>

Primary users are defined as those job classifications that may be exposed to potential arc flash hazards on a frequent basis (daily). These job classifications include but are not limited to the following:

Lineman Leader, Troubleman, Journeyman Lineman, Journeyman Lineman Trainee, Helper-Regional T&D, Electrician Leader-Subs, Journeyman Electrician-Subs, Journeyman Electrician Trainee-Subs, Helper-Regional Electrical-Subs, Electrical Leader-Network, Journeyman Electrician-Network, Journeyman Electrician Trainee-Network, Helper-Regional Electrical-Network, Electrician Leader-UG, Journeyman Electrician-UG, Journeyman Electrician Trainee-UG, Helper-Regional Electrical-UG, Service Tech, Meter Installer-1/C, Field Meter Technician, Insulation Technician, Insulation Technician Trainee, Insulation Test Assistant, Street Light Repairman, Electrical Test Technicians & Trainees, Meter Technician & Trainees, Electrical Equipment Repairman Leader, Electrical Equipment Repairman 1C/2C/3C and employees temporarily placed as Utility Persons who are frequently exposed to potential arc flash hazards.

Allotments:

The company will provide the following allotment to new Primary User employees who have completed their probationary period:

Five (5) Long Sleeve T-shifts, Henley's, Mock Tees/Turtleneck or Button Down shirts – Employee can mix and match between styles up to 5 shirts total

Five (5) Cargo Pants, Painter or Jeans – Employee can mix and match between styles up to 5 pants total

Pair of Bibs (Insulated), Bibs (Uninsulated), or Coveralls (Uninsulated) – Employee can mix and match up to two items

Two (2) Light duty Sweatshirts

One (1) Winter coat

One (1) Outer Garment – (Fleece Jacket, Three Season Jacket or Hoodie)

Upon ratification of the contract, current Primary Users may exchange damaged or worn out clothing as described in the general section below.

<u>Secondary users:</u>

Secondary users are defined as those job classifications that may be exposed to potential arc flash hazards on a semi-frequent basis (weekly). These job classifications include but are not limited to the following:

Senior Lab Worker-Metering Support, Equipment Operators, Mechanic Leader-Regional, Journeyman Mechanic-Regional, Journeyman Mechanic Trainee-Regional, Helper-Regional-Mechanical, Service Tech-Entry, Customer Contact Representative, Fire Protection Specialist and employees temporarily placed as Utility Persons who have limited and infrequent exposure to potential arc flash hazards and employees temporarily placed as Utility Persons who are exposed less frequently to potential arc flash hazards.

**Allotments:**

The Company will provide the following allotments to new Secondary User employees who have completed their probationary period:

   Two (2) Coveralls (Uninsulated)

Upon ratification of the contract, current Secondary users may exchange damaged or worn out coveralls as described in the General Provisions section below.

<u>General Provisions</u>

Primary and Secondary users may exchange worn out or otherwise damaged FR clothing for new clothing with supervisor approval. The company reserves the right to determine the serviceability of all Personal Protective Equipment including FR clothing. All exchanges will be at no cost to the employee.

Exchanges will only be approved one for one. An employee can only exchange an approved clothing type for the same clothing type. Mixing and matching of clothing types is not permitted.

The parties recognize that certain tasks to be performed will require Class 4 arc flame protection. The company will have available all the FR clothing necessary to perform such tasks.

Employees are required to care for and maintain their FR clothing per the manufacturer's instructions. Employees who negligently lose FR clothing or who negligently or intentionally damage clothing will be required to replace such items at their own expense.

The employees in job titles of Groundhand and Laborer will be excluded from a full allotment by virtue of their job descriptions. Upon being placed in the title of Groundhand/Laborer these employees will only receive coveralls as needed with supervisor approval.

FR clothing supplied by the company will only be utilized for company business purposes and non-company business use is prohibited.

The company reserves the right to select the FR clothing vendor and to select FR clothing styles and color choices. The company will inform Local 1600 of any changes prior to implementation.

EXHIBIT P
CUSTOMER CONTACT CENTERS

This Exhibit embodies the understanding between the parties relative to the revised progression lines for the Customer Contact Centers located in Lehigh and Scranton.

The parties agree to create/maintain the following positions:
- Customer Service Assistant- I (CSA-I)
- Customer Service Assistant- II (CSA-II)
- Customer Service Assistant- III (CSA-III)
- Customer Service Representative (CSR)
- Customer Service Representative – Shift (Lehigh only) (CSR-Shift)
- Senior Customer Service Representative (Senior-CSR)

The following positions will be eliminated from the CCC progression line:
- Collection Assistant
- Customer Service Clerk – Customer Contact Center

Job descriptions and primary duties, within each job description, have been established. A listing of available training modules is shown at the end of this Exhibit.

Initial staffing for the newly created positions will be accomplished in the following manner:

Customer Service Clerk:
- Within sixty (60) days of the ratification of this agreement by the parties, existing Customer Service Clerks will be offered a one time opportunity to promote to CSA-III, Step 5 (testing is waived) OR remain an incumbent CS Clerk at existing salary table.
- The four (4) incumbent Customer Service Clerks, located in the Customer Contact Center (Lehigh), will retain duties of the Customer Service Clerk should they not promote.
- The position of Customer Service Clerk in the Customer Contact Center progression line is eliminated. Incumbents who remain in the position will be eliminated through attrition and the duties will revert to the appropriate job classification within the CCC progression lines.

Customer Service Representative:
- Existing Customer Service Representatives will remain in the CSR position, at the existing salary table.

Customer Service Representative – Shift:
- There are no changes to the CSR-Shift position under this agreement.

Senior Customer Service Representative:
- A new position of Senior-CSR will be added to the Lehigh and Scranton progression lines.
- This position will be responsible for the daily assistance and direction of work as related to the lower positions within the Progression Lines (excluding CSR-Shift).
- The Senior-Customer Service Representative duties and responsibilities will be as noted on the newly created job description.
- Promotions from CSR to Senior-CSR will be made as vacancies arise. Promotions will be based on the seniority of those CSRs who have successfully completed the Senior CSR Skills Assessment at a local community college. The training program will be developed by Human Resources with agreement from IBEW Local 1600 and Customer Services.

Part-Time CSR positions:
- Within sixty (60) days of the ratification of this agreement by the parties, existing part-time CSRs will be offered a one time opportunity to convert to a full-time CSR position and will retain their Local 1600 seniority date. New company service and job seniority dates will be established.
- Part-time CSRs who do not choose to convert during these sixty (60) days will remain part-time CSRs and may elect to accept promotional opportunities in the future following the language under future promotional opportunities, immediately below.

127

Future promotional opportunities within the newly created progression lines will be filled in the following manner:

**Part-time Customer Service Representative (CSR-PT)**
- Will be offered the opportunity to promote to an open full time position of CSA-III as vacancies arise, based on job seniority among the Part-time Customer Service Representatives and the CSA-IIs, providing they have satisfactory performance.
- They will retain their Local 1600 seniority date. New company service and job seniority dates will be established.

**Customer Service Representative (CSR):**
- Will be offered the opportunity to promote to Senior Customer Service Representative as described above, providing they have satisfactory performance.
- Lehigh based CSRs will be offered the opportunity to promote based upon job seniority, to a Customer Service Representative – Shift position as vacancies arise.

**Customer Service Assistant-III (CSA-III):**
- Will be offered the opportunity to promote, based upon job seniority, to CSR, as vacancies arise, providing they have satisfactory performance.

**Customer Service Assistant-II (CSA-II):**
- Will be offered the opportunity to promote, based upon job seniority, to CSA-III as vacancies arise.

**Customer Service Assistant-I (CSA-I):**
- Will be offered the opportunity to promote, based upon job seniority, to CSA-II as vacancies are created, or promote to CSA-II automatically after 12 months providing they have satisfactory performance.
- This position will be considered the entry level position and vacancies will be filled by newly hired employees.

Overtime opportunities will follow the language in the CCC Overtime Opportunities Memorandum of Agreement for the following job classifications: CSA I, II, and III, CSR, and Sr. CSR.

The parties agree to meet and discuss staffing plans for the CCC per Article II, Section 7E, following ratification. These meetings would generally be held on an annual basis unless there are substantial changes in work load and/or staffing, causing the parties to meet sooner.

This Exhibit applies only to the progression lines mentioned above, will not prejudice either party's position in the future and may not be cited as precedent in any future proceedings except to enforce the terms of this agreement.

This table depicts the alignment of existing training modules under the new CCC progression lines established in this Exhibit. This listing depicts the training available by job classification, but it does not represent a required level of training for all employees within a specific job classification. The parties agree to meet and discuss significant changes to this training structure, as stated in Article II, Section 7E of the Labor Agreement. Significant changes are when modules move from one job classification to another.

| Proposed CCC Progression Line – Major Functions & Training Modules | | | | |
|---|---|---|---|---|
| **CSA-I** | **CSA-II** | **CSA-III** | **CSR** | **Sr-CSR** |
| CTP Res Payment Agreements CTP Res Start/Stop Service CSS Account Maintenance Foundational Tools Outage Problems | CSS Res and Non-Res Collection CSS Res Start/Stop Service Small C&I Start/Stop Service Res Backoffice Billing | New and Upgraded Electric Service Res Energy Education C&I Backoffice Rebilling Res Billing Calls Misc Calls | Small C&I Energy Ed Small C&I Billing Calls Renewable Energy Advanced Billing | Escalated Contacts Training/Coaching Group Meeting Leader |
| New Employee Orientation | Disconnect Service Orders | Billing Calls-Residential | Billing Calls-Small C&I | Sr. CSR Skills |
| Web Retrieval | Add Customer | Callout Response-Advanced | Energy Education Small C&I | Instructor Orientation |
| Payment Assistance | Connect Service Orders-Residential | Budget Billing Calls | RTS Systems & Options | Instructor Training |
| Budget Billing Basics | POS ID and Security Deposits | WMS Intro | Responding to Legislative Complaints | |
| Residential Reco CTP | Connect Service Orders-Non Residential | REMSI | Renewable Energy-Processing Applications | |
| Lost and Misapplied Pmts Introduction | Act 54 Introduction | Initiating WRs for New Service | Advanced Renewable Energy Training | |
| OnTrack Overview | Complaints and Disputes 2 | Initiating WRs for Change of Service | LP Billing | |
| WATT Application | PA State Sales Tax Rule Introduction | Initiating WRs for Removals | Summary Billing | |
| PUC Dec Entry | Rate Schedules Introduction | Cancelling & Reactivating Work Orders | Mixed Meter Rebilling | |
| Web Self Service Application Overview | Establishing and Removing an Area Light | Initiating WRs for Relocation of Company Facilities | OnTrack Rebilling | |
| Programs to Help Customers | Customer Choice | Relocations, Tree Trimming, Misc Investigation Orders | OnTrack Bankruptcies | |
| Revenue Protection Intro | Budget Billing Explanation and Adj | Initiating WRs for Area Lights | Holiday Lighting | |
| Aspect Phones & Screen Pop | Landlord Coding | Energy Education-Residential | PUC Hearings | |
| Call Handling Expectations | Meter Reading and Billing | MyPPL Analyzer | Theft/Sensitive Acct Rebilling | |
| Telephone Techniques | CSS Payment Agreements | Carbon Calculator | Outside Attorney Interface | |
| Language Interpreter | Overdue Final Bills | Request Credit | | |
| Call Intercept | Residential Reco CSS | Healing Customer Relationships | | |
| CS Letters Introduction | Non-Residential Termination | Area Light Rebilling | | |
| Office Communicator | Non-Residential Reconnection | C&I Back Office Billing & WFMs | | |
| HuP-Three Point Communication | Special Agreements | Bankruptcies | | |
| VPP | Service Orders and Field Orders Introduction | Line Extension Guarantee Billing | | |
| Standards of Conduct and Integrity | Electronic Funds Transfer | Rate Change Requests/Rebilling | | |
| Facility Emergency Plan | Collection Referrals | TOU Rebilling | | |
| Human Performance | PUC Mediation Response | | | |
| Hazard Communication | Continuous Account Transfer Reversal | | | |
| Managing the Collection Experience | Residential High Balance WATT Referrals | | | |
| Complaints & Disputes 1 | Working Faxed 30 Day Med Certs | | | |
| Residential Dunning | Transferring Balance form Finalled or Written off | | | |
| CTP Stop | Caring for Customers | | | |
| CTP Transfer | Introduction to Basic Billing | | | |
| CTP Start | Residential WFMs | | | |
| Customer Choice Introduction | Rate Schedules | | | |
| Landlord Coding Introduction | Pennsylvania State Sales Tax Rules | | | |
| Reaching for Stellar Service | Late Payment Charges | | | |
| Components of Electric Bill | Issuing a Duplicate Bill | | | |
| CSS Introduction | Transfers & Refunds | | | |
| CSS Retrieval | Late Payer Program | | | |
| Account Information | Rejected Bills | | | |
| Documenting Contacts with Customers | Calculating and Applying Interest | | | |
| Maintaining Account Information | Security Deposit Waiver Mailbox | | | |
| Operation Help Management | Due Date Change Requests | | | |
| Third Party Notification | EFT Billing | | | |
| Web Self Service Application | Adjust Metered Usage Application | | | |
| CSR Web Administration | Budget Billing Rebilling | | | |
| Web Self-Service Application Admin | Res Stopped Meter WATT Prep | | | |
| Power Problems | Res Stopped Meter Rebilling | | | |
| PA OneCall Introduction | Sales Tax Exemptions/Certificates | | | |
| | Connect at Wrong Address | | | |
| | Referrals to Attorneys | | | |

129

# 2015 **Pay Periods / Pay Dates / Holidays**


ppl

○ Pay Period Ending Date

☐ Payday

⬭ Contract Holiday

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
| **JANUARY** | | | | | | | |
| | | | | | ⬭1 | 2 | 3 |
| 1 | ④ | 5 | 6 | 7 | 8 | ☐9 | 10 |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 2 | ⑱ | 19 | 20 | 21 | 22 | ☐23 | 24 |
| | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| **FEBRUARY** | | | | | | | |
| 3 | ① | 2 | 3 | 4 | 5 | ☐6 | 7 |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 4 | ⑮ | ⑯ | 17 | 18 | 19 | ☐20 | 21 |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| **MARCH** | | | | | | | |
| 5 | ① | 2 | 3 | 4 | 5 | ☐6 | 7 |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 6 | ⑮ | 16 | 17 | 18 | 19 | ☐20 | 21 |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 7 | ㉙ | 30 | 31 | | | | |
| **APRIL** | | | | | | | |
| | | | 1 | 2 | ⬭3 | 4 | |
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 8 | ⑫ | 13 | 14 | 15 | 16 | ☐17 | 18 |
| | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 9 | ㉖ | 27 | 28 | 29 | 30 | | |
| **MAY** | | | | | | | |
| | | | | | | ☐1 | 2 |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | ⑩ | 11 | 12 | 13 | 14 | ☐15 | 16 |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 11 | ㉔ | ㉕ | 26 | 27 | 28 | ☐29 | 30 |
| | 31 | | | | | | |
| **JUNE** | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 12 | ⑦ | 8 | 9 | 10 | 11 | ☐12 | 13 |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 13 | ㉑ | 22 | 23 | 24 | 25 | ☐26 | 27 |
| | 28 | 29 | 30 | | | | |

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
| **JULY** | | | | | | | |
| | | | | 1 | 2 | ⬭3 | 4 |
| 14 | ⑤ | 6 | 7 | 8 | 9 | ☐10 | 11 |
| | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 15 | ⑲ | 20 | 21 | 22 | 23 | ☐24 | 25 |
| | 26 | 27 | 28 | 29 | 30 | 31 | |
| **AUGUST** | | | | | | | |
| | | | | | | | 1 |
| 16 | ② | 3 | 4 | 5 | 6 | ☐7 | 8 |
| | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 17 | ⑯ | 17 | 18 | 19 | 20 | ☐21 | 22 |
| | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 18 | ㉚ | 31 | | | | | |
| **SEPTEMBER** | | | | | | | |
| | | | 1 | 2 | 3 | ☐4 | 5 |
| | 6 | ⬭7 | 8 | 9 | 10 | 11 | 12 |
| 19 | ⑬ | 14 | 15 | 16 | 17 | ☐18 | 19 |
| | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 20 | ㉗ | 28 | 29 | 30 | | | |
| **OCTOBER** | | | | | | | |
| | | | | | 1 | ☐2 | 3 |
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 21 | ⑪ | 12 | 13 | 14 | 15 | ☐16 | 17 |
| | 18 | 19 | 20 | 21 | 22 | ☐23 | 24 |
| 22 | ㉕ | 26 | 27 | 28 | 29 | ☐30 | 31 |
| **NOVEMBER** | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 23 | ⑧ | 9 | 10 | 11 | 12 | ☐13 | 14 |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 24 | ㉒ | 23 | 24 | 25 | ☐26 | ⬭27 | 28 |
| | 29 | 30 | | | | | |
| **DECEMBER** | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | |
| 25 | ⑥ | 7 | 8 | 9 | 10 | ☐11 | 12 |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 26 | ⑳ | 21 | 22 | 23 | ☐24 | ⬭25 | 26 |
| | 27 | 28 | 29 | 30 | 31 | | |

130

# 2016 Pay Periods / Pay Dates / Holidays

 ppl

○ Pay Period Ending Date

▢ Payday

⬓ Contract Holiday

## JANUARY

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     |     |     | ⬓1 | 2 |
| 1 | ③ | 4 | 5 | 6 | 7 | ▢8 | 9 |
|    | 10 | 11 | 12 | 13 | 14 | ▢15 | 16 |
| 2 | ⑰ | 18 | 19 | 20 | 21 | ▢22 | 23 |
|    | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 3 | ㉛ |     |     |     |     |     |     |

## FEBRUARY

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     | 1 | 2 | 3 | 4 | ▢5 | 6 |
|    | 7 | 8 | 9 | 10 | 11 | ▢12 | 13 |
| 4 | ⑭ | ⬓15 | 16 | 17 | 18 | ▢19 | 20 |
|    | 21 | 22 | 23 | 24 | 25 | ▢26 | 27 |
| 5 | ㉘ | 29 |     |     |     |     |     |

## MARCH

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     | 1 | 2 | 3 | ▢4 | 5 |
|    | 6 | 7 | 8 | 9 | 10 | ▢11 | 12 |
| 6 | ⑬ | 14 | 15 | 16 | 17 | ▢18 | 19 |
|    | 20 | 21 | 22 | 23 | 24 | ▢25 | 26 |
| 7 | ㉗ | 28 | 29 | 30 | 31 |     |     |

## APRIL

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     |     |     | ▢1 | 2 |
|    | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 8 | ⑩ | 11 | 12 | 13 | 14 | ▢15 | 16 |
|    | 17 | 18 | 19 | 20 | 21 | ⬓22 | 23 |
| 9 | ㉔ | 25 | 26 | 27 | 28 | ▢29 | 30 |

## MAY

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 10 | ⑧ | 9 | 10 | 11 | 12 | ▢13 | 14 |
|    | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 11 | ㉒ | 23 | 24 | 25 | 26 | ▢27 | 28 |
|    | 29 | ⬓30 | 31 |     |     |     |     |

## JUNE

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     | 1 | 2 | 3 | 4 |
| 12 | ⑤ | 6 | 7 | 8 | 9 | ▢10 | 11 |
|    | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 13 | ⑲ | 20 | 21 | 22 | 23 | ▢24 | 25 |
|    | 26 | 27 | 28 | 29 | 30 |     |     |

## JULY

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     |     |     | 1 | 2 |
| 14 | ③ | ⬓4 | 5 | 6 | 7 | ▢8 | 9 |
|    | 10 | 11 | 12 | 13 | 14 | ▢15 | 16 |
| 15 | ⑰ | 18 | 19 | 20 | 21 | ▢22 | 23 |
|    | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 16 | ㉛ |     |     |     |     |     |     |

## AUGUST

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     | 1 | 2 | 3 | 4 | ▢5 | 6 |
|    | 7 | 8 | 9 | 10 | 11 | ▢12 | 13 |
| 17 | ⑭ | 15 | 16 | 17 | 18 | ▢19 | 20 |
|    | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 18 | ㉘ | 29 | 30 | 31 |     |     |     |

## SEPTEMBER

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     |     | 1 | ▢2 | 3 |
|    | 4 | ⬓5 | 6 | 7 | 8 | 9 | 10 |
| 19 | ⑪ | 12 | 13 | 14 | 15 | ▢16 | 17 |
|    | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 20 | ㉕ | 26 | 27 | 28 | 29 | ▢30 |     |

## OCTOBER

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     |     |     |     | 1 |
|    | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 21 | ⑨ | 10 | 11 | 12 | 13 | ▢14 | 15 |
|    | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 22 | ㉓ | 24 | 25 | 26 | 27 | ▢28 | 29 |
|    | 30 | 31 |     |     |     |     |     |

## NOVEMBER

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     | 1 | 2 | 3 | 4 | 5 |
| 23 | ⑥ | 7 | 8 | 9 | 10 | ▢11 | 12 |
|    | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 24 | ⑳ | 21 | 22 | 23 | ⬓24 | ⬓25 | 26 |
|    | 27 | 28 | 29 | 30 |     |     |     |

## DECEMBER

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
|    |     |     |     |     | 1 | ▢2 | 3 |
| 25 | ④ | 5 | 6 | 7 | 8 | ▢9 | 10 |
|    | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 26 | ⑱ | 19 | 20 | 21 | 22 | ⬓23 | 24 |
|    | 25 | ⬓26 | 27 | 28 | 29 | 30 | 31 |

131

# 2017 Pay Periods / Pay Dates / Holidays



**Key:**

◯ Pay Period Ending Date

▢ Payday

⬭ Contract Holiday

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
| **JANUARY** | | | | | | | |
| 1 | ①1 | ▱2 | 3 | 4 | 5 | ▢6 | 7 |
|  | 8 | 9 | 10 | 11 | 12 | ▢13 | 14 |
| 2 | ⑮15 | 16 | 17 | 18 | 19 | ▢20 | 21 |
|  | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 3 | ㉙29 | 30 | 31 | | | | |
| **FEBRUARY** | | | | | | | |
|  | | | 1 | 2 | ▢3 | 4 | |
|  | 5 | 6 | 7 | 8 | 9 | ▢10 | 11 |
| 4 | ⑫12 | 13 | 14 | 15 | 16 | ▢17 | 18 |
|  | 19 | ▱20 | 21 | 22 | 23 | 24 | 25 |
| 5 | ㉖26 | 27 | 28 | | | | |
| **MARCH** | | | | | | | |
|  | | | 1 | 2 | ▢3 | 4 | |
|  | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 6 | ⑫12 | 13 | 14 | 15 | 16 | ▢17 | 18 |
|  | 19 | 20 | 21 | 22 | 23 | ▢24 | 25 |
| 7 | ㉖26 | 27 | 28 | 29 | 30 | ▢31 | 1 |
| **APRIL** | | | | | | | |
|  | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 8 | ⑨9 | 10 | 11 | 12 | 13 | ▱14 | 15 |
|  | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 9 | ㉓23 | 24 | 25 | 26 | 27 | ▢28 | 29 |
|  | 30 | | | | | | |
| **MAY** | | | | | | | |
|  | | 1 | 2 | 3 | 4 | 5 | 6 |
| 10 | ⑦7 | 8 | 9 | 10 | 11 | ▢12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 11 | ㉑21 | 22 | 23 | 24 | 25 | ▢26 | 27 |
|  | 28 | ▱29 | 30 | 31 | 1 | 2 | 3 |
| **JUNE** | | | | | | | |
| 12 | ④4 | 5 | 6 | 7 | 8 | ▢9 | 10 |
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 13 | ⑱18 | 19 | 20 | 21 | 22 | ▢23 | 24 |
|  | 25 | 26 | 27 | 28 | 29 | 30 | |

| PP | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|----|-----|-----|-----|-----|-----|-----|-----|
| **JULY** | | | | | | | |
|  | | | | | | | 1 |
| 14 | ②2 | 3 | ▱4 | 5 | 6 | ▢7 | 8 |
|  | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 15 | ⑯16 | 17 | 18 | 19 | 20 | ▢21 | 22 |
|  | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 16 | ㉚30 | 31 | | | | | |
| **AUGUST** | | | | | | | |
|  | | | 1 | 2 | 3 | ▢4 | 5 |
|  | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 17 | ⑬13 | 14 | 15 | 16 | 17 | ▢18 | 19 |
|  | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 18 | ㉗27 | 28 | 29 | 30 | 31 | | |
| **SEPTEMBER** | | | | | | | |
|  | | | | | | ▢1 | 2 |
|  | 3 | ▱4 | 5 | 6 | 7 | 8 | 9 |
| 19 | ⑩10 | 11 | 12 | 13 | 14 | ▢15 | 16 |
|  | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 20 | ㉔24 | 25 | 26 | 27 | 28 | ▢29 | 30 |
| **OCTOBER** | | | | | | | |
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 21 | ⑧8 | 9 | 10 | 11 | 12 | ▢13 | 14 |
|  | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | ㉒22 | 23 | 24 | 25 | 26 | ▢27 | 28 |
|  | 29 | 30 | 31 | | | | |
| **NOVEMBER** | | | | | | | |
|  | | | 1 | 2 | 3 | 4 | |
| 23 | ⑤5 | 6 | 7 | 8 | 9 | ▢10 | 11 |
|  | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 24 | ⑲19 | 20 | 21 | 22 | ▢23 | ▱24 | 25 |
|  | 26 | 27 | 28 | 29 | 30 | | |
| **DECEMBER** | | | | | | | |
|  | | | | | | 1 | 2 |
| 25 | ③3 | 4 | 5 | 6 | 7 | ▢8 | 9 |
|  | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 26 | ⑰17 | 18 | 19 | 20 | 21 | ▱22 | 23 |
|  | 24 | ▱25 | 26 | 27 | 28 | 29 | 30 |
|  | ㉛31 | | | | | | |

# EXHIBIT B

## Letter of Understanding

## Between

## IBEW LOCAL 1600 and PPL EU

This agreement embodies the understanding between the parties relative to the revised progression lines for the Customer Contact Centers located in Lehigh and Scranton as depicted in Attachment A.

The parties agree to create/maintain the following positions:
- Customer Service Assistant- I (CSA-I)
- Customer Service Assistant- II (CSA-II)
- Customer Service Assistant- III (CSA-III)
- Customer Service Representative (CSR)
- Customer Service Representative - Shift  (Lehigh only) (CSR-Shift)
- Senior Customer Service Representative (Senior-CSR)

The following positions will be eliminated from the CCC progression line:
- Collection Assistant
- Customer Service Clerk – Customer Contact Center

Job descriptions and primary duties, within each job description, have been established and are shown in Attachment B.  Salaries are shown in Attachment C, and a listing of available training modules is shown in Attachment D.

Vacation already approved for 2012 will be honored.

Initial staffing for the newly created positions will be accomplished in the following manner:

**Customer Service Clerk:**
- Within sixty (60) days of the ratification of this agreement by the parties, existing Customer Service Clerks will be offered a one time opportunity to promote to CSA-III, Step 5 (testing is waived) OR remain an incumbent CS Clerk at existing salary table.

- The four (4) incumbent Customer Service Clerks, located in the Customer Contact Center (Lehigh), will retain duties of the Customer Service Clerk should they not promote.

- The position of Customer Service Clerk in the Customer Contact Center progression lines is eliminated.  Incumbents who remain in the position will be eliminated through attrition and the duties will revert to the appropriate job classification within the CCC progression lines.

**Customer Service Representative:**
- Existing Customer Service Representatives will remain in the CSR position, at the existing salary table.

April 30, 2012                    Page 1 of 14



Exhibit 3
UNION
9/14/16
reporter: trisha sims
Veritext Legal Solutions