**Customer Service Representative – Shift:**
- There are no changes to the CSR-Shift position under this agreement.

**Senior Customer Service Representative:**
- A new position of Senior-CSR will be added to the Lehigh and Scranton progression lines.

- This position will be responsible for the daily assistance and direction of work as related to the lower positions within the Progression Lines (excluding CSR-Shift).

- The Senior-Customer Service Representative duties and responsibilities will be as noted on the newly created job description, in Attachment B.

- Promotions from CSR to Senior-CSR will be made as vacancies arise. Promotions will be based on the seniority of those CSRs who have successfully completed the Senior CSR Skills Assessment at a local community college. The training program will be developed by Human Resources with agreement from IBEW Local 1600 and Customer Services.

**Part-Time CSR positions:**
- Within sixty (60) days of the ratification of this agreement by the parties, existing part-time CSRs will be offered a one time opportunity to convert to a full-time CSR position and will retain their local 1600 seniority date. New company service and job seniority dates will be established.

- Part-time CSRs who do not choose to convert during these sixty (60) days will remain part-time CSRs and may elect to accept promotional opportunities in the future following the language under future promotional opportunities, immediately below.

**Future promotional opportunities within the newly created progression lines will be filled in the following manner:**

**Part-time Customer Service Representative (CSR-PT):**
- Will be offered the opportunity to promote to an open full time position of CSA-III as vacancies arise, based on job seniority among the Part-time Customer Service Representatives and the CSA-IIs, providing they have satisfactory performance.

- They will retain their local 1600 seniority date. New company service and job seniority dates will be established.

**Customer Service Representative (CSR):**
- Will be offered the opportunity to promote to Senior Customer Service Representative as described at the top of this page, providing they have satisfactory performance.

- Lehigh based CSRs will be offered the opportunity to promote based upon job seniority, to a Customer Service Representative –Shift position as vacancies arise.

**Customer Service Assistant-III (CSA-III)**
- Will be offered the opportunity to promote, based upon job seniority, to CSR, as vacancies arise, providing they have satisfactory performance.

**Customer Service Assistant-II (CSA-II)**

- Will be offered the opportunity to promote, based upon job seniority, to CSA-III as vacancies arise.

**Customer Service Assistant-I (CSA-I)**

- Will be offered the opportunity to promote, based upon job seniority, to CSA-II as vacancies are created, or promote to CSA-II automatically after 12 months providing they have satisfactory performance.

- This position will be considered the entry level position and vacancies will be filled by hire, hire, post as noted in Article V, Section 2, Paragraph M. The first 20 CSA-I's hired into these new lines will all be new hires and hire, hire, post will go into effect following these hires.

Overtime opportunities will follow the language in the CCC Overtime Opportunities Memorandum of Agreement for the following job classifications: CSA I, II, and III, CSR, and Sr. CSR.

The parties agree to meet and discuss staffing plans for the CCC per Article II, Section 7E, following ratification. These meetings would generally be held on an annual basis unless there are substantial changes in work load and/or staffing, causing the parties to meet sooner.

This Letter of Understanding applies only to the progression lines mentioned above, will not prejudice either party's position in the future and may not be cited as precedent in any future proceedings except to enforce the terms of this agreement.

This agreement will become part of the contract negotiated between the parties in 2014.

IBEW Local 1600

PPL EU

4/12/2012
Date

**CCC Progression Lines**
**(Lehigh and Scranton)**

Attachment B

PPL ELECTRIC UTILITIES CORPORATION
PROPOSED JOB DESCRIPTION

JOB TITLE: Customer Service Assistant – I JOB CODE: TBD

ORGANIZATION : Customer Contact Regulated SALARY TABLE: CC2
LOCATION: CUSTOMER CONTACT CENTER

SUPERVISOR: Appropriate first-line supervisor

PURPOSE: Handles residential customer contacts related to payment arrangements, start/stop service, and other such transactions using automated step-through systems.

DESCRIPTION OF DUTIES: Duties include but are not limited to:

1. Arrange payment plans with residential customers and process transactions related to start/stop service and other such transactions using automated step-through systems.
2. Contacts residential customers for collection/reminder purposes, and provides referrals to customer assistance programs.
3. Operates related office equipment to access, process and refer customer information related to this job.
4. Performs follow-up work related to credit and collection for residential customers, start/stop service and customer assistance programs.
5. Processes payments.
6. Performs back-office duties such as:
   a. General account maintenance to ensure accurate and current information
   b. Payment Assistance follow-up (PUC Decisions)
   c. Payment Agreement Email responses
   d. Residential dunning
   e. Faxed or mailed requests to start/stop service.
7. Handles power problem related contacts during normal hours.
8. Performs other related duties as assigned or as necessary.

MINIMUM ENTRY REQUIREMENTS:

1. Ability to understand and follow procedures and written instructions.
2. Ability to exercise tact, courtesy and good judgment in contacts with customers.
3. Ability to effectively read, write and speak the English language.
4. Ability to manage difficult or emotional customer situations.
5. Ability to use standard office equipment.
6. Successful completion of entrance testing as follows: Call center simulation (LIMRA); data entry, clerical skills, and the G-Neil Job Family 3.

Created: April 30, 2012

PPL ELECTRIC UTILITIES CORPORATION
PROPOSED JOB DESCRIPTION

| | | | |
|---|---|---|---|
| JOB TITLE: | Customer Service Assistant – II | JOB CODE: | TBD |
| ORGANIZATION : | Customer Contact Regulated | SALARY TABLE: | B01 |
| LOCATION: | CUSTOMER CONTACT CENTER | | |
| SUPERVISOR: | Appropriate first-line supervisor | | |
| PURPOSE: | Handles all duties of the lower level as well as the non-automated transactions for residential and small C&I customer accounts. Also handles back office residential billing functions except as noted in number 3 below. | | |

DESCRIPTION OF DUTIES: Duties include but are not limited to:

1. Performs duties outlined in the lower level.
2. Handles non-automated transactions for residential and small C&I customer accounts, automated transactions are payment assistance and start/stop service today.
3. Performs billing functions for residential accounts except for: inbound billing phone calls, area light rebilling, TOU rebilling, OnTrack rebilling, mixed meter rebilling, and summary billing.
4. Performs other related duties as assigned or as necessary.

MINIMUM ENTRY REQUIREMENTS:

1. Satisfactory performance as a CSA-I or meets minimum entry requirement of entry level position within this progression line.
2. Successful completion of Entrance testing as follows: Call center simulation (LIMRA); data entry, clerical skills, and the GNeil Job Family 3.

Created: April 30, 2012

PPL ELECTRIC UTILITIES CORPORATION
PROPOSED JOB DESCRIPTION

| | | | |
|---|---|---|---|
| JOB TITLE: | Customer Service Assistant – III | JOB CODE: | TBD |
| ORGANIZATION : | Customer Contact Regulated | SALARY TABLE: | B03 |
| LOCATION: | CUSTOMER CONTACT CENTER | | |
| SUPERVISOR: | Appropriate first-line supervisor | | |
| PURPOSE: | Handles all duties of the lower levels as well as electric service work requests, energy education and billing calls for residential customers, and back office billing functions for C&I customer accounts. | | |

DESCRIPTION OF DUTIES: Duties include but are not limited to:

1. Performs duties outlined in the lower levels.
2. Handles all tasks related to electric service requests.
3. Handles inbound billing phone calls from residential accounts.
4. Handles the following back office billing items excluded under CSA-II: area light and TOU rebilling.
5. Performs back office billing functions for C&I accounts.
6. Handles contacts related to residential energy education except for those with renewable energy applications.
7. Receives and handles contacts during emergency conditions and is a member of the CCC call out roster.
8. Performs other related duties as assigned or as necessary.

MINIMUM ENTRY REQUIREMENTS (progression line):

1. Satisfactory performance as a CSA-II or meets minimum entry requirement of entry level position within this progression line.
2. Meet residency requirements according to Labor Agreement.
3. Successful completion of Entrance testing as follows: Call center simulation (LIMRA); data entry, clerical skills, and the GNeil Job Family 3.

Created: April 30, 2012

**JOB DESCRIPTION**

**JOB TITLE:** Customer Service Representative **JOB CODE:** 004200

**ORGANIZATION:** Customer Contact Center **SALARY TABLE:** CS3

**PURPOSE:** Handles verbal and written customer contacts to the Customer Contact Center. Processes and completes all associated follow-up work. Performs Customer Accounting and Credit and Collection functions.

**SUPERVISOR:** Customer Contact Supervisor
Accounts Receivable Supervisor

**DIRECTS:** Responsible only for own work

**DESCRIPTION OF DUTIES:** Duties include but are not limited to:

1. Receives and handles telephone calls and written correspondence for service, credit, billing, metering, area lighting, rates, general information and miscellaneous inquiries and complaints. This is accomplished by obtaining the necessary information to prepare and process the appropriate orders, reports, related forms, computer formats, or in transferring of the call. Receives and handles calls during emergency conditions and service interruptions.
2. Performs in a courteous and professional manner while satisfying customer inquiries and complaints, both verbal and written. Promotes high standards of customer and public relations.
3. Operates teleprocessing equipment to document, collect and transmit customer data in the computer center necessary to complete and respond to customer requests or perform credit and accounting work.
4. Performs customer credit and accounting work such as:
   (a) Preparing or processing on terminals orders for credit tracking, billing and adjustment, correction, accounting transfer, meter change and test and preparing customer statements of account, duplicate, final or pass bills, customer call reports, billing and accounting investigation report, etc., as required by a customer request, review of customer's account, or by internal office investigation.
   (b) Processes customer accounting system memos, meter accuracy reports, investigation memos, tax exemption certificates and audits, changes in rate schedules and reviews records for extension guarantees.
   (c) Processes orders to relocate facilities, connect and/or disconnect (including ratepayer/occupant and landlord/tenant procedures), to install, remove or change service, report radio and TV interference and customer call reports completed by field forces.
   (d) Processes applications for items, such as: area lights, budget billing plan, time of day rates, automatic bill payment, Operation HELP, landlord indicator, extended net rate period, third party notification, security deposits and related programs.
   (e) Compiles information for use in investigating and replying to customers' communications.

(f) Prepares or assists in preparing reports and maintaining records, such as: street lighting, credit and collection, extension guarantees, temporary service charges, and customer contact history, as required.

5. Contacts customers by telephone to inform them of billing, service status and related matters, such as: planned interruptions, overdue accounts, arrangements for payments and in the course of responding to customer requests.
6. Performs typing, filing and such other related duties as assigned or necessary.

**MINIMUM ENTRY REQUIREMENTS:**

1. Demonstrated ability and adequate experience in related Customer Service jobs.
2. Demonstrated ability to communicate courteously, professionally and effectively with customers and to influence people in handling complaints, adjustments or service problems.
3. Ability to:
   (a) Perform duties with speed, efficiency and accuracy.
   (b) Understand verbal and written instructions, procedures and methods as they pertain to job functions.
   (c) Successful completion of Entrance testing as follows: Call center simulation (LIMRA); data entry, clerical skills, and the GNeil Job Family 3.

LR Department
Issued: 8/24/89
Revised: 11/14/05
4/30/12

## PPL ELECTRIC UTILITIES CORPORATION

### JOB DESCRIPTION

**JOB TITLE:** Customer Service Representative Shift **JOB CODE:** 004201

**ORGANIZATION:** Customer Contact Center **SALARY TABLE:** CS4

**PURPOSE:** Handles verbal and written customer contacts to the Customer Contact Center. Processes and completes all associated follow-up work. Performs Customer Accounting and Credit and Collection functions. In conjunction with System Operator and appropriate supervisors, contacts and dispatches personnel to take care of service problems and emergencies.

**SUPERVISOR:** Customer Contact Supervisor
Accounts Receivable Supervisor

**DIRECTS:** Responsible only for own work

**DESCRIPTION OF DUTIES:** Duties include but are not limited to:

1. Receives and handles all telephone calls and written correspondence for service, credit, billing, metering, area lighting, rates, general information and miscellaneous inquiries and complaints. This is accomplished by obtaining the necessary information to prepare and process the appropriate orders, reports, related forms, computer formats, or in transferring of the call. Receives and handles calls during emergency conditions and service interruptions.
2. Performs in a courteous and professional manner while satisfying customer inquiries and complaints, both verbal and written. Promotes high standards of customer and public relations.
3. Operates teleprocessing equipment to document, collect and transmit customer data in the computer center necessary to complete and respond to customer requests or perform credit and accounting work.
4. Performs customer credit and accounting work such as:
5. Preparing or processing on terminals orders for credit tracking, billing and adjustment, correction, accounting transfer, meter change and test and preparing customer statements of account, duplicate, final or pass bills, customer call reports, billing and accounting investigation report, etc., as required by a customer request, review of customer's account, or by internal office investigation.
6. Processes customer accounting system memos, meter accuracy reports, investigation memos, tax exemption certificates and audits, changes in rate schedules and reviews records for extension guarantees.
7. Processes orders to relocate facilities, connect and/or disconnect (including ratepayer/occupant and landlord/tenant procedures), to install, remove or change service, report radio and TV interference and customer call reports completed by field forces.
8. Processes applications for items, such as: area lights, budget billing plan, time of day rates, automatic bill payment, Operation HELP, landlord indicator, extended net rate period, third party notification, security deposits and related programs.
9. Compiles information for use in investigating and replying to customers' communications.

10. Prepares or assists in preparing reports and maintaining records, such as: street lighting, credit and collection, extension guarantees, temporary service charges, and customer contact history, as required.
11. Contacts customers by telephone to inform them of billing, service status and related matters, such as: planned interruptions, overdue accounts, arrangements for payments and in the course of responding to customer requests.
12. Handles customers' calls affecting service and using established procedures, calls out and dispatches personnel, secures assistance or requests help from other departments as necessary.
13. Maintains log of messages received and dispatched, call-out response, time on and off radio and location of personnel working.
14. Monitors trunk-lines to insure proper operation of telephone communication lines into ACD.
15. Utilizes maps and records to supplement knowledge of size and location of facilities to promptly and efficiently dispatch personnel.
16. Informs supervisors and system operators of conditions that affect operations.
17. Performs typing, filing and such other related duties as assigned or necessary.

**MINIMUM ENTRY REQUIREMENTS:**

1. Demonstrated ability and adequate experience in related Customer Service jobs.
2. Demonstrated ability to communicate courteously, professionally and effectively with customers and employees and to influence people in handling complaints, adjustments or service problems.
3. Ability to:
    a. Perform duties with speed, efficiency and accuracy.
    b. Understand verbal and written instructions, procedures and methods as they pertain to job functions.
4. Successful completion of the LIMRA Call Center Simulation Test and Data Entry Test.

**BUMPING CRITERIA:**

LIMRA Call Center Simulation Test and Data Entry Test.

LR Department
Issued: 8/24/89
Revised: 11/14/05

PPL ELECTRIC UTILITIES CORPORATION
PROPOSED JOB DESCRIPTION

| | | | |
|---|---|---|---|
| JOB TITLE: | Senior-Customer Service Representative | JOB CODE: | TBD |
| ORGANIZATION : | Customer Contact Regulated | SALARY TABLE: | TBD |
| LOCATION: | CUSTOMER CONTACT CENTER | | |
| SUPERVISOR: | Appropriate first-line supervisor | | |
| ROLE: | Leads and directs other personnel of like or lower job classifications within the progression line (except CSR-Shift). | | |
| PURPOSE: | Supports the CCC by handling escalated contacts, leads meetings such as team meetings and tailboards, provides some one-on-one and group training, assists CSAs and CSRs with job skills, and provides progress reports to their supervisor on these activities. | | |

DESCRIPTION OF DUTIES: Duties include but are not limited to:

1. Performs duties outlined in the lower levels.
2. Handles escalated contacts.
3. Provides coaching to individual CSAs and CSRs, at the direction of the Supervisor, to help improve job skills.
4. Provides progress reports to supervisor when requested.
5. Leads group meetings at times.
6. Provides some one-on-one and group training.
7. Performs other related duties as assigned or as necessary.

MINIMUM ENTRY REQUIREMENTS:

1. Promotions from CSR to Senior-CSR will be based on seniority of those CSRs that have successfully completed the Senior CSR Skills Assessment at a local community college.
2. Meet residency requirements according to Labor Agreement
3. Successful completion of Entrance testing as follows: Call center simulation (LIMRA); data entry, clerical skills, and the GNeil Job Family 3.

Created: April 30, 2012

Salaries--CCC Progression Lines
Effective first pay period following ratification and after May 14, 2012

| Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Table |
|---|---|---|---|---|---|---|
| CSA-I | $13.960 | $15.123 | N/A | N/A | N/A | CC2 |
| CSA-II | $15.857 | $16.651 | $17.444 | $18.239 | $19.027 | B01 |
| CSA-III | $19.027 | $19.829 | $20.611 | $21.404 | $22.211 | B03 |
| CSR | $24.575 | $25.684 | $26.836 | $28.042 | $29.338 | CS3 |
| Sr.-CSR | $32.764 | N/A | N/A | N/A | N/A | New |