PPL Membership
January 2016

Exhibit 9
UNION
9/14/16
reporter: trisha sims
Veritext Legal Solutions

163 pp

| | Last Name | First Name/MI | EmplID | Location | Job Cd | Job Title | Job Sen Dt | Union Date | Company Dt | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gower | Michael R | 003651 | SCRSC | 2710 | Collection Assistant | 9/10/2001 | 9/10/2001 | 9/10/2001 | L |
| 1 | Meyers | Adrienne N | 172174 | CCC | 5267 | Customer Service Assistant-I | 6/8/2015 | 10/15/2012 | 10/15/2012 | A |
| 1 | Bachman | Amanda R | 167962 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 12/10/2012 | 12/10/2012 | A |
| 2 | Ballino | Rebecca K | 172376 | SCRSC | 5268 | Customer Service Assistant-II | 8/5/2013 | 11/26/2012 | 11/26/2012 | A |
| 3 | Barnes | Jerelyn K | 174797 | CCC | 5268 | Customer Service Assistant-II | 11/10/2014 | 11/11/2013 | 11/11/2013 | A |
| 4 | Bornstein Jr | Ted | 172319 | SCRSC | 5268 | Customer Service Assistant-II | 8/5/2013 | 11/26/2012 | 11/26/2012 | A |
| 5 | Bracey | Morgan | 172317 | SCRSC | 5268 | Customer Service Assistant-II | 8/5/2013 | 11/26/2012 | 11/26/2012 | A |
| 6 | Chulock | Vanessa E | 171784 | SCRSC | 5268 | Customer Service Assistant-II | 8/5/2013 | 11/26/2012 | 11/26/2012 | A |
| 7 | Dennis | Nicole Y | 172179 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/15/2012 | 10/15/2012 | A |
| 8 | Dries | Lori | 174880 | CCC | 5268 | Customer Service Assistant-II | 12/8/2014 | 12/2/2013 | 12/2/2013 | A |
| 9 | Garey | Garrett J | 174957 | CCC | 5268 | Customer Service Assistant-II | 12/8/2014 | 12/2/2013 | 12/2/2013 | A |
| 10 | Ireland | Janice L | 174977 | CCC | 5268 | Customer Service Assistant-II | 12/8/2014 | 12/2/2013 | 12/2/2013 | A |
| 11 | Lesko | Jared J | 173110 | CCC | 5268 | Customer Service Assistant-II | 11/10/2014 | 3/25/2013 | 10/28/2013 | A |
| 12 | Luckenbill | Keri | 172172 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/15/2012 | 10/15/2012 | A |
| 13 | Maisonet | Ellen | 166766 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/15/2012 | 10/15/2012 | A |
| 14 | Mann | Carla M | 172235 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/29/2012 | 10/29/2012 | A |
| 15 | Mcpike | April . | 174798 | CCC | 5268 | Customer Service Assistant-II | 11/10/2014 | 11/11/2013 | 11/11/2013 | A |
| 16 | Moore | Clarissa R | 174850 | CCC | 5268 | Customer Service Assistant-II | 12/8/2014 | 12/2/2013 | 12/2/2013 | A |
| 17 | Pickering | William | 172180 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/15/2012 | 10/15/2012 | A |
| 18 | Renard | Karen C | 165738 | SCRSC | 5268 | Customer Service Assistant-II | 8/5/2013 | 11/26/2012 | 11/26/2012 | A |
| 19 | Rodriguez | Naomi I | 172234 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/29/2012 | 10/29/2012 | A |
| 20 | Rumbalski | Megan | 172236 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 10/29/2012 | 10/29/2012 | A |
| 21 | Sinatore | Antonia R | 172320 | CCC | 5268 | Customer Service Assistant-II | 8/5/2013 | 12/10/2012 | 12/10/2012 | A |
| 1 | Brown | Heather N | 166035 | CCC | 5269 | Customer Service Assistant-III | 11/1/2010 | 7/16/2012 | 7/16/2012 | A |
| 2 | Burney | Tara L | 169191 | SCRSC | 5269 | Customer Service Assistant-III | 11/14/2011 | 7/23/2012 | 7/23/2012 | A |
| 3 | Dymond | Diane L | 166921 | SCRSC | 5269 | Customer Service Assistant-III | 3/21/2011 | 7/23/2012 | 7/23/2012 | A |
| 4 | Gumlock | Monica M | 086625 | CCC | 5269 | Customer Service Assistant-III | 10/18/2010 | 7/16/2012 | 7/16/2012 | A |
| 5 | Hahn | Griselle M | 166095 | CCC | 5269 | Customer Service Assistant-III | 11/15/2010 | 7/16/2012 | 7/16/2012 | A |
| 6 | Munley | MaryAnn P | 073859 | SCRSC | 5269 | Customer Service Assistant-III | 10/4/2010 | 7/23/2012 | 7/23/2012 | A |
| 7 | Robson | Christina H | 165821 | SCRSC | 5269 | Customer Service Assistant-III | 10/4/2010 | 7/23/2012 | 7/23/2012 | A |
| 8 | Rodriguez | Alyssia | 166034 | CCC | 5269 | Customer Service Assistant-III | 11/1/2010 | 7/16/2012 | 7/16/2012 | A |
| 9 | Rosar | Joseph D | 148911 | SCRSC | 5269 | Customer Service Assistant-III | 11/24/2014 | 5/7/2007 | 5/7/2007 | A |
| 10 | Simock | Dae L | 165940 | CCC | 5269 | Customer Service Assistant-III | 10/18/2010 | 7/16/2012 | 7/16/2012 | A |

PPL Membership
January 2016

| # | Last Name | First Name/MI | EmplID | Location | Job Cd | Job Title | Job Sen Dt | Union Date | Company Dt | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Urban | Carmen P | 166217 | CCC | 5269 | Customer Service Assistant-III | 12/6/2010 | 7/16/2012 | 7/16/2012 | A |
| 12 | Walko-Ray | Amber J | 169188 | SCRSC | 5269 | Customer Service Assistant-III | 11/14/2011 | 7/23/2012 | 7/23/2012 | A |
| 13 | Young (McGraw) | Jennifer | 169190 | SCRSC | 5269 | Customer Service Assistant-III | 11/14/2011 | 7/23/2012 | 7/23/2012 | A |
| 14 | Yunez | Javid | 166236 | CCC | 5269 | Customer Service Assistant-III | 12/6/2010 | 7/16/2012 | 7/16/2012 | A |
| 1 | Adams | Catherine S | 000182 | CCC | 4200 | Customer Service Repr | 10/29/1990 | 3/14/1983 | 3/14/1983 | L |
| 2 | Anthony | Cheryl L | 158280 | SCRSC | 4200 | Customer Service Repr | 9/21/2009 | 11/5/2007 | 11/5/2007 | A |
| 3 | Baron | Debbie A | 002129 | CCC | 4200 | Customer Service Repr | 5/28/2001 | 12/13/1999 | 12/13/1999 | A |
| 4 | Bass (Carey) | Anne M | 162355 | CCC | 4200 | Customer Service Repr | 12/10/2012 | 1/11/2010 | 1/11/2010 | L |
| 5 | Bechtel | Jessica L | 153463 | SCRSC | 4200 | Customer Service Repr | 7/16/2007 | 1/3/2006 | 1/3/2006 | A |
| 6 | Bede | Mari A | 162349 | SCRSC | 4200 | Customer Service Repr | 9/6/2011 | 9/20/2010 | 9/20/2010 | A |
| 7 | Belcak | Alice | 068158 | CCC | 4200 | Customer Service Repr | 8/26/1996 | 8/6/1990 | 8/6/1990 | A |
| 8 | Belfield | Marion V | 013567 | CCC | 4200 | Customer Service Repr | 8/12/1991 | 6/3/1991 | 6/3/1991 | A |
| 9 | Bell | Kelly A | 154505 | SCRSC | 4200 | Customer Service Repr | 12/31/2007 | 3/27/2006 | 3/27/2006 | A |
| 10 | Biever | Jane F | 072954 | IEW | 4200 | Customer Service Repr | 10/28/1996 | 4/15/1991 | 4/15/1991 | L |
| 11 | Boos | Donna J | 162215 | SCRSC | 4200 | Customer Service Repr | 10/4/2010 | 1/11/2010 | 1/11/2010 | A |
| 12 | Brower | Donna M | 159794 | SCRSC | 4200 | Customer Service Repr | 12/14/2009 | 4/21/2008 | 4/21/2008 | A |
| 13 | Bzdick | Barbara S | 154587 | SCRSC | 4200 | Customer Service Repr | 12/31/2007 | 4/24/2006 | 4/24/2006 | A |
| 14 | Cannon | Julie A | 153470 | SCRSC | 4200 | Customer Service Repr | 4/23/2007 | 1/3/2006 | 1/3/2006 | A |
| 15 | Capers-Armstrong | Linda D | 011459 | CCC | 4200 | Customer Service Repr | 10/14/1991 | 8/20/1990 | 8/20/1990 | L |
| 16 | Castro | Aida | 070989 | CCC | 4200 | Customer Service Repr | 8/17/1992 | 1/6/1992 | 1/6/1992 | A |
| 17 | Colburn | Jacquelyn A | 003908 | SCRSC | 4200 | Customer Service Repr | 1/16/2006 | 5/13/2002 | 5/13/2002 | A |
| 18 | Cole | Ana S | 063909 | CCC | 4200 | Customer Service Repr | 6/24/1991 | 3/25/1991 | 3/25/1991 | A |
| 19 | Coleman | Luke D | 163940 | SCRSC | 4200 | Customer Service Repr | 11/29/2010 | 2/22/2010 | 2/22/2010 | A |
| 20 | Conklin | Suzanne R | 162277 | SCRSC | 4200 | Customer Service Repr | 3/7/2011 | 9/20/2010 | 9/20/2010 | A |
| 21 | Crawford | Tyonia M | 154783 | CCC | 4200 | Customer Service Repr | 1/10/2011 | 5/8/2006 | 5/8/2006 | A |
| 22 | Dale | Helene E | 154954 | SCRSC | 4200 | Customer Service Repr | 6/30/2008 | 11/20/2006 | 11/20/2006 | A |
| 23 | Davis | Synette A | 162353 | SCRSC | 4200 | Customer Service Repr | 10/4/2010 | 1/11/2010 | 1/11/2010 | A |
| 24 | DeLeon | Marilyn | 146498 | CCC | 4200 | Customer Service Repr | 6/4/2007 | 5/8/2006 | 5/8/2006 | A |
| 25 | Diehl | Kevin D | 002126 | CCC | 4200 | Customer Service Repr | 5/28/2001 | 9/20/1999 | 9/20/1999 | A |
| 26 | Diehl | Donna K | 017980 | CCC | 4200 | Customer Service Repr | 8/26/1996 | 12/10/1990 | 12/10/1990 | A |
| 27 | Dizek | Lucy | 148642 | SCRSC | 4200 | Customer Service Repr | 4/23/2007 | 1/3/2006 | 1/3/2006 | A |
| 28 | Dommes | Dawn M | 157380 | SCRSC | 4200 | Customer Service Repr | 2/25/2008 | 5/7/2007 | 5/7/2007 | L |
| 29 | Domozych | Lori A | 002521 | SCRSC | 4200 | Customer Service Repr | 8/7/2000 | 9/7/1999 | 9/7/1999 | A |

| | Last Name | First Name/MI | EmplID | Location | Job Cd | Job Title | Job Sen Dt | Union Date | Company Dt | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Dorris | Mae F | 000919 | SCRSC | 4200 | Customer Service Repr | 5/24/2009 | 11/15/1999 | 11/12/2001 | A |
| 31 | Eibach | Linda M | 153462 | SCRSC | 4200 | Customer Service Repr | 4/23/2007 | 1/3/2006 | 1/3/2006 | A |
| 32 | Eichelman | Eric S | 020829 | CCC | 4200 | Customer Service Repr | 8/26/1996 | 4/1/1991 | 4/1/1991 | A |
| 33 | Estile | Theresa | 159808 | SCRSC | 4200 | Customer Service Repr | 12/14/2009 | 4/21/2008 | 4/21/2008 | A |
| 34 | Fitzgerald | Laura A | 003646 | SCRSC | 4200 | Customer Service Repr | 3/15/2004 | 9/10/2001 | 9/10/2001 | A |
| 35 | Flynn | Annette M | 024571 | CCC | 4200 | Customer Service Repr | 6/9/1994 | 11/11/1991 | 6/24/1991 | A |
| 36 | Frey | Stephanie A | 004726 | SCRSC | 4200 | Customer Service Repr | 11/20/2006 | 5/23/2005 | 5/23/2005 | A |
| 37 | Gavura | Mark T | 027795 | CCC | 4200 | Customer Service Repr | 12/28/1998 | 1/12/1998 | 1/12/1998 | A |
| 38 | Gerhard | Kimberly | 145503 | CCC | 4200 | Customer Service Repr | 1/3/2011 | 4/13/2009 | 4/7/2008 | A |
| 39 | Gross | Brenda | 002823 | CCC | 4200 | Customer Service Repr | 2/27/2006 | 6/25/2001 | 4/21/2008 | A |
| 40 | Gurz | Michele D | 002132 | CCC | 4200 | Customer Service Repr | 1/21/2002 | 9/20/1999 | 9/20/1999 | A |
| 41 | Hausman | Jennifer M | 158278 | SCRSC | 4200 | Customer Service Repr | 9/21/2009 | 11/5/2007 | 11/5/2007 | A |
| 42 | Hogan | April L | 157401 | SCRSC | 4200 | Customer Service Repr | 2/25/2008 | 5/7/2007 | 5/7/2007 | A |
| 43 | Jenkins | Cynthia D | 006397 | CCC | 4200 | Customer Service Repr | 12/28/1998 | 1/16/1984 | 1/16/1984 | R |
| 44 | Jones | Judith K | 041060 | CCC | 4200 | Customer Service Repr | 6/24/1991 | 8/6/1990 | 8/6/1990 | A |
| 45 | Kashuba | Mary E | 002503 | SCRSC | 4200 | Customer Service Repr | 9/7/1999 | 9/7/1999 | 9/7/1999 | A |
| 46 | Kee | Kim | 085718 | CCC | 4200 | Customer Service Repr | 2/27/1995 | 6/18/1984 | 6/18/1984 | A |
| 47 | Keisling | Susan A | 157381 | SCRSC | 4200 | Customer Service Repr | 2/25/2008 | 5/7/2007 | 5/7/2007 | A |
| 48 | Kime | Jacqueline | 163621 | SCRSC | 4200 | Customer Service Repr | 10/4/2010 | 2/8/2010 | 2/8/2010 | A |
| 49 | Kirlin | Trayce | 001166 | CCC | 4200 | Customer Service Repr | 4/19/1999 | 2/8/1999 | 2/8/1999 | A |
| 50 | Kolinofsky | Stephanie K | 157382 | SCRSC | 4200 | Customer Service Repr | 2/25/2008 | 5/7/2007 | 5/7/2007 | A |
| 51 | Kondrosky | Christine E | 003570 | SCRSC | 4200 | Customer Service Repr | 1/2/2006 | 7/9/2001 | 1/16/2006 | A |
| 52 | Kranick | Donna B | 002504 | SCRSC | 4200 | Customer Service Repr | 3/20/2000 | 3/20/2000 | 9/20/1999 | A |
| 53 | Krayer | Kathleen A | 158298 | SCRSC | 4200 | Customer Service Repr | 9/21/2009 | 11/5/2007 | 11/5/2007 | A |
| 54 | Krzywiec | Julie A | 154263 | SCRSC | 4200 | Customer Service Repr | 11/5/2007 | 2/27/2006 | 2/27/2006 | A |
| 55 | Lance | Nancy W | 002509 | SCRSC | 4200 | Customer Service Repr | 9/7/1999 | 9/7/1999 | 9/7/1999 | A |
| 56 | Lennox | James J | 148092 | SCRSC | 4200 | Customer Service Repr | 2/13/2006 | 4/14/2003 | 10/4/2010 | A |
| 57 | Leonard | Lisa | 154308 | SCRSC | 4200 | Customer Service Repr | 10/22/2007 | 2/27/2006 | 2/27/2006 | A |
| 58 | Lewis | April R | 163941 | SCRSC | 4200 | Customer Service Repr | 11/29/2010 | 2/22/2010 | 2/22/2010 | A |
| 59 | Lord | Alice | 154205 | SCRSC | 4200 | Customer Service Repr | 7/2/2007 | 2/27/2006 | 2/27/2006 | A |
| 60 | Luongo | Michele | 002505 | SCRSC | 4200 | Customer Service Repr | 12/23/1999 | 9/7/1999 | 9/7/1999 | A |
| 61 | Maglioli | Wilhemina | 158279 | SCRSC | 4200 | Customer Service Repr | 9/21/2009 | 11/5/2007 | 11/5/2007 | A |
| 62 | Makuta | Sherry A | 165939 | CCC | 4200 | Customer Service Repr | 6/27/2011 | 10/18/2010 | 10/18/2010 | A |