This exhibit depicts how existing training modules may be aligned under the new CCC progression lines established by this agreement. This listing depicts the training available by job classification, but it does not represent a required level of training for all employees within a specific job classification. The parties agree to meet and discuss significant changes to this training structure. Significant changes are when modules move from one job classification to another.

| Proposed CCC Progression Line--Major Functions & Training Modules | | | | |
|---|---|---|---|---|
| **CSA-I** | **CSA-II** | **CSA-III** | **CSR** | **Sr-CSR** |
| CTP Res Payment Agreements<br>CTP Res Start/Stop Service<br>CSS Account Maintenance<br>Foundational Tools<br>Outage Problems | CSS Res and Non-Res Collection<br>CSS Res Start/Stop Service<br>Small C&I Start/Stop Service<br>Res Backoffice Billing | New and Upgraded Electric Service<br>Res Energy Education<br>C&I Backoffice Rebilling<br>Res Billing Calls<br>Misc Calls | Small C&I Energy Ed<br>Small C&I Billing Calls<br>Renewable Energy<br>Advanced Billing | Escalated Contacts<br>Training/Coaching<br>Group Meeting Leader |
| New Employee Orientation | Disconnect Service Orders | Billing Calls-Residential | Billing Calls--Small C&I | Sr. CSR Skills |
| Web Retrieval | Add Customer | Callout Response-Advanced | Energy Education Small C&I | Instructor Orientation |
| Payment Assistance | Connect Service Orders- Residential | Budget Billing Calls | RTS Systems & Options | Instructor Training |
| Budget Billing Basics | POS ID and Security Deposits | WMS Intro | Responding to Legislative Complaints | |
| Residential Reco CTP | Connect Service Orders-Non Residential | REMSI | Renewable Energy- Processing Applications | |
| Lost and Misapplied Pmts Introduction | Act 54 Introduction | Initiating WRs for New Service | Advanced Renewable Energy Training | |
| OnTrack Overview | Complaints and Disputes 2 | Initiating WRs for Change of Service | LP Billing | |
| WATT Application | PA State Sales Tax Rule Introduction | Initiating WRs for Removals | Summary Billing | |
| PUC Dec Entry | Rate Schedules Introduction | Cancelling & Reactivating Work Orders | Mixed Meter Rebilling | |
| Web Self Service Application Overview | Establishing and Removing an Area Light | Initiating WRs for Relocation of Company Facilities | OnTrack Rebilling | |
| Programs to Help Customers | Customer Choice | Relocations, Tree Trimming, Misc Investigation Orders | OnTrack Bankruptcies | |
| Revenue Protection Intro | Budget Billing Explanation and Adj | Initiating WRs for Area Lights | Holiday Lighting | |
| Aspect Phones & Screen Pop | Landlord Coding | Energy Education- Residential | PUC Hearings | |
| Call Handling Expectations | Meter Reading and Billing | MyPPL Analyzer | Theft/Sensitive Acct Rebilling | |
| Telephone Techniques | CSS Payment Agreements | Carbon Calculator | Outside Attorney Interface | |
| Language Interpreter | Overdue Final Bills | Request Credit | | |
| Call Intercept | Residential Reco CSS | Healing Customer Relationships | | |
| CS Letters Introduction | Non-Residential Termination | Area Light Rebilling | | |
| Office Communicator | Non-Residential Reconnection | C&I Back Office Billing & WFMs | | |
| HuP- Three Point Communication | Special Agreements | Bankruptcies | | |
| VPP | Service Orders and Field Orders Introduction | Line Extension Guarantee Billing | | |
| Standards of Conduct and Integrity | Electronic Funds Transfer | Rate Change Requests/Rebilling | | |
| Facility Emergency Plan | Collection Referrals | TOU Rebilling | | |
| Human Performance | PUC Mediation Response | | | |
| Hazard Communication | Continuous Account Transfer Reversal | | | |
| Managing the Collection Experience | Residential High Balance WATT Referrals | | | |
| Complaints & Disputes 1 | Working Faxed 30 Day Med Certs | | | |
| Residential Dunning | Transferring Balance from Finalized or Written off | | | |
| CTP Stop | Caring for Customers | | | |
| CTP Transfer | Introduction to Basic Billing | | | |
| CTP Start | Residential WFMs | | | |
| Customer Choice Introduction | Rate Schedules | | | |
| Landlord Coding Introduction | Pennsylvania State Sales Tax Rules | | | |
| Reaching for Stellar Service | Late Payment Charges | | | |
| Components of Electric Bill | Issuing a Duplicate Bill | | | |
| CSS Introduction | Transfers & Refunds | | | |
| CSS Retrieval | Late Payer Program | | | |
| Account Information | Rejected Bills | | | |
| Documenting Contacts with Customers | Calculating and Applying Interest | | | |
| Maintaining Account Information | Security Deposit Waiver Mailbox | | | |
| Operation Help Enrollments | Due Date Change Requests | | | |
| Third Party Notification | EFT Billing | | | |
| Web Self Service Application | Adjust Metered Usage Application | | | |
| CSR Web Administration | Budget Billing Rebilling | | | |
| Web Self-Service Application Admin | Res Stopped Meter WATT Prep | | | |
| Power Problems | Res Stopped Meter Rebilling | | | |
| PA OneCall Introduction | Sales Tax Exemptions/Certificates | | | |
| | Connect at Wrong Address | | | |
| | Referrals to Attorneys | | | |