IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPL ELECTRIC UTILITIES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1600, <br><br> Defendant. | CIVIL ACTION <br> NO. 17-3169 |

## ORDER

**AND NOW**, this 18th day of September, 2018, upon reviewing Plaintiff PPL Electrical Utilities Corporation's Motion for Summary Judgment (Docket No. 18), Defendant International Brotherhood of Electrical Workers Local 1600's Cross-Motion for Summary Judgment (Docket No. 21), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Plaintiff PPL's Motion for Summary Judgment (Docket No. 18) is **DENIED**.

2. Defendant Local 1600's Cross-Motion for Summary Judgment (Docket No. 21) is **GRANTED**.

3. An award of attorneys' fees is not warranted in this case.

                                                            **BY THE COURT:**

                                                           **/s/ Jeffrey L. Schmehl**
                                                           Jeffrey L. Schmehl, J.